# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Federal Trade Commission v. Vyera Pharmaceuticals, LLC    Docket No.: 22-728

Lead Counsel of Record (name/firm) or Pro se Party (name): Philip J. Levitz / New York State Office of the Attorney General

Appearance for (party/designation): Appellee States (New York, California, Illinois, Ohio, Pennsylvania, North Carolina, Virginia)

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties:
( ) Incorrect. Please change the following parties' designations:
Party        Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:
Firm:
Address:
Telephone:                              Fax:
Email:

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Philip J. Levitz
Type or Print Name: Philip J. Levitz
    OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.