NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Federal Trade Commission v. Vyera Pharmaceuticals, LLC          Docket No.: 22-728

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: M. Jordan Minot

Firm: Office of the Attorney General

Address: 202 North 9th Street, Richmond, Virginia 23219

Telephone: 804.786.2071          Fax:

E-mail: mminot@oag.state.va.us

Appearance for: Commonwealth of Virginia, Plaintiff-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

✔ Additional counsel (co-counsel with: Philip Levitz, Esq., Assistant Solicitor General, New York State Office of the Attorney General )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

**CERTIFICATION**

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ M. Jordan Minot

Type or Print Name: M. Jordan Minot