# 22-728

IN THE

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

◆

FEDERAL TRADE COMMISSION, STATE OF NEW YORK, STATE OF CALIFORNIA, STATE OF OHIO, COMMONWEALTH OF PENNSYLVANIA, STATE OF ILLINOIS, STATE OF NORTH CAROLINA, COMMONWEALTH OF VIRGINIA,

—against—

*Plaintiffs-Appellees,*

MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and as a former executive of Vyera Pharmaceuticals, LLC,

*Defendant-Appellant,*

VYERA PHARMACEUTICALS, LLC, PHOENIXUS AG, KEVIN MULLEADY, individually, and as an owner and director of Phoenixus AG and as a former executive of Vyera Pharmaceuticals, LLC,

*Defendants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## APPENDIX
## VOLUME I OF VIII
### (Pages A-1 to A-297)

BRADLEY GROSSMAN
UNITED STATES FEDERAL
  TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
(202) 326-2424

*Attorneys for Plaintiff-Appellee
  Federal Trade Commission*

KIMO S. PELUSO
NOAM BIALE
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600

*Attorneys for Defendant-Appellant
  Martin Shkreli*

(*Counsel continued on inside cover*)

PHILIP LEVITZ
OFFICE OF THE NEW YORK STATE
  ATTORNEY GENERAL
28 Liberty Street, 15th Floor
New York, New York 10005
(212) 416-8000

*Attorneys for Plaintiffs-Appellees*
  *State of New York, State of*
  *California, Commonwealth of*
  *Pennsylvania, State of Illinois,*
  *Commonwealth of Virginia*

SHIRA HOFFMAN
ASSISTANT U.S. ATTORNEY
CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
300 South Spring Street, Suite 1702
Los Angeles, California 90013
(213) 269-6000

*Attorneys for Plaintiff-Appellee*
  *State of California*

DEREK MICHAEL WHIDDON
ASSISTANT ATTORNEY GENERAL
OHIO OFFICE OF THE
  ATTORNEY GENERAL
30 East Broad Street, 26th Floor
Columbus, Ohio 4321
(614) 466-2677

*Attorneys for Plaintiff-Appellee*
  *State of Ohio*

JOSEPH STEPHEN BETSKO, SR.
PENNSYLVANIA OFFICE OF
  THE ATTORNEY GENERAL
ANTITRUST SECTION
Strawberry Square, 14th Floor
Harrisburg, Pennsylvania 17120
(717) 705-5393

*Attorneys for Plaintiff-Appellee*
  *Commonwealth of Pennsylvania*

SARAH A. HUNGER
DEPUTY SOLICITOR
ILLINOIS OFFICE OF THE
  ATTORNEY GENERAL
CIVIL APPEALS DIVISION
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-5202

*Attorneys for Plaintiff-Appellee*
  *State of Illinois*

JESSICA VANCE SUTTON
NORTH CAROLINA DEPARTMENT
  OF JUSTICE
114 West Edenton Street
Raleigh, North Carolina 27603
(919) 716-0998

*Attorneys for Plaintiff-Appellee*
  *State of North Carolina*

SARAH OXENHAM ALLEN
LUCAS W.E. CROSLOW
MARTIN JORDAN MINOT
VIRGINIA OFFICE OF THE
  ATTORNEY GENERAL
202 North 9th Street
Richmond, Virginia 23219
(804) 786-6557

*Attorneys for Plaintiff-Appellee*
  *Commonwealth of Virginia*

# TABLE OF CONTENTS

PAGE

District Docket Court Entries ............................................. A-1

Amended Complaint, dated April 14, 2020 [Redacted] ................. A-136

Defendant Kevin Mulleady's Answer and Jury Demand,
    dated September 15, 2020 ......................................... A-222

Defendant Martin Shkreli's Answer with Jury Demand,
    dated September 15, 2020 ......................................... A-289

Defendant Vyera Pharmaceuticals' Answer with Jury Demand,
    dated September 15, 2020 ......................................... A-351

Joint Stipulation and Order to Amend the Relief Requested
    in the Pleadings, dated March 30, 2021 .......................... A-409

FTC's Motion for Leave to Withdraw the FTC's Prayer
    for Equitable Monetary Relief, dated May 26, 2021 ............... A-414

Order Dismissing the FTC's Claim for Disgorgement,
    dated June 2, 2021 ............................................... A-419

Defendant Martin Shkreli's Pretrial Memorandum of Law [Redacted] ... A-422

Plaintiff States' Supplemental Pretrial Memorandum of Law,
    dated October 20, 2021 [Redacted] ............................... A-457

Joint Motion for Entry of Stipulated Order for Permanent Injunction,
    dated December 7, 2021 .......................................... A-492

Stipulated Order for Permanent Injunction and Equitable
    Monetary Relief, dated December 7, 2021 ........................ A-541

ii

PAGE

Written Testimony of Nicholas Pelliccione, Ph. D.,
dated October 18, 2021 .......................................... A-581

Written Testimony of W. David Hardy, M.D., dated October 20, 2021 .. A-593

Written Testimony of Frank DellaFera, dated October 18, 2021
[Redacted] ..................................................... A-631

Written Testimony of James R. Bruno, dated October 20, 2021
[Redacted] ..................................................... A-649

Written Testimony of Edward V. Conroy, dated October 20, 2021 ...... A-687

Written Testimony of Susan McDougal, dated October 15, 2021
[Redacted] ..................................................... A-725

Written Testimony of Abhishek Mukhopadhyay,
dated October 19, 2021 [Redacted] .............................. A-739

Written Testimony of Nilesh Patel, dated October 15, 2021
[Redacted] ..................................................... A-751

Written Testimony of Manish S. Shah, dated October 20, 2021 ........ A-766

Written Testimony of Martin Shkreli, dated October 15, 2021
[Redacted] ..................................................... A-785

Written Testimony of Anne Kirby, dated October 20, 2021 [Redacted].. A-803

Written Testimony of Kevin Mulleady, dated October 20, 2021......... A-831

Written Testimony of Professor C. Scott Hemphill,
dated October 19, 2021 [Redacted] .............................. A-864

Written Testimony of Dr. Anupam B. Jena, dated October 20, 2021
[Redacted], with Attachments ................................... A-924

iii

PAGE

Written Testimony of John S. Russell, dated October 20, 2021
[Redacted], with Attachments ................................... A-1011

Consolidated (Full) Trial Transcripts,
dated December 14 to 20, 2021 ................................. A-1068

Defendant Martin Shkreli's Notice of Appeal, dated April 5, 2022 .... A-2298

Query    Reports    Utilities    Help    Log Out

CLOSED,APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:20-cv-00706-DLC

| | |
|---|---|
| Federal Trade Commission et al v. Vyera Pharmaceuticals, LLC et al | Date Filed: 01/27/2020 |
| | Date Terminated: 02/04/2022 |
| Assigned to: Judge Denise L. Cote | Jury Demand: None |
| Referred to: Magistrate Judge Robert W. Lehrburger (Settlement) | Nature of Suit: 430 Banks and Banking |
| Related Case: 1:21-cv-01884-DLC | Jurisdiction: U.S. Government Plaintiff |
| Cause: 15:53b Prelim & Perm Inj Relief & other Equitable Relief | |

**Plaintiff**

**Federal Trade Commission**                    represented by    **James Harris Weingarten**
                                                                   Federal Trade Commission
                                                                   600 Pennsylvania Avenue, NW
                                                                   Washington, DC 20580
                                                                   202-326-3570
                                                                   Email: jweingarten@ftc.gov
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Markus H. Meier**
                                                                   Federal Trade Commission
                                                                   Markus H. Meier CC-7233
                                                                   600 Pennsylvania NW
                                                                   600 Pennsylvania Avenue N.W.
                                                                   Washington, DC 20580
                                                                   202-326-3759
                                                                   Email: mmeier@ftc.gov
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Amanda Triplett**
                                                                   Federal Trade Commision
                                                                   Federal Trade Commission
                                                                   600 Pennsylvania Avenue NW
                                                                   Washington DC, DC 20580
                                                                   202-230-1589
                                                                   Email: atriplett@ftc.gov
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Armine Black**
                                                                   Federal Trade Commision
                                                                   Bureau of Competition
                                                                   600 Pennsylvania Avenue NW
                                                                   Washington, DC 20580
                                                                   202-326-2502

Email: ablack1@ftc.gov
*ATTORNEY TO BE NOTICED*

**Bradley Scott Albert**
Federal Trade Commision
600 Pennsylvania NW
Washington DC, DC 20580
202-326-3670
Email: balbert@ftc.gov
*ATTORNEY TO BE NOTICED*

**Daniel Butrymowicz**
Ftc
600 Pennsylvania Ave. NW
Mail Drop 7233
Washington, DC 20580
202-326-3692
Email: dbutrymowicz@ftc.gov
*ATTORNEY TO BE NOTICED*

**Daniel Patrick Huyett**
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
215-963-4783
Email: patrick.huyett@morganlewis.com
*TERMINATED: 03/05/2021*

**Lauren Peay**
Federal Trade Commision
600 Pennsylvania Avenue NW
Washington, DC 20580-0001
202-326-3520
Email: lpeay@ftc.gov
*ATTORNEY TO BE NOTICED*

**Leah Hubinger**
Federal Trade Commision
600 Pennsylvania Avenue NW
Washington, DC 20580-0001
202-326-3461
Email: lhubinger@ftc.gov
*ATTORNEY TO BE NOTICED*

**Maren Haneberg**
U.S. Federal Trade Commission
600 Pennsylvania Ave. NW
Washington, DC 20580
202-326-3084
Email: mschmidt@ftc.gov
*ATTORNEY TO BE NOTICED*

**Matthew B Weprin**
Federal Trade Commision

600 Pennsylvania Avenue NW
Washington, DC 20580
202-326-3602
Email: mweprin@ftc.gov
*ATTORNEY TO BE NOTICED*

**Neal Jonathan Perlman**
Federal Trade Commision
400 7th St. SW
Washington, DC 20024
202-326-2567
Email: nperlman@ftc.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New York**                 represented by  **Amy Elizabeth McFarlane**
Attorney General of the State of New York
120 Broadway
26th Floor
New York, NY 10271
(212) 416-6195
Fax: (212) 416-6015
Email: amy.mcfarlane@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Beau William Buffier**
Wilson Sonsini Goodrich Rosati PC
1301 Avenue of Americas
Ste 40th Floor
New York, NY 10019
212-999-5800
Fax: 212-999-5899
Email: bbuffier@wsgr.com
*TERMINATED: 12/11/2020*

**Bryan Lewis Bloom**
NYS Office of the Attorney General
28 Liberty Street
New York, NY 10005
212-416-8598
Email: bryan.bloom@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Elinor Rose Hoffmann**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
212-416-8269
Fax: 212-416-6015
Email: elinor.hoffmann@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Jeremy R. Kasha**
Office of the NY Attorney General

28 Liberty Street, 20th Fl
New York, NY 10005
212-416-8277
Email: Jeremy.Kasha@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Kris Anthony Perez Hicks**
Department of Justice
450 Fifth Street NW
Suite 7106
Washington, DC 20530
202-709-2697
Email: kris.perez.hicks@usdoj.gov
*TERMINATED: 05/01/2020*

**Saami Zain**
New York State Office of the Attorney
General
28 Liberty Street
New York, NY 10005
(212)-416-6130
Fax: (212)-416-6015
Email: saami.zain@oag.state.ny.us
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of California**                    represented by    **Michael Battaglia**
Office of the Attorney General
455 Golden Gate Avenue
San Francisco, CA 94102
415-510-3769
Email: michael.battaglia@doj.ca.gov
*TERMINATED: 06/10/2022*
*LEAD ATTORNEY*

**Quyen Toland**
Office of The Attorney General
Department of Justice
455 Golden Gate Ave.
Suite 11000
San Francisco, CA 94102
415-510-3534
Email: quyen.toland@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacqueline Malafa**
California Office of the Attorney General
300 S. Spring Street
Suite 1702
Los Angeles, CA 90013
213-269-6389
Email: jacqueline.malafa@doj.ca.gov
*TERMINATED: 02/03/2021*

**Plaintiff**

**State of Ohio**                                         represented by   **Beth Ann Finnerty**
Office of the Ohio Attorney General
Antitrust
30 E. Broad Street
26th Floor
Columbus, OH 43215
614-466-4328
Email:
beth.finnerty@ohioattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Derek Michael Whiddon**
Ohio Attorney General's Office
30 E. Broad St.
Ste 26th Floor
Columbus, OH 43215
614-466-2677
Fax: 844-291-7949
Email: derek.whiddon@ohioago.gov
*ATTORNEY TO BE NOTICED*

**Elizebeth Marie Maag**
Office of the Ohio Attorney General Dave
Yost
Antitrust
150 E. Gay Street
22nd Floor
Columbus, OH 43215
614-644-9628
Email: liz.maag@ohioattorneygeneral.gov
*TERMINATED: 10/08/2021*

**Plaintiff**

**Commonwealth of Pennsylvania**                         represented by   **Joseph S. Betsko**
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717)-705-5393
Fax: (717)-787-1190
Email: jbetsko@attorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Michael Scannell**
Pennsylvania Office of Attorney General
Strawberry Square
14th Floor
Harrisburg, PA 17101
717-497-3458
Email: sscannell@attorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Illinois**                                represented by   **Richard S. Schultz**
                                                                    Office of the Attorney General State of
                                                                    Illinois
                                                                    Antitrust Bureau
                                                                    100 W. Randolph Street
                                                                    Chicago, IL 60601
                                                                    312-814-8254
                                                                    Fax: 312-814-4209
                                                                    Email: Richard.Schultz@illinois.gov
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of North Carolina**                         represented by   **Jessica Vance Sutton**
                                                                    North Carolina Department of Justice
                                                                    114 West Edenton Street
                                                                    Raleigh, NC 27603
                                                                    919-716-0998
                                                                    Email: jsutton2@ncdoj.gov
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Kip David Sturgis**
                                                                    North Carolina Department of Justice
                                                                    P.O. Box 629
                                                                    Raleigh, NC 27602
                                                                    919-716-6011
                                                                    Fax: 919-716-6050
                                                                    Email: ksturgis@ncdoj.gov
                                                                    *TERMINATED: 01/03/2022*
                                                                    *LEAD ATTORNEY*

**Plaintiff**

**Commonwealth of Virginia**                        represented by   **Sarah Oxenham Allen**
                                                                    Office of The Attorney General State of
                                                                    Virginia
                                                                    202 N. 9th Street
                                                                    Richmond, VA 23219
                                                                    804-786-6557
                                                                    Fax: 804-786-0122
                                                                    Email: soallen@oag.state.va.us
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Tyler Henry**
                                                                    Office of the Attorney General
                                                                    202 North 9th Street
                                                                    Richmond, VA 23219
                                                                    804-692-0485
                                                                    Fax: 804-786-1991
                                                                    Email: thenry@oag.state.va.us
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

V.

**Movant**

**Cardinal Health, Inc.**                      represented by    **Rosa Marina Morales**
                                                                Crowell & Moring LLP
                                                                590 Madison Ave., 20th Floor
                                                                New York, NY 10022
                                                                212-895-4261
                                                                Fax: 212-223-4134
                                                                Email: rmorales@crowell.com
                                                                *ATTORNEY TO BE NOTICED*

**Movant**

**AmerisourceBergen Corporation**              represented by    **Matthew S. Olesh**
                                                                Obermayer Rebmann Maxwell & Hippel
                                                                LLP (Philadelphia)
                                                                1500 Market Street, Suite 3400
                                                                Philadelphia, PA 19102
                                                                215-665-3043
                                                                Email: matthew.olesh@obermayer.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Movant**

**ASD Healthcare**                             represented by    **Matthew S. Olesh**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Movant**

**Dr. Reddys Laboratories, Inc.**              represented by    **Eric David Wong**
                                                                Greenberg Traurig, LLP (NY)
                                                                200 Park Avenue
                                                                New York, NY 10166
                                                                973-360-7900
                                                                Fax: 973-301-8410
                                                                Email: wonge@gtlaw.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Movant**

**FERA Pharmaceuticals, LLC**                  represented by    **Paul Wendell Garrity**
                                                                Sheppard, Mullin, Richter & Hampton
                                                                30 Rockefeller Plaza
                                                                New York, NY 10112
                                                                (212) 653-8700
                                                                Fax: (212) 653-8701
                                                                Email: pgarrity@sheppardmullin.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Movant**

**Optime Care, Inc.**                          represented by  **Eric M. Creizman**
                                                              Armstrong Teasdale LLP
                                                              7 Times Square, Fl. 7
                                                              New York, NY 10036
                                                              212-972-0200
                                                              Fax: 212-409-8385
                                                              Email: ecreizman@atllp.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Movant**

**CaremarkPCS Health, LLC**                    represented by  **Mariellen Dugan**
                                                              Calcagni & Kanefsky LLP
                                                              One Newark Center
                                                              1085 Raymond Blvd., 14th Floor
                                                              Newark, NJ 07102
                                                              862-397-1796
                                                              Fax: 862-902-5458
                                                              Email: mdugan@ck-litigation.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Philip Joseph Morrow**
                                                              Calcagni & Kanefsky
                                                              1085 Raymond Boulevard
                                                              14th Floor
                                                              Newark, NJ 07102
                                                              862-397-1796
                                                              Email: philipmorrow@ck-litigation.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Movant**

**Ron Tilles**                                 represented by  **Scott M. Himes**
                                                              Kishner Miller Himes P.C.
                                                              40 Fulton Street
                                                              12 Floor
                                                              New York, NY 10038
                                                              929-480-8246
                                                              Email: shimes@kishnerlegal.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Movant**

**Integrated Commercialization Solutions**     represented by  **Matthew S. Olesh**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vyera Pharmaceuticals, LLC**                    represented by  **Mark Michael Elliott**
                                                  Phillips Nizer LLP
                                                  485 Lexington Avenue
                                                  New York, NY 10017
                                                  212-977-9700
                                                  Fax: (212) 262-5152
                                                  Email: melliott@ekljlaw.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Michael L. Weiner**
                                                  Dechert LLP (NYC)
                                                  1095 Avenue of the Americas
                                                  New York, NY 10036-6797
                                                  (212)-698-3608
                                                  Fax: (212)-698-3599
                                                  Email: michael.weiner@dechert.com
                                                  *TERMINATED: 03/13/2020*
                                                  *LEAD ATTORNEY*

                                                  **Scott A. Stempel**
                                                  Morgan, Lewis & Bockius LLP - DC Office
                                                  1111 Pennsylvania Ave., NW
                                                  Washington, DC 20004-2541
                                                  202-739-5211
                                                  Email: scott.stempel@morganlewis.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Stacey Anne Mahoney**
                                                  Morgan Lewis & Bockius, LLP (NY)
                                                  101 Park Avenue
                                                  New York, NY 10178
                                                  212-309-6930
                                                  Fax: 212-309-6001
                                                  Email: stacey.mahoney@morganlewis.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Steven A. Reed**
                                                  Morgan, Lewis & Bockius LLP
                                                  1701 Market Street
                                                  Philadelphia, PA 19103
                                                  215-963-5603
                                                  Email: steven.reed@morganlewis.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **William S D Cravens**
                                                  Morgan, Lewis & Bockius LLP
                                                  1111 Pennsylvania Avenue, NW
                                                  Washington, DC 20004
                                                  202-373-6083
                                                  Email: william.cravens@morganlewis.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis Anthony DeSimone**
Morgan, Lewis and Bockius
1701 Market St.
Philadelphia, PA 19103
215-963-4649
Email: frank.desimone@morganlewis.com
*TERMINATED: 02/04/2021*

**Melina Rose Dimattio**
Morgan, Lewis & Bockius LLP
(Philadelphia)
1701 Market Street
Philadelphia, PA 19103
(215)-963-5485
Fax: (215)-963-5001
Email: melina.dimattio@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Nicholas Passaro**
Morgan Lewis
101 Park Ave.
New York, NY 10178
215-309-6000
Email: nick.passaro@dechert.com
*TERMINATED: 03/13/2020*

**Noah J. Kaufman**
Morgan Lewis & Bockius
One Federal Street
Boston, MA 02129
617-341-7590
Email: noah.kaufman@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Rachel J Rodriguez**
Phillips Nizer LLP
485 Lexington Avenue
Ste 14th Floor
New York, NY 10017
212-841-0540
Email: rrodriguez@ekljlaw.com
*ATTORNEY TO BE NOTICED*

**Samuel W. Stelk**
Dechert, LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
212-641-5661
Email: sam.stelk@dechert.com
*TERMINATED: 03/13/2020*

**Sarah E. Hsu Wilbur**
Morgan, Lewis & Bockius LLP
101 Park Ave.
New York, NY 10178-0060
212-309-6701
Email: sarah.wilbur@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Phoenixus AG**                    represented by **Mark Michael Elliott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Weiner**
(See above for address)
*TERMINATED: 03/13/2020*
*LEAD ATTORNEY*

**Scott A. Stempel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey Anne Mahoney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Reed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William S D Cravens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis Anthony DeSimone**
(See above for address)
*TERMINATED: 02/04/2021*

**Melina Rose Dimattio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Passaro**
(See above for address)
*TERMINATED: 03/13/2020*

**Noah J. Kaufman**
(See above for address)

ATTORNEY TO BE NOTICED

**Rachel J Rodriguez**
(See above for address)
ATTORNEY TO BE NOTICED

**Samuel W. Stelk**
(See above for address)
TERMINATED: 03/13/2020

**Sarah E. Hsu Wilbur**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Martin Shkreli**                    represented by **Martin Shkreli**
individually                                          94-30 58th Ave.
                                                     Apt. 5B
                                                     Elmhurst, NY 11373
                                                     PRO SE

                                                     **Christopher H. Casey**
                                                     Duane Morris LLP
                                                     30 South 17th Street
                                                     Philadelphia, PA 19103
                                                     215-979-1155
                                                     Fax: 215-689-2194
                                                     Email: chcasey@duanemorris.com
                                                     TERMINATED: 04/15/2022
                                                     LEAD ATTORNEY

                                                     **Edward Kang**
                                                     Kang Haggerty and Fetbroyt LLC
                                                     123 S. Broad Street
                                                     Suite 1670
                                                     Philadelphia, PA 19109
                                                     215-525-5850
                                                     Fax: 215-525-5860
                                                     Email: ekang@kanghaggerty.com
                                                     TERMINATED: 03/18/2021
                                                     LEAD ATTORNEY

                                                     **Andrew John Rudowitz**
                                                     Duane Morris LLP
                                                     30 S. 17th Street
                                                     Philadelphia, PA 19103
                                                     215-979-1974
                                                     Fax: 215-979-1020
                                                     Email: ajrudowitz@duanemorris.com
                                                     TERMINATED: 04/15/2022

                                                     **Brett Feldman**
                                                     DLA Piper LLP
                                                     1650 Market Street

Suite 5000
Philadelphia, PA 19103
215-656-3300
Email: brett.feldman@dlapiper.com
*TERMINATED: 04/21/2021*

**James Manly Parks**
Duane Morris LLP (PA)
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1000 x1342
Fax: (215) 689-3682
Email: jmparks@duanemorris.com
*TERMINATED: 04/15/2022*

**Jeffrey S Pollack**
Duane Morris LLP - PA
30 South 17th Street
Philadelphia, PA 19103
215/979-1299
Fax: 215-689-4942
Email: jspollack@duanemorris.com
*TERMINATED: 04/15/2022*

**Kandis Lynn Kovalsky**
Kang Haggerty and Fetbroyt LLC
123 S. Broad Street
Suite 1670
Philadelphia, PA 19109
215-525-5850
Email: kkovalsky@kanghaggerty.com
*TERMINATED: 03/18/2021*

**Sarah O'Laughlin Kulik**
Duane Morris LLP (PA)
30 South 17th Street
Philadelphia, PA 19103
215-979-1812
Email: sckulik@duanemorris.com
*TERMINATED: 04/15/2022*

**Sarah Fehm Stewart**
Duane Morris, LLP (NJ)
One Riverfront Plaza, Suite 1800
Newark, NJ 07102-3889
(973)-424-2061
Fax: (973)-556-1464
Email: sfstewart@duanemorris.com
*TERMINATED: 04/15/2022*

**Sean P. McConnell**
Duane Morris LLP
30 So. 17th St.
Philadelphia, PA 19103

215-979-1947
Fax: 215-689-4856
Email: spmcconnell@duanemorris.com
*TERMINATED: 04/15/2022*

**Defendant**

| | | |
|---|---|---|
| **Martin Shkreli**<br>*as an owner and former director of*<br>*Phoenixus AG* | represented by | **Martin Shkreli**<br>PRO SE |

**Christopher H. Casey**
(See above for address)
*TERMINATED: 04/15/2022*
*LEAD ATTORNEY*

**Edward Kang**
(See above for address)
*TERMINATED: 03/18/2021*
*LEAD ATTORNEY*

**Andrew John Rudowitz**
(See above for address)
*TERMINATED: 04/15/2022*

**Brett Feldman**
(See above for address)
*TERMINATED: 04/21/2021*

**Jeffrey S Pollack**
(See above for address)
*TERMINATED: 04/15/2022*

**Kandis Lynn Kovalsky**
(See above for address)
*TERMINATED: 03/18/2021*

**Sarah O'Laughlin Kulik**
(See above for address)
*TERMINATED: 04/15/2022*

**Sarah Fehm Stewart**
(See above for address)
*TERMINATED: 04/15/2022*

**Defendant**

| | | |
|---|---|---|
| **Martin Shkreli**<br>*as a former executive of Vyera*<br>*Pharmaceuticals, LLC* | represented by | **Martin Shkreli**<br>PRO SE |

**Christopher H. Casey**
(See above for address)
*TERMINATED: 04/15/2022*
*LEAD ATTORNEY*

**Edward Kang**
(See above for address)

*TERMINATED: 03/18/2021*
*LEAD ATTORNEY*

**Andrew John Rudowitz**
(See above for address)
*TERMINATED: 04/15/2022*

**Brett Feldman**
(See above for address)
*TERMINATED: 04/21/2021*

**Jeffrey S Pollack**
(See above for address)
*TERMINATED: 04/15/2022*

**Kandis Lynn Kovalsky**
(See above for address)
*TERMINATED: 03/18/2021*

**Sarah O'Laughlin Kulik**
(See above for address)
*TERMINATED: 04/15/2022*

**Sarah Fehm Stewart**
(See above for address)
*TERMINATED: 04/15/2022*

**Defendant**

**Kevin Mulleady**                    represented by    **Kenneth R. David**
*individually*                                          Kasowitz, Benson, Torres LLP (NYC)
                                                        1633 Broadway
                                                        New York, NY 10019
                                                        (212) 506-1893
                                                        Email: KDavid@kasowitz.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Albert Shemtov Mishaan**
                                                        Kasowitz, Benson, Torres LLP (NYC)
                                                        1633 Broadway
                                                        New York, NY 10019
                                                        212-506-1936
                                                        Fax: 2125061800
                                                        Email: amishaan@kasowitz.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kevin Arquit**
                                                        Kasowitz Benson Torres LLP
                                                        1633 Broadway
                                                        Accounting
                                                        New York, NY 10019
                                                        212-506-1700
                                                        Fax: 212-500-3443
                                                        Email: karquit@kasowitz.com

*TERMINATED: 04/30/2021*

**Marc E. Kasowitz**
Kasowitz, Benson, Torres LLP (NYC)
1633 Broadway
New York, NY 10019
212-506-1710
Fax: 212-506-1800
Email: MEKcourtnotices@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Nicholas Anthony Rendino**
Kasowitz, Benson, Torres LLP (NYC)
1633 Broadway
New York, NY 10019
(212)-542-4727
Email: nrendino@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Mulleady**                    represented by    **Kenneth R. David**
*as an owner and director of Phoenixus AG*            (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Albert Shemtov Mishaan**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Kevin Arquit**
                                                      (See above for address)
                                                      *TERMINATED: 04/30/2021*

                                                      **Marc E. Kasowitz**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Mulleady**                    represented by    **Kenneth R. David**
*as a former executive of Vyera*                      (See above for address)
*Pharmaceuticals, LLC*                                *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Albert Shemtov Mishaan**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Kevin Arquit**
                                                      (See above for address)
                                                      *TERMINATED: 04/30/2021*

                                                      **Marc E. Kasowitz**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**ADR Provider**

**Integrated Commercialization Solutions**


V.

**Miscellaneous**

**Medisca, Inc.**                          represented by   **Irving Wiesen , I**
                                                        Irving L. Wiesen
                                                        420 Lexington Avenue
                                                        Suite 2400
                                                        New York, NY 10170
                                                        212-381-8774
                                                        Email: iwiesen@wiesenlaw.com
                                                        *ATTORNEY TO BE NOTICED*


**Miscellaneous**

**Infectious Diseases Society of America**   represented by   **Stephen Matthew Faraci , Sr**
                                                        Whiteford Taylor & Preston
                                                        1021 East Cary Street
                                                        Suite 1700
                                                        Richmond, VA 23219
                                                        804-977-3307
                                                        Fax: 804-977-3298
                                                        Email: sfaraci@wtplaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Miscellaneous**

**Teva Pharmaceuticals USA, Inc.**          represented by   **Christopher T. Holding**
                                                        Goodwin Procter, LLP (Boston)
                                                        100 Northern Avenue
                                                        Boston, MA 02210
                                                        (617)-570-1000
                                                        Fax: (617)-523-1231
                                                        Email: cholding@goodwinlaw.com
                                                        *ATTORNEY TO BE NOTICED*


**Miscellaneous**

**Pisgah Labs Inc.**                        represented by   **Wendy Risa Stein**
                                                        Chiesa Shahinian & Giantomasi PC
                                                        11 Times Square, 34th Floor
                                                        New York, NY 10036
                                                        212-324-7229
                                                        Fax: 973-325-1500
                                                        Email: wstein@csglaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Interested Party**

**Cerovene, Inc.**                          represented by   **Joseph DeDonato**
                                                        Bennett, Bricklin & Saltzburg LLC
                                                        40 Wall Street

Suite 1002
New York, NY 10005
973-888-2074
Fax: 212-269-2160
Email: Joseph.DeDonato@bbs-law.com
*ATTORNEY TO BE NOTICED*

**Mark Thomas Hall**
Morgan Melhuish Abrutyn ( NJ )
651 W. Mt. Pleasant Avenue
Livingston, NJ 07039
(973)-863-7634
Fax: (973)-994-3375
Email: Mark.Hall@bbs-law.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Optum, Inc.**                     represented by **Anthony Peter Badaracco**
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
212-415-9200
Fax: 212-953-7201
Email: badaracco.anthony@dorsey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2020 | 1 | ORDER - TO BE FILED UNDER SEAL: COMPLAINT (Signed by Judge Alison J. Nathan on 1/27/2020) (pne) (Entered: 01/27/2020) |
| 01/27/2020 | 2 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 01/27/2020) |
| 01/27/2020 | 3 | CIVIL COVER SHEET filed. (pne) (pc). (Entered: 01/27/2020) |
| 01/27/2020 | | Magistrate Judge Robert W. Lehrburger is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (pne) (Entered: 01/27/2020) |
| 01/27/2020 | | Case Designated ECF. (pne) (Entered: 01/27/2020) |
| 01/27/2020 | 4 | COMPLAINT against Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. Document filed by State of New York, Federal Trade Commission.(pne) (pc). (Entered: 01/27/2020) |
| 01/27/2020 | 5 | NOTICE OF APPEARANCE by James Harris Weingarten on behalf of Federal Trade Commission. (Weingarten, James) (Entered: 01/27/2020) |
| 01/27/2020 | 6 | ORDER FOR ADMISSION PRO HAC VICE: The motion of D. Patrick Huyett for admission to practice Pro Hac Vice in the above captioned action is granted. (Signed by |

| | | Part One Judge Alison J. Nathan on 1/27/2020) (jca) (Entered: 01/27/2020) |
|---|---|---|
| 01/27/2020 | 7 | ORDER FOR ADMISSION PRO HAC VICE: The motion of Markus H. Meier for admission to practice Pro Hac Vice in the above captioned action is granted. (Signed by Part One Judge Alison J. Nathan on 1/27/2020) (jca) (Entered: 01/27/2020) |
| 01/28/2020 | 8 | ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S EX PARTE MOTION TO FILE THE COMPLAINT TEMPORARILY UNDER SEAL re: 1 Order. IT IS HEREBY ORDERED that the FTC's Ex Parte Motion to File the Complaint Temporarily Under Seal is GRANTED. IT IS FURTHER ORDERED that The FTC's partially redacted Complaint is approved for filing on the public docket. The FTC's unredacted Complaint shall be sealed for twenty calendar days from the date of this order to allow Defendants and relevant third parties an opportunity to seek a protective order to seal permanently information in the Complaint. If, upon expiration of this twenty-day period, no Defendant or third patty has moved to seal information contained in the Complaint, the Clerk of Court is directed to lift the temporary seal and place the complete, unredacted Complaint on the public docket. The FTC shall promptly provide Defendants and relevant third parties with notice that this Order has been granted. SO ORDERED. (Signed by Judge Allison Nathan, Part One on 1/27/2020) (kv) Transmission to Sealed Records Clerk for processing. (Entered: 01/28/2020) |
| 01/28/2020 | 9 | NOTICE OF APPEARANCE by Elinor Rose Hoffmann on behalf of State of New York. (Hoffmann, Elinor) (Entered: 01/28/2020) |
| 01/28/2020 | 10 | NOTICE OF APPEARANCE by Saami Zain on behalf of State of New York. (Zain, Saami) (Entered: 01/28/2020) |
| 01/28/2020 | 11 | NOTICE OF APPEARANCE by Jeremy R. Kasha on behalf of State of New York. (Kasha, Jeremy) (Entered: 01/28/2020) |
| 01/28/2020 | 12 | NOTICE OF APPEARANCE by Markus H. Meier on behalf of Federal Trade Commission. (Meier, Markus) (Entered: 01/28/2020) |
| 01/30/2020 | 13 | NOTICE OF APPEARANCE by Daniel Patrick Huyett on behalf of Federal Trade Commission. (Huyett, Daniel) (Entered: 01/30/2020) |
| 01/30/2020 | 14 | NOTICE OF APPEARANCE by Amy Elizabeth McFarlane on behalf of State of New York. (McFarlane, Amy) (Entered: 01/30/2020) |
| 01/30/2020 | 15 | MOTION for J. Maren Schmidt to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Federal Trade Commission. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Text of Proposed Order) (Schmidt, J. Maren) (Entered: 01/30/2020) |
| 01/30/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 15 MOTION for J. Maren Schmidt to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 01/30/2020) |
| 01/31/2020 | 16 | MOTION for Daniel Butrymowicz to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Federal Trade Commission. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Butrymowicz, Daniel) Modified on 1/31/2020 (vba). Modified on 1/31/2020 (vba). (Entered: 01/31/2020) |
| 01/31/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Daniel Butrymowicz to Appear Pro Hac Vice . Motion and** |

| | | |
|---|---|---|
| | | **supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 01/31/2020) |
| 01/31/2020 | 17 | ORDER granting 15 Motion for J. Maren Schmidt to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 01/31/2020) |
| 01/31/2020 | 18 | ORDER granting 16 Motion for Daniel Butrymowicz to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 01/31/2020) |
| 02/03/2020 | 19 | NOTICE OF INITIAL PRETRIAL CONFERENCE (Notice): Initial Conference set for 3/20/2020 at 10:00 AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote. (Please follow the procedures set forth in the Notice.) (Signed by Judge Denise L. Cote on 1/31/2020) (gr) (Entered: 02/03/2020) |
| 02/04/2020 | 20 | NOTICE of Service of Initial Pretrial Scheduling Conference Order. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3). (Schmidt, J. Maren) (Entered: 02/04/2020) |
| 02/07/2020 | 21 | MOTION for Lauren K. Peay to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Federal Trade Commission. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Text of Proposed Order).(Peay, Lauren) (Entered: 02/07/2020) |
| 02/07/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 21 MOTION for Lauren K. Peay to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 02/07/2020) |
| 02/10/2020 | 22 | REQUEST FOR ISSUANCE OF SUMMONS as to Vyera Pharmaceuticals, LLC, re: 4 Complaint,. Document filed by Federal Trade Commission..(Huyett, Daniel) (Entered: 02/10/2020) |
| 02/10/2020 | 23 | REQUEST FOR ISSUANCE OF SUMMONS as to Phoenixus AG, re: 4 Complaint,. Document filed by Federal Trade Commission..(Huyett, Daniel) (Entered: 02/10/2020) |
| 02/10/2020 | 24 | REQUEST FOR ISSUANCE OF SUMMONS as to Martin Shkreli, re: 4 Complaint,. Document filed by Federal Trade Commission..(Huyett, Daniel) (Entered: 02/10/2020) |
| 02/10/2020 | 25 | REQUEST FOR ISSUANCE OF SUMMONS as to Kevin Mulleady, re: 4 Complaint,. Document filed by Federal Trade Commission..(Huyett, Daniel) (Entered: 02/10/2020) |
| 02/11/2020 | 26 | ELECTRONIC SUMMONS ISSUED as to Vyera Pharmaceuticals, LLC..(sj) (Entered: 02/11/2020) |
| 02/11/2020 | 27 | ELECTRONIC SUMMONS ISSUED as to Phoenixus AG..(sj) (Entered: 02/11/2020) |
| 02/11/2020 | 28 | ELECTRONIC SUMMONS ISSUED as to Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(sj) (Entered: 02/11/2020) |
| 02/11/2020 | 29 | ELECTRONIC SUMMONS ISSUED as to Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG)..(sj) (Entered: 02/11/2020) |
| 02/12/2020 | 30 | NOTICE OF APPEARANCE by Michael L. Weiner on behalf of Phoenixus AG, Vyera Pharmaceuticals, LLC..(Weiner, Michael) (Entered: 02/12/2020) |
| 02/12/2020 | 31 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Phoenixus AG for Vyera Pharmaceuticals, LLC. Document filed by Vyera Pharmaceuticals, LLC..(Weiner, Michael) (Entered: 02/12/2020) |

| 02/12/2020 | [32] | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Phoenixus AG..(Weiner, Michael) (Entered: 02/12/2020) |
|---|---|---|
| 02/12/2020 | [33] | MOTION for Samuel W. Stelk to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-18781241. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # [1] Affidavit of Samuel W. Stelk In Support of Pro Hac Vice Motion, # [2] Text of Proposed Order).(Stelk, Samuel) (Entered: 02/12/2020) |
| 02/12/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [33] MOTION for Samuel W. Stelk to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-18781241. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 02/12/2020) |
| 02/12/2020 | [34] | MOTION for Nicolas Passaro to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-18781343. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # [1] Affidavit of Nicolas Passaro In Support of Pro Hac Vice Motion, # [2] Text of Proposed Order).(Passaro, Nicholas) (Entered: 02/12/2020) |
| 02/12/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [34] MOTION for Nicolas Passaro to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-18781343. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 02/12/2020) |
| 02/12/2020 | [35] | MOTION for Neal Perlman to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Federal Trade Commission. (Attachments: # [1] Affidavit, # [2] Certificate of Good Standing, # [3] Text of Proposed Order).(Perlman, Neal) (Entered: 02/12/2020) |
| 02/13/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [35] MOTION for Neal Perlman to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 02/13/2020) |
| 02/13/2020 | 36 | ORDER granting [33] Motion for Lauren K. Peay to Appear Pro Hac Vice; granting [34] Motion for Samuel W. Stelk to Appear Pro Hac Vice; granting [35] Motion for Nicholas Passaro to Appear Pro Hac Vice; granting [21] Motion for Neal Perlman to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 02/13/2020) |
| 02/14/2020 | [37] | NOTICE OF APPEARANCE by Edward Kang on behalf of Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Kang, Edward) (Entered: 02/14/2020) |
| 02/18/2020 | [38] | JOINT MOTION to Seal *Select Portions of the Complaint*. Document filed by Federal Trade Commission. (Attachments: # [1] Text of Proposed Order, # [2] Certificate of Service). (Meier, Markus) (Entered: 02/18/2020) |
| 02/18/2020 | [39] | ***SELECTED PARTIES***REDACTION to [38] JOINT MOTION to Seal *Select Portions of the Complaint. Exhibit A Filed Under Seal* by Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera |

| | | |
|---|---|---|
| | | Pharmaceuticals, LLC), State of New York, Vyera Pharmaceuticals, LLCMotion or Order to File Under Seal: 38 .(Meier, Markus) (Entered: 02/18/2020) |
| 02/18/2020 | 40 | REDACTION to 38 JOINT MOTION to Seal *Select Portions of the Complaint. Exhibit B Proposed Redacted Complaint* by Federal Trade Commission.(Meier, Markus) (Entered: 02/18/2020) |
| 02/19/2020 | 41 | ORDER GRANTING JOINT MOTION TO SEAL SELECT PORTIONS OF THE COMPLAINT re: 38 Letter Motion to Seal. The Clerk of Court shall file on the public docket, as the FTC's redacted Complaint, Exhibit B attached to the Joint Motion. The Clerk of Court shall keep the FTC's unredacted Complaint (Dkt. No. 2) under seal absent further order from this Court. The information in the Complaint that the Generics wish to be restricted to outside counsel only, which is designated by red rectangles in Exhibit A, shall be restricted to outside counsel until the earliest of: (1) further order of this Court regarding the confidentiality of such material; (2) agreement by all parties; or (3) 30 days from the date of this order if no motion for a protective order concerning this information has been filed. (Signed by Judge Denise L. Cote on 2/19/2020) (tro) (Entered: 02/20/2020) |
| 02/21/2020 | 42 | NOTICE OF APPEARANCE by Stacey Anne Mahoney on behalf of Phoenixus AG, Vyera Pharmaceuticals, LLC..(Mahoney, Stacey) (Entered: 02/21/2020) |
| 02/21/2020 | 43 | NOTICE OF APPEARANCE by Kenneth R. David on behalf of Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG)..(David, Kenneth) (Entered: 02/21/2020) |
| 02/21/2020 | 44 | NOTICE OF APPEARANCE by Albert Shemtov Mishaan on behalf of Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG).. (Mishaan, Albert) (Entered: 02/21/2020) |
| 02/21/2020 | 45 | NOTICE OF APPEARANCE by Kevin James Arquit on behalf of Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG)..(Arquit, Kevin) (Entered: 02/21/2020) |
| 02/24/2020 | 46 | NOTICE OF APPEARANCE by Kandis Lynn Kovalsky on behalf of Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Kovalsky, Kandis) (Entered: 02/24/2020) |
| 02/27/2020 | 47 | WAIVER OF SERVICE RETURNED EXECUTED. Martin Shkreli(individually) waiver sent on 2/24/2020, answer due 4/24/2020; Martin Shkreli (as an owner and former director of Phoenixus AG) waiver sent on 2/24/2020, answer due 4/24/2020; Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC) waiver sent on 2/24/2020, answer due 4/24/2020. Document filed by Federal Trade Commission..(Huyett, Daniel) (Entered: 02/27/2020) |
| 02/27/2020 | 48 | WAIVER OF SERVICE RETURNED EXECUTED. Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC) waiver sent on 2/24/2020, answer due 4/24/2020; Kevin Mulleady(individually) waiver sent on 2/24/2020, answer due 4/24/2020; Kevin Mulleady(as an owner and director of Phoenixus AG) waiver sent on 2/24/2020, answer due 4/24/2020. Document filed by Federal Trade Commission.. (Huyett, Daniel) (Entered: 02/27/2020) |
| 02/27/2020 | 49 | MOTION for Scott A. Stempel to Appear Pro Hac Vice *Receipt No. ANYSDC-18938844*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed |

| | | |
|---|---|---|
| | | by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Declaration of Scott A. Stempel in Support of Motion for Admission Pro Hac Vice, # 2 Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Stempel, Scott) (Entered: 02/27/2020) |
| 02/27/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 49 MOTION for Scott A. Stempel to Appear Pro Hac Vice *Receipt No. ANYSDC-18938844.* Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 02/27/2020) |
| 03/02/2020 | 50 | MOTION for Steven A. Reed to Appear Pro Hac Vice *Receipt No. ANYSDC-18972537.* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Declaration of Steven A. Reed in Support of Motion for Admission Pro Hac Vice, # 2 Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Reed, Steven) (Entered: 03/02/2020) |
| 03/02/2020 | 51 | MOTION for Noah J. Kaufman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC-18979179. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Declaration of Noah J. Kaufman in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing from the Commonwealth of Massachusetts, # 3 Exhibit Proposed Order for Admission Pro Hac Vice).(Kaufman, Noah) (Entered: 03/02/2020) |
| 03/03/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 50 MOTION for Steven A. Reed to Appear Pro Hac Vice *Receipt No. ANYSDC-18972537.* Motion and supporting papers to be reviewed by Clerk's Office staff., 51 MOTION for Noah J. Kaufman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC-18979179. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 03/03/2020) |
| 03/03/2020 | 52 | ORDER granting 49 Motion for Scott A. Stempel to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 03/03/2020) |
| 03/03/2020 | 53 | ORDER granting 50 Motion for Steven A. Reed to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 03/03/2020) |
| 03/03/2020 | 54 | ORDER granting 51 Motion for Noah J. Kaufman to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 03/03/2020) |
| 03/05/2020 | 55 | WAIVER OF SERVICE RETURNED EXECUTED. Vyera Pharmaceuticals, LLC waiver sent on 2/24/2020, answer due 4/24/2020. Document filed by Federal Trade Commission..(Huyett, Daniel) (Entered: 03/05/2020) |
| 03/05/2020 | 56 | WAIVER OF SERVICE RETURNED EXECUTED. Phoenixus AG waiver sent on 2/24/2020, answer due 4/24/2020. Document filed by Federal Trade Commission.. (Huyett, Daniel) (Entered: 03/05/2020) |
| 03/05/2020 | 57 | MOTION for Michael L. Weiner, Samuel Stelk, and Nicholas Passaro to Withdraw as Attorney . Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Weiner, Michael) (Entered: 03/05/2020) |
| 03/09/2020 | 58 | MOTION for Bradley Albert to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Federal Trade Commission. |

| | | (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Text of Proposed Order).(Albert, Bradley) (Entered: 03/09/2020) |
|---|---|---|
| 03/09/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 58 MOTION for Bradley Albert to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 03/09/2020) |
| 03/12/2020 | 59 | ORDER granting 58 Motion for Bradley Albert to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 03/12/2020) |
| 03/12/2020 | 60 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 03/12/2020) |
| 03/13/2020 | 61 | MEMO ENDORSED ORDER granting 57 Motion to Withdraw as Attorney. ENDORSEMENT: Granted. (Attorney Michael L. Weiner; Nicholas Passaro and Samuel W. Stelk terminated.) (Signed by Judge Denise L. Cote on 3/13/20) (yv) (Entered: 03/16/2020) |
| 03/17/2020 | 62 | MOTION for Conference re: 19 Order for Initial Pretrial Conference, *Unopposed Motion for Telephone Conference*. Document filed by Federal Trade Commission. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service).(Meier, Markus) (Entered: 03/17/2020) |
| 03/17/2020 | 63 | LETTER addressed to Judge Denise L. Cote from Counsel for the Defendants dated March 17, 2020 re: Plaintiffs' Motion for Telephonic Conference. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 03/17/2020) |
| 03/17/2020 | 64 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 03/17/2020) |
| 03/18/2020 | 65 | LETTER addressed to Judge Denise L. Cote from Plaintiffs Federal Trade Commission and State of New York dated March 18, 2020 re: Opposition to Defendants' Letter dated March 17, 2020 (ECF No. 63). Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 03/18/2020) |
| 03/18/2020 | 66 | ORDER: On March 17, 2020, the plaintiff filed an unopposed motion to hold the in-person initial pretrial conference scheduled for March 20, 2020 at 10:00 am telephonically. Also on March 17, the defendants requested an adjournment of the March 20 conference. On March 18, the plaintiffs opposed defendants request to adjourn the conference. It is hereby ORDERED that the defendants request to adjourn the March 20 conference is denied. IT IS FURTHER ORDERED that the March 20 conference shall be held telephonically. The parties shall use the following dial-in instructions for the telephone conference:Dial-in: 888-363-4749/ Access code: 4324948.IT IS FURTHER ORDERED that the parties shall use a landline if one is available. (Signed by Judge Denise L. Cote on 3/18/2020) (gr) (Entered: 03/18/2020) |
| 03/19/2020 | 67 | LETTER MOTION to Seal addressed to Judge Denise L. Cote from Markus H. Meier dated 03/19/2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 03/19/2020) |
| 03/19/2020 | 68 | JOINT MOTION Restrict Access to Certain Complaint Information to Outside Counsel re: 67 LETTER MOTION to Seal addressed to Judge Denise L. Cote from Markus H. Meier dated 03/19/2020. . Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order, # 4 Certificate of Service). (Meier, Markus) (Entered: 03/19/2020) |
| 03/19/2020 | 69 | ***SELECTED PARTIES***JOINT MOTION Restrict Access to Certain Complaint Information to Outside Counsel re: 67 LETTER MOTION to Seal addressed to Judge |

| | | |
|---|---|---|
| | | Denise L. Cote from Markus H. Meier dated 03/19/2020. . Document filed by Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of New York, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order, # 4 Certificate of Service)Motion or Order to File Under Seal: 67 .(Meier, Markus) (Entered: 03/19/2020) |
| 03/19/2020 | 70 | NOTICE OF APPEARANCE by Kris Anthony Perez Hicks on behalf of State of New York..(Perez Hicks, Kris) (Entered: 03/19/2020) |
| 03/19/2020 | 71 | ORDER granting 69 JOINT MOTION Restrict Access to Certain Complaint Information to Outside Counsel re: 67 LETTER MOTION to Seal. Accordingly, it is hereby ORDERED that the parties' requests are granted. IT IS FURTHER ORDERED that the plaintiffs shall file on ECF as new docket entries the operative, public versions of the complaint and First Set of Joint Stipulations. (Signed by Judge Denise L. Cote on 3/19/2020) (jca) (Entered: 03/19/2020) |
| 03/20/2020 | 72 | NOTICE of Operative Public Version of Complaint re: 71 Order on Motion for Miscellaneous Relief,. Document filed by Federal Trade Commission..(Huyett, Daniel) (Entered: 03/20/2020) |
| 03/20/2020 | 73 | NOTICE of Operative Public Version of First Set of Joint Stipulations re: 71 Order on Motion for Miscellaneous Relief,. Document filed by Federal Trade Commission.. (Huyett, Daniel) (Entered: 03/20/2020) |
| 03/20/2020 | | Minute Entry for proceedings held before Judge Denise L. Cote: Initial Pretrial Conference held on 3/20/2020. (Court Reporter present) (gr) (Entered: 03/27/2020) |
| 03/24/2020 | 74 | PRETRIAL SCHEDULING ORDER: As set forth at the telephonic pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on March 20, 2020, the following schedule shall govern the further conduct of pretrial proceedings in this case: The parties are instructed to contact the chambers of Magistrate Judge Lehrburger prior to March 27, 2020 in order to schedule settlement discussions under his supervision to occur in June 2020. The parties shall submit a proposed protective order by April 3, 2020. By this date, the parties also shall file a proposed Order setting April 17, 2020 as the deadline for third parties to seek revisions, or otherwise make objections, to the proposed protective order. The parties shall submit by April 10, 2020 a proposed protocol for conducting electronic discovery. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by April 10, 2020. Initial Interrogatories and Requests pursuant to Rule 34, Fed. R. Civ. P., shall be served by May 1, 2020. By May 15, 2020, the Federal Trade Commission ("FTC") shall produce documents from its pre-complaint investigation that are responsive to the Requests. By May 22, 2020, the parties shall file a letter with the Court identifying any objections or disagreements that they have been unable to resolve in responding to each other's Interrogatories and Requests. By May 22, 2020, the parties shall file a letter with the Court that sets forth a proposed process and schedule for conducting foreign discovery. By May 22, 2020, the parties shall file a letter with the Court that sets forth their proposed plans and schedule for third-party discovery. By June 5, 2020, the parties shall begin serving their third-party document demands. By May 22, 2020, the parties shall file a letter that sets forth their proposed plan and schedule for the taking of fact depositions. This letter shall identify the proposed number of depositions or deposition hours sought by the parties. Any motion to dismiss, Motion served by May 22, 2020, Opposition served by July 6, Reply served by July 27. 14. The next pretrial conference is scheduled as a telephone conference for September 11, 2020 at 10:00 am. The parties shall use the following dial-in instructions for the telephone conference: Dial- |

| | | |
|---|---|---|
| | | in: 888-363-4749 Access code: 4324948 The parties shall use a landline if one is available. (And as further set forth herein.) Amended Pleadings due by 5/1/2020. Joinder of Parties due by 5/1/2020. Discovery due by 8/28/2020. Telephone Conference set for 9/11/2020 at 10:00 AM before Judge Denise L. Cote. (Signed by Judge Denise L. Cote on 3/24/2020) (jca) (Entered: 03/24/2020) |
| 03/24/2020 | 75 | ORDER REFERRING CASE TO MAGISTRATE JUDGE: Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Robert W. Lehrburger. SO ORDERED. (Signed by Judge Denise L. Cote on 3/24/2020) (jca) (Entered: 03/24/2020) |
| 03/26/2020 | 76 | SCHEDULING ORDER: This matter has been referred to the undersigned for settlement. The Court hereby schedules a telephone call in advance of settlement on May 27, 2020 at 2:30 p.m. The parties are instructed to review Judge Lehrburger's individual rules with respect to settlement procedures. The parties are directed to call the Chambers conference line: Number: (888) 398-2342, Access Code: 9543348. The Court also schedules the in-person settlement conference on June 9, 2020 at 9:30 a.m. in 500 Pearl Street, New York, NY, Courtroom 18D. The parties' pre-settlement submissions and attendance acknowledgement form are due by June 2, 2020 by 5 p.m. Settlement Conference set for 6/9/2020 at 09:30 AM in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Telephone Conference set for 5/27/2020 at 02:30 PM before Magistrate Judge Robert W. Lehrburger. (Signed by Magistrate Judge Robert W. Lehrburger on 3/26/2020) Copies transmitted this date to all counsel of record. 3/26/2020 (mro) Modified on 3/27/2020 (mro). (Entered: 03/27/2020) |
| 04/03/2020 | 77 | MOTION for Christopher H. Casey to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19329741. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Declaration of Christopher H. Casey, Esq. in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit A - Certificate of Good Standing from the Supreme Court of Pennsylvania, # 3 Exhibit B - Certificate of Good Standing from the Supreme Court of New Jersey, # 4 Exhibit C - Certificate of Good Standing from the District of Columbia Court of Appeals, # 5 Text of Proposed Order).(Casey, Christopher) (Entered: 04/03/2020) |
| 04/03/2020 | 78 | MOTION for Andrew John Rudowitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19329982. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Declaration of Andrew John Rudowitz, Esq. in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit A - Certificate of Good Standing from the Supreme Court of Pennsylvania, # 3 Text of Proposed Order). (Rudowitz, Andrew) (Entered: 04/03/2020) |
| 04/03/2020 | 79 | PROPOSED PROTECTIVE ORDER. Document filed by Federal Trade Commission. (Attachments: # 1 Proposed Stipulated Protective Order, # 2 Proposed Order on Third Party Objections to the Proposed Stipulated Protective Order).(Meier, Markus) (Entered: 04/03/2020) |
| 04/03/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 77 MOTION for Christopher H. Casey to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19329741. Motion and supporting papers to be reviewed by Clerk's Office staff., 78 MOTION for Andrew John Rudowitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19329982. Motion and** |

| | | |
|---|---|---|
| | | **supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 04/05/2020) |
| 04/06/2020 | 80 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF CHRISTOPHER H. CASEY, ESQ. granting 77 MOTION for Christopher H. Casey to Appear Pro Hac Vice. (Signed by Judge Denise L. Cote on 4/6/2020) (jca) (Entered: 04/06/2020) |
| 04/06/2020 | 81 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF ANDREW JOHN RUDOWITZ, ESQ. granting 78 MOTION for Andrew John Rudowitz to Appear Pro Hac Vice. (Signed by Judge Denise L. Cote on 4/6/2020) (jca) (Entered: 04/06/2020) |
| 04/06/2020 | 82 | ORDER ON DEADLINE FOR THIRD PARTY OBJECTIONS TO THE PROPOSED STIPULATED PROTECTIVE ORDER: Accordingly, it is hereby ORDERED that third parties have until April 17, 2020, to seek revisions, or otherwise make objections, to the [Proposed] Stipulated Protective Order. (Signed by Judge Denise L. Cote on 4/6/2020) (jca) (Entered: 04/06/2020) |
| 04/10/2020 | 83 | PROPOSED STIPULATION AND ORDER. Document filed by Federal Trade Commission. (Attachments: # 1 Proposed Order and Stipulation on Protocol for Conducting Electronic Discovery).(Meier, Markus) (Entered: 04/10/2020) |
| 04/13/2020 | 84 | ORDER AND STIPULATION ON PROTOCOL FOR CONDUCTING ELECTRONIC DISCOVERY: Accordingly, IT IS HEREBY ORDERED AS FOLLOWS: "Corporate Defendants" means Vyera Pharmaceuticals, LLC and its predecessor Turing Pharmaceuticals LLC, and Phoenixus AG and its predecessors Turing Pharmaceuticals AG and Vyera Pharmaceuticals AG. The procedures and protocols set forth in this ESI Protocol shall govern the search for, disclosure, and format of Documents and ESI produced for use in this Litigation. This ESI Protocol does not define the scope of production nor the relevance or discoverability of any particular information. Nothing in this ESI Protocol establishes any agreement as to either the temporal or subject-matter scope of discovery in this Litigation. No provision of this ESI Protocol waives any objections to the production, discoverability, admissibility, or confidentiality of Documents and ESI. Each Producing Party shall produce Documents or ESI according to the specifications provided in Exhibit A, unless otherwise agreed in writing by a Receiving Party. Notwithstanding the foregoing, to the extent any Defendant asks Plaintiff FTC or State of New York to produce Documents and ESI that were produced to Plaintiff FTC or State of New York as part of their pre-Complaint investigations, Plaintiff FTC or State of New York may produce such Documents or ESI in the same form in which those materials were originally produced during the pre-Complaint investigations, even if such form is different from the specifications in this ESI Protocol. All Documents and ESI produced by the Parties will be subject to the terms of the Stipulated Protective Order entered in this Litigation. Nothing herein shall preclude Plaintiffs or Defendants from seeking to amend this ESI Protocol, provided that the Parties first meet and confer before Plaintiffs or Defendants seekrelief from the Court. (And as further set forth herein.) SO ORDERED. (Signed by Judge Denise L. Cote on 4/13/2020) (jca) (Entered: 04/13/2020) |
| 04/14/2020 | 85 | LETTER MOTION to Seal *Amended Complaint for Injunctive and Other Equitable Relief* addressed to Judge Denise L. Cote from Markus H. Meier dated April 14, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 04/14/2020) |
| 04/14/2020 | 86 | AMENDED COMPLAINT amending 4 Complaint, against Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera |

| | | |
|---|---|---|
| | | Pharmaceuticals, LLC.Document filed by State of New York, Federal Trade Commission, State of California, State of Ohio, Commonwealth of Pennsylvania, State of Illinois, State of North Carolina, Commonwealth of Virginia. Related document: 4 Complaint,. (Attachments: # 1 Order Allowing Amendment).(Meier, Markus) (Entered: 04/14/2020) |
| 04/14/2020 | 87 | ***SELECTED PARTIES*** AMENDED COMPLAINT amending 4 Complaint, against Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Kevin Mulleady(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG.Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), State of New York, Federal Trade Commission, Commonwealth of Pennsylvania, State of Ohio, Martin Shkreli(individually), Commonwealth of Virginia, State of North Carolina, Kevin Mulleady(individually), State of California, Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, State of Illinois, Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG. Related document: 4 Complaint,. (Attachments: # 1 Order Allowing Amendment)Motion or Order to File Under Seal: 85 .(Meier, Markus) (Entered: 04/14/2020) |
| 04/14/2020 | 88 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/20/2020 before Judge Denise L. Cote. Court Reporter/Transcriber: Andrew Walker, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/5/2020. Redacted Transcript Deadline set for 5/15/2020. Release of Transcript Restriction set for 7/13/2020..(McGuirk, Kelly) (Entered: 04/14/2020) |
| 04/14/2020 | 89 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/20/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 04/14/2020) |
| 04/15/2020 | 90 | ORDER granting 85 Letter Motion to Seal: Granted. The plaintiffs shall file on the docket a new public version of the complaint. (Signed by Judge Denise L. Cote on 4/15/2020) (jwh) (Entered: 04/15/2020) |
| 04/16/2020 | 91 | AMENDED COMPLAINT amending 4 Complaint, against Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC.Document filed by Commonwealth of Virginia, State of North Carolina, State of New York, State of California, Federal Trade Commission, State of Illinois, Commonwealth of Pennsylvania, State of Ohio. Related document: 4 Complaint,. (Attachments: # 1 Order to File New Public Version of Complaint).(Meier, Markus) (Entered: 04/16/2020) |
| 04/20/2020 | 92 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...So ordered, except that the term "testimony," as referred to in 2(f), Designation of Materials, shall not be construed to |

| | | apply to in-court testimony. (Signed by Judge Denise L. Cote on 4/20/2020) (mro) (Entered: 04/20/2020) |
|---|---|---|
| 04/23/2020 | 93 | MOTION for Jacqueline P. Malafa to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19556926. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of California. (Attachments: # 1 Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 CA Cert of Good Standing, # 3 TX Certificate of Good Standing, # 4 [Proposed] Order for Admission Pro Hac Vice). (Malafa, Jacqueline) (Entered: 04/23/2020) |
| 04/23/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 93 MOTION for Jacqueline P. Malafa to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19556926. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 04/23/2020) |
| 04/23/2020 | 94 | NOTICE OF APPEARANCE by Michael Battaglia on behalf of State of California.. (Battaglia, Michael) (Entered: 04/23/2020) |
| 04/24/2020 | 95 | ORDER FOR ADMISSION PRO HAC VICE granting 93 MOTION for Jacqueline P. Malafa to Appear Pro Hac Vice. (Signed by Judge Denise L. Cote on 4/24/2020) (jca) (Entered: 04/24/2020) |
| 05/01/2020 | 96 | MOTION for Kris Anthony Perez Hicks to Withdraw as Attorney . Document filed by State of New York..(Perez Hicks, Kris) (Entered: 05/01/2020) |
| 05/01/2020 | 97 | MEMO ENDORSEMENT granting 96 MOTION for Kris Anthony Perez Hicks to Withdraw as Attorney. ENDORSEMENT: Granted. Attorney Kris Anthony Perez Hicks terminated. (Signed by Judge Denise L. Cote on 5/1/2020) (jca) (Entered: 05/01/2020) |
| 05/06/2020 | | NOTICE to parties, the scheduled Settlement conference for June 9, 2020 at 9:30 a.m. will be conducted via telephone. The parties shall call (888)-398-2342 and enter pass code 9543348. (rsh) (Entered: 05/06/2020) |
| 05/12/2020 | 98 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Denise L. Cote from Steven A. Reed dated May 12, 2020. Document filed by Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 05/12/2020) |
| 05/13/2020 | 99 | MOTION for Beth A. Finnerty to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19821019. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Ohio. (Attachments: # 1 Affidavit Pro Hac Vice Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Text of Proposed Order).(Finnerty, Beth) (Entered: 05/13/2020) |
| 05/13/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 99 MOTION for Beth A. Finnerty to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19821019. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 05/13/2020) |
| 05/13/2020 | 100 | ORDER granting 98 Letter Motion for Leave to File Excess Pages. Granted. (Signed by Judge Denise L. Cote on 5/13/2020) (jca) (Entered: 05/13/2020) |
| 05/13/2020 | 101 | MOTION for Elizebeth M. Maag to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Ohio. (Attachments: # 1 Affidavit Pro Hac Vice Affidavit, # 2 Exhibit OH Cert. of Good Standing, # 3 Text of Proposed Order Proposed Order).(Maag, Elizebeth) (Entered: 05/13/2020) |

| | | |
|---|---|---|
| 05/13/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 101 MOTION for Elizebeth M. Maag to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq)** (Entered: 05/13/2020) |
| 05/14/2020 | 102 | ORDER granting 99 Motion for Beth A. Finnerty to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 05/14/2020) |
| 05/14/2020 | 103 | ORDER granting 101 Motion for Elizebeth M. Maag to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 05/14/2020) |
| 05/15/2020 | 104 | NOTICE OF APPEARANCE by Sarah E. Hsu Wilbur on behalf of Phoenixus AG, Vyera Pharmaceuticals, LLC..(Wilbur, Sarah) (Entered: 05/15/2020) |
| 05/15/2020 | 105 | FIRST MOTION for Sarah Oxenham Allen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19843593. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Commonwealth of Virginia. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Text of Proposed Order).(Allen, Sarah) (Entered: 05/15/2020) |
| 05/15/2020 | 106 | MOTION for Tyler Timothy Henry to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19843591. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Commonwealth of Virginia. (Attachments: # 1 Affidavit Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Henry, Tyler) (Entered: 05/15/2020) |
| 05/15/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 106 MOTION for Tyler Timothy Henry to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19843591. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq)** (Entered: 05/15/2020) |
| 05/15/2020 | 107 | JOINT LETTER MOTION for Extension of Time to File *a letter identifying unresolved disagreements related to interrogatories and document requests from May 22, 2020 to June 19, 2020* addressed to Judge Denise L. Cote from Steven A. Reed dated May 15, 2020. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 05/15/2020) |
| 05/15/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 105 FIRST MOTION for Sarah Oxenham Allen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19843593. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq)** (Entered: 05/15/2020) |
| 05/18/2020 | 108 | ORDER granting 107 JOINT LETTER MOTION for Extension of Time to File a letter identifying unresolved disagreements related to interrogatories and document requests from May 22, 2020 to June 19, 2020. Granted. (Signed by Judge Denise L. Cote on 5/18/2020) (jca) (Entered: 05/18/2020) |
| 05/19/2020 | 109 | MOTION for Richard S. Schultz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19894952. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Illinois. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order).(Schultz, Richard) (Entered: 05/19/2020) |
| 05/19/2020 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 109 MOTION for Richard S. Schultz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19894952.** |

| | | |
|---|---|---|
| | | **Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Illinois; affidavit not notarized;. Re-file the motion as a Corrected Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order..** (laq) (Entered: 05/19/2020) |
| 05/20/2020 | 110 | **FILING ERROR - DEFICIENT PRO HAC VICE MOTION -** MOTION for Francis A. DeSimone to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19912004. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Declaration of Francis A. DeSimone in Support of Motion for Admission Pro Hac Vice, # 2 Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice). (DeSimone, Francis) Modified on 5/20/2020 (ad). (Entered: 05/20/2020) |
| 05/20/2020 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 110 MOTION for Francis A. DeSimone to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19912004. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): A notarized affidavit pursuant to Local Rule 1.3 is not attached;. Re-file the motion as a Corrected Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (ad)** (Entered: 05/20/2020) |
| 05/21/2020 | 111 | ORDER granting 105 Motion for Sarah Oxenham Allen to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 05/21/2020) |
| 05/21/2020 | 112 | ORDER granting 106 Motion for Tyler Timothy Henry to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 05/21/2020) |
| 05/22/2020 | 113 | MOTION for Francis A. DeSimone to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Affidavit of Francis A. DeSimone in Support of Motion for Admission Pro Hac Vice, # 2 Certificate of Good Standing, # 3 Proposed Order Admitting Francis A. DeSimone Pro Hac Vice).(DeSimone, Francis) (Entered: 05/22/2020) |
| 05/22/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 113 MOTION for Francis A. DeSimone to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 05/22/2020) |
| 05/22/2020 | 114 | **FILING ERROR - WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY -** PROPOSED ORDER. Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. (Attachments: # 1 Proposed Order and Protocol for Third-Party and Foreign Discovery, # 2 Proposed Order and Protocol for Depositions, # 3 Proposed Order and Stipulated Protocol and Schedule for Expert Discovery) Related Document Number: 74 ..(Meier, Markus) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 5/22/2020 (dt). (Entered: 05/22/2020) |
| 05/22/2020 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - PDF ERROR. Notice to Attorney Markus Meier to RE-FILE Document 114 Proposed Order. First** |

| | | |
|---|---|---|
| | | **separately file the Letter using the event type Letter found under the event list Other Documents, then separately file the three Orders individually using the event type Proposed Order found under the event list Proposed Orders. (dt)** (Entered: 05/22/2020) |
| 05/22/2020 | [115](#) | LETTER MOTION to Seal *Motion to Dismiss by Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG and Defendants' Joint Motion for a Stay of Discovery Pending Resolution of Motions to Dismiss* addressed to Judge Denise L. Cote from Steven A. Reed dated May 22, 2020. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC.. (Reed, Steven) (Entered: 05/22/2020) |
| 05/22/2020 | [116](#) | MOTION to Dismiss *by Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG*. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. Responses due by 7/6/2020.(Reed, Steven) (Entered: 05/22/2020) |
| 05/22/2020 | [117](#) | MEMORANDUM OF LAW in Support re: [116](#) MOTION to Dismiss *by Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG*. . Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 05/22/2020) |
| 05/22/2020 | [118](#) | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: [116](#) MOTION to Dismiss *by Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG*. . Document filed by Vyera Pharmaceuticals, LLC, Phoenixus AG, Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. Motion or Order to File Under Seal: [115](#) .(Reed, Steven) (Entered: 05/22/2020) |
| 05/22/2020 | [119](#) | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated May 22, 2020 re: Proposed Protocols Governing Discovery. Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio.. (Meier, Markus) (Entered: 05/22/2020) |
| 05/22/2020 | [120](#) | MOTION to Dismiss . Document filed by Kevin Mulleady(individually)..(Arquit, Kevin) (Entered: 05/22/2020) |
| 05/22/2020 | [121](#) | PROPOSED ORDER. Document filed by Federal Trade Commission..(Meier, Markus) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/22/2020) |
| 05/22/2020 | [122](#) | MEMORANDUM OF LAW in Support re: [120](#) MOTION to Dismiss . . Document filed by Kevin Mulleady(individually)..(Arquit, Kevin) (Entered: 05/22/2020) |
| 05/22/2020 | [123](#) | PROPOSED ORDER. Document filed by Federal Trade Commission..(Meier, Markus) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/22/2020) |
| 05/22/2020 | [124](#) | PROPOSED ORDER. Document filed by Federal Trade Commission..(Meier, Markus) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/22/2020) |
| 05/22/2020 | [125](#) | JOINT MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss*. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 05/22/2020) |
| 05/22/2020 | [126](#) | JOINT MEMORANDUM OF LAW in Support re: [125](#) JOINT MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss*. . Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), |

| | | |
|---|---|---|
| | | Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Third Parties Identified in the Complaint).(Reed, Steven) (Entered: 05/22/2020) |
| 05/22/2020 | 127 | MOTION to Dismiss *Notice of Defendant Martin Shkreli's Motion to Dismiss the Amended Complaint*. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). Responses due by 7/6/2020.(Casey, Christopher) (Entered: 05/22/2020) |
| 05/22/2020 | 128 | ***SELECTED PARTIES***JOINT MEMORANDUM OF LAW in Support re: 125 JOINT MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss*. . Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Kevin Mulleady(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. (Attachments: # 1 Exhibit Third Parties Identified in the Complaint)Motion or Order to File Under Seal: 115 .(Reed, Steven) (Entered: 05/22/2020) |
| 05/22/2020 | 129 | MEMORANDUM OF LAW in Support re: 127 MOTION to Dismiss *Notice of Defendant Martin Shkreli's Motion to Dismiss the Amended Complaint*. . Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC).. (Casey, Christopher) (Entered: 05/22/2020) |
| 05/22/2020 | 130 | JOINT LETTER MOTION for Extension of Time *for Plaintiffs to File Their Opposition to Defendants' Motion to Stay Discovery and for Defendants to File their Reply in Support of the Motion to Stay Discovery* addressed to Judge Denise L. Cote from Steven A. Reed dated May 22, 2020. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 05/22/2020) |
| 05/22/2020 | 131 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated May 22, 2020 re: Defendants' positions regarding discovery protocols. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 05/22/2020) |
| 05/23/2020 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 121 Proposed Order, 123 Proposed Order, 124 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 05/23/2020) |
| 05/26/2020 | 132 | ORDER AND PROTOCOL FOR DEPOSITIONS: Plaintiffs Federal Trade Commission, State of New York, State of California, State of Illinois, State of North Carolina, State of Ohio, Commonwealth of Pennsylvania, and Commonwealth of Virginia, and Defendants Vyera Pharmaceuticals, LLC, Phoenixus AG, Martin Shkreli, and Kevin Mulleady, through their respective counsel, stipulate to the following regarding depositions in this matter (the "Litigation"). Accordingly, IT IS HEREBY ORDERED AS FOLLOWS: 1. This Order and Protocol for Depositions ("Deposition Protocol") shall apply to the depositions of all parties and third parties in this Litigation, but shall not apply to expert depositions, which are subject to the Order and Stipulated Protocol and Schedule for |

| | | |
|---|---|---|
| | | Expert Discovery. Deposition Limits. Each side may take up to 140 hours of deposition record time of fact witnesses. In accordance with the Court's Emergency Individual Practices in Light of COVID-19 (revised May 13, 2020), and to the extent that it is warranted by the ongoing COVID-19 pandemic or otherwise, the parties agree that they will work together in good faith to resolve logistical challenges posed by the pandemic and other concerns, including through the arranging of depositions to proceed with all attendees (including witnesses) to appear by telephone or, if available, video conference. The parties shall submit a proposed protocol for remote depositions on or before September 11, 2020. In the event that the parties do not reach agreement to modify this Deposition Protocol in a particular instance, each party reserves its respective rights to move the Court for relief from or modification of any part of this Deposition Protocol. (And as further set forth herein.) IT IS SO ORDERED. (Signed by Judge Denise L. Cote on 5/26/2020) (jca) (Entered: 05/26/2020) |
| 05/26/2020 | 133 | ORDER AND PROTOCOL FOR THIRD PARTY AND FOREIGN DISCOVERY: Plaintiffs Federal Trade Commission, State of New York, State of California, State of Illinois, State of North Carolina, State of Ohio, Commonwealth of Pennsylvania, and Commonwealth of Virginia, and Defendants Vyera Pharmaceuticals, LLC, Phoenixus AG, Martin Shkreli, and Kevin Mulleady, through their respective counsel, stipulate to the following regarding third-party and foreign discovery in this matter (the "Litigation"). Accordingly, IT IS HEREBY ORDERED AS FOLLOWS: This Order and Protocol for Third-Party and Foreign Discovery (Discovery Protocol) shall apply to discovery of all third parties, including any foreign individuals and corporate entities (each a "Third Party" and, collectively, "Third Parties") in this Litigation. Except as provided otherwise in this Discovery Protocol, the conduct of Third-Party discovery in this Litigation shall comply with the Federal Rules of Civil Procedure and, if applicable, the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Convention") or any other applicable international agreement or treaty. To the extent this Discovery Protocol imposes limitations on discovery that otherwise would be available under the Federal Rules of Civil Procedure or this Court's standing orders, the parties have agreed to the limitations to increase the efficiency of discovery and to minimize discovery disputes regarding Third-Party discovery. Parties may file Letters of Request for International Assistance up to and including July 31, 2020. (And as further set forth herein.)IT IS SO ORDERED. (Signed by Judge Denise L. Cote on 5/26/2020) (jca) (Entered: 05/26/2020) |
| 05/26/2020 | 134 | ORDER AND STIPULATED PROTOCOL AND SCHEDULE FOR EXPERT DISCOVERY: Plaintiffs Federal Trade Commission, State of New York, State of California, State of Illinois, State of North Carolina, State of Ohio, Commonwealth of Pennsylvania, and Commonwealth of Virginia, and Defendants Vyera Pharmaceuticals, LLC, Phoenixus AG, Martin Shkreli, and Kevin Mulleady, through their respective counsel ("Counsel"), stipulate to the following regarding expert discovery in this matter (the "Litigation"). Accordingly, IT IS HEREBY ORDERED AS FOLLOWS: This Order and Stipulated Protocol and Schedule for Expert Discovery ("Expert Protocol") shall apply to discovery related to all testifying experts ("Experts") in this Litigation, and shall apply to all Expert depositions. Except as provided otherwise in this Expert Protocol, expert discovery shall be governed by the Federal Rules of Civil Procedure. Notwithstanding the foregoing, nothing in this Expert Protocol is intended, or should be construed, to permit discovery or depositions of consulting, or otherwise non-testifying, experts. (And as further set forth herein.) IT IS SO ORDERED. (Signed by Judge Denise L. Cote on 5/26/2020) (jca) (Entered: 05/26/2020) |
| 05/26/2020 | 135 | ORDER granting 130 JOINT LETTER MOTION for Extension of Time for Plaintiffs to File Their Opposition to Defendants' Motion to Stay Discovery and for Defendants to File their Reply in Support of the Motion to Stay Discovery. Any request to stay discovery |

| | | |
|---|---|---|
| | | pending briefing on the motion to stay discovery is denied. The parties' proposed schedule for briefing on the motion to stay discovery is adopted.. (Signed by Judge Denise L. Cote on 5/26/2020) (jca) (Entered: 05/26/2020) |
| 05/26/2020 | | Set/Reset Deadlines: Responses due by 6/5/2020, Replies due by 6/12/2020. (jca) (Entered: 05/26/2020) |
| 05/26/2020 | [136](#) | ORDER granting [115](#) LETTER MOTION to Seal Motion to Dismiss by Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG and Defendants' Joint Motion for a Stay of Discovery Pending Resolution of Motions to Dismiss. Granted. (Signed by Judge Denise L. Cote on 5/26/2020) (jca) (Entered: 05/26/2020) |
| 05/26/2020 | [137](#) | MEMO ENDORSEMENT on re: [119](#) Letter, filed by State of North Carolina, Commonwealth of Pennsylvania, Federal Trade Commission, State of Ohio, State of California, State of Illinois, Commonwealth of Virginia, State of New York. ENDORSEMENT: Fact discovery shall end on February 26, 2021. 5.26.2020. (Fact Discovery due by 2/26/2021.) (Signed by Judge Denise L. Cote on 5/26/2020) (mml) (Entered: 05/27/2020) |
| 05/27/2020 | 138 | ORDER granting [113](#) Motion for Francis A. DeSimone to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 05/27/2020) |
| 05/27/2020 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Telephone Conference held on 5/27/2020. (kgo) (Entered: 06/01/2020) |
| 05/29/2020 | [139](#) | MOTION for Jessica Vance Sutton to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20035655. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of North Carolina. (Attachments: # [1](#) Affidavit, # [2](#) Text of Proposed Order).(Sutton, Jessica) (Entered: 05/29/2020) |
| 05/29/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 139 MOTION for Jessica Vance Sutton to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20035655. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 05/29/2020) |
| 05/29/2020 | [140](#) | MOTION for K. D. Sturgis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20036402. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of North Carolina. (Attachments: # [1](#) Affidavit, # [2](#) Text of Proposed Order).(Sturgis, Kip) (Entered: 05/29/2020) |
| 05/29/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 140 MOTION for K. D. Sturgis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20036402. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq)** (Entered: 05/29/2020) |
| 06/04/2020 | [141](#) | NOTICE OF APPEARANCE by Bryan Lewis Bloom on behalf of State of New York.. (Bloom, Bryan) (Entered: 06/04/2020) |
| 06/05/2020 | [142](#) | MEMORANDUM OF LAW in Opposition re: [125](#) JOINT MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss.* . Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio.. (Meier, Markus) (Entered: 06/05/2020) |
| 06/08/2020 | [143](#) | MOTION for Richard S. Schultz to Appear Pro Hac Vice *Corrected*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of |

| | | |
|---|---|---|
| | | Illinois. (Attachments: # 1 Affidavit Corrected, # 2 Exhibit Certificate of Good Standing from Illinois Supreme Court, # 3 Text of Proposed Order).(Schultz, Richard) (Entered: 06/08/2020) |
| 06/08/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 143 MOTION for Richard S. Schultz to Appear Pro Hac Vice *Corrected*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq)** (Entered: 06/08/2020) |
| 06/09/2020 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Settlement Conference held on 6/9/2020. NOT SETTLED. (kgo) (Entered: 06/15/2020) |
| 06/10/2020 | 144 | ORDER granting 139 Motion for Jessica Vance Sutton to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 06/10/2020) |
| 06/10/2020 | 145 | ORDER granting 140 Motion for K. D. Sturgis to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 06/10/2020) |
| 06/10/2020 | 146 | ORDER granting 143 Motion for Richard S. Schultz to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 06/10/2020) |
| 06/12/2020 | 147 | REPLY MEMORANDUM OF LAW in Support re: 125 JOINT MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss*. . Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 06/12/2020) |
| 06/12/2020 | 148 | LETTER MOTION for Oral Argument *on Defendants' Joint Motion to Stay Discovery Pending Resolution of Motions to Dismiss* addressed to Judge Denise L. Cote from Steven A. Reed dated June 12, 2020. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 06/12/2020) |
| 06/12/2020 | 149 | LETTER MOTION for Oral Argument *re: Response to Defendants' Request for Oral Argument* addressed to Judge Denise L. Cote from Markus H. Meier dated June 12, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 06/12/2020) |
| 06/15/2020 | 150 | ORDER denying 125 JOINT MOTION to Stay Discovery Pending Resolution of Motions to Dismiss. Having reviewed the defendants' May 22, 2020 motion to stay discovery, it is hereby ORDERED that the request is denied. (Signed by Judge Denise L. Cote on 6/15/2020) (jca) (Entered: 06/15/2020) |
| 06/18/2020 | 151 | JOINT LETTER MOTION for Extension of Time *to file a letter identifying unresolved disagreements related to interrogatories and document requests from June 19, 2020 to June 26, 2020* addressed to Judge Denise L. Cote from Markus H. Meier dated June 18, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 06/18/2020) |
| 06/18/2020 | 152 | ORDER granting 151 JOINT LETTER MOTION for Extension of Time to file a letter identifying unresolved disagreements related to interrogatories and document requests from June 19, 2020 to June 26, 2020. Granted. (Signed by Judge Denise L. Cote on 6/18/2020) (jca) (Entered: 06/18/2020) |
| 06/23/2020 | 153 | MOTION for William Cravens to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20379927. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. |

| | | |
|---|---|---|
| | | (Attachments: # <u>1</u> Affidavit of William Cravens in Support of Motion for Admission Pro Hac Vice, # <u>2</u> Certificate of Good Standing, # <u>3</u> Proposed Order).(Cravens, William) (Entered: 06/23/2020) |
| 06/23/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>153</u> MOTION for William Cravens to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20379927. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 06/23/2020) |
| 06/23/2020 | <u>154</u> | MOTION for Armine Black to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Federal Trade Commission. (Attachments: # <u>1</u> Affidavit, # <u>2</u> Certificate of Good Standing, # <u>3</u> Text of Proposed Order).(Black, Armine) (Entered: 06/23/2020) |
| 06/23/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>154</u> MOTION for Armine Black to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 06/23/2020) |
| 06/24/2020 | 155 | ORDER granting <u>153</u> Motion for William Cravens to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 06/24/2020) |
| 06/24/2020 | 156 | ORDER granting <u>154</u> Motion for Armine Black to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 06/24/2020) |
| 06/26/2020 | <u>157</u> | LETTER MOTION to Seal addressed to Judge Denise L. Cote from Markus H. Meier dated June 26, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 06/26/2020) |
| 06/26/2020 | <u>158</u> | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated June 26, 2020 re: Discovery Disagreements. Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4).(Meier, Markus) (Entered: 06/26/2020) |
| 06/26/2020 | <u>159</u> | ***SELECTED PARTIES*** LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated June 26, 2020 re: Discovery Disagreements. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), State of New York, Federal Trade Commission, State of Ohio, Commonwealth of Pennsylvania, Martin Shkreli(individually), Commonwealth of Virginia, State of North Carolina, Kevin Mulleady(individually), State of California, Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, State of Illinois, Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4)Motion or Order to File Under Seal: <u>157</u> .(Meier, Markus) (Entered: 06/26/2020) |
| 06/26/2020 | <u>160</u> | LETTER MOTION to Seal *the Company Defendants' Letter to the Court re: the Scope of Discovery* addressed to Judge Denise L. Cote from Steven A. Reed dated June 26, 2020. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 06/26/2020) |
| 06/26/2020 | <u>161</u> | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated June 26, 2020 re: the scope of discovery. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # <u>1</u> Exhibit Civil Investigative Demand, # <u>2</u> Exhibit Plaintiffs' First Set of Requests for Production).(Reed, Steven) (Entered: 06/26/2020) |

| | | |
|---|---|---|
| 06/26/2020 | 162 | ***SELECTED PARTIES*** LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated June 26, 2020 re: the scope of discovery. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), State of New York, Federal Trade Commission, State of Ohio, Commonwealth of Pennsylvania, Martin Shkreli(individually), Commonwealth of Virginia, State of North Carolina, Kevin Mulleady(individually), State of California, Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, State of Illinois, Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG. (Attachments: # 1 Exhibit Civil Investigative Demand, # 2 Exhibit Plaintiffs' First Set of Requests for Production)Motion or Order to File Under Seal: 160 .(Reed, Steven) (Entered: 06/26/2020) |
| 06/26/2020 | 163 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated June 26, 2020 re: Plaintiff States' obligation to participate in discovery in this litigation. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit June 9, 2020 Email from J. Kasha to N. Kaufman, # 2 Exhibit June 19, 2020 Email from S. Zain to Defense Counsel, # 3 Exhibit Amended Supplemental Responses to Requests for Production Nos. 1-18, # 4 Exhibit Amended Supplemental Responses to Joint Interrogatory Nos. 7-10, # 5 Exhibit June 22, 2020 Email from Jeremy Kasha to Defense Counsel).(Reed, Steven) (Entered: 06/26/2020) |
| 06/29/2020 | 164 | LETTER addressed to Judge Denise L. Cote from Elinor Hoffmann dated 6/29/2020 re: Discovery Dispute. Document filed by State of New York..(Zain, Saami) (Entered: 06/29/2020) |
| 06/29/2020 | 165 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated June 29, 2020 re: Plaintiff States' letter to the Court regarding their intent to respond to Defendants' prior letter submission. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit June 25, 2020 Correspondence Between Defendants and Plaintiff States).(Reed, Steven) (Entered: 06/29/2020) |
| 06/29/2020 | 166 | LETTER addressed to Judge Denise L. Cote from Elinor Hoffmann dated 6/29/2020 re: Discovery Dispute (Response). Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. (Attachments: # 1 Exhibit Case - In re S&P Rating Agency Litigation (SDNY), # 2 Exhibit Case - AmEx (EDNY), # 3 Exhibit Case - Ovcon (DDC)).(Zain, Saami) (Entered: 06/29/2020) |
| 06/29/2020 | 167 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated June 29, 2020 re: Defendants' re-submission of letters to the Court. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 06/29/2020) |
| 06/29/2020 | 168 | LETTER MOTION to Seal *the Company Defendants' Amended Letter to the Court re: the Scope of Discovery* addressed to Judge Denise L. Cote from Steven A. Reed dated June 29, 2020. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 06/29/2020) |

| 06/29/2020 | 169 | AMENDED LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated June 29, 2020 re: the scope of discovery. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Civil Investigative Demand, # 2 Exhibit Plaintiffs' First Set of Requests for Production).(Reed, Steven) (Entered: 06/29/2020) |
|---|---|---|
| 06/29/2020 | 170 | ***SELECTED PARTIES***AMENDED LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated June 29, 2020 re: the scope of discovery. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), State of New York, Federal Trade Commission, State of Ohio, Commonwealth of Pennsylvania, Martin Shkreli(individually), Commonwealth of Virginia, State of North Carolina, Kevin Mulleady(individually), State of California, Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, State of Illinois, Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG. (Attachments: # 1 Exhibit Civil Investigative Demand, # 2 Exhibit Plaintiffs' First Set of Requests for Production)Motion or Order to File Under Seal: 168 .(Reed, Steven) (Entered: 06/29/2020) |
| 06/29/2020 | 171 | AMENDED LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated June 29, 2020 re: Plaintiff States' obligation to participate in discovery in this litigation. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit June 9, 2020 Email from J. Kasha to N. Kaufman, # 2 Exhibit June 19, 2020 Email from S. Zain to Defense Counsel, # 3 Exhibit Amended Supplemental Responses to Requests for Production Nos. 1-18, # 4 Exhibit Amended Supplemental Responses to Joint Interrogatory Nos. 7-10, # 5 Exhibit June 22, 2020 Email from Jeremy Kasha to Defense Counsel).(Reed, Steven) (Entered: 06/29/2020) |
| 06/30/2020 | 172 | ORDER granting 157 Letter Motion to Seal; granting 160 LETTER MOTION to Seal the Company Defendants' Letter to the Court re: the Scope of Discovery; granting 168 LETTER MOTION to Seal the Company Defendants' Amended Letter to the Court re: the Scope of Discovery. It is hereby ORDERED that the defendants shall respond to document requests 4-7, 11-12, 14, and 15-16. IT IS FURTHER ORDERED that the defendants shall now respond to Interrogatories 1, 3, and 5. IT IS FURTHER ORDERED that the plaintiffs need not comply with the defendants' requests for data concerning states' and state agencies' purchases of, and reimbursements for, Daraprim or its generic equivalent. This information is irrelevant because plaintiffs intend to calculate equitable monetary relief by "taking the amount of profits Defendants made in the real work and subtracting the estimated amount of profits they would have made if they had faced generic competition at an earlierdate." IT IS FURTHER ORDERED that the plaintiffs' request to file under seal Exhibit 3 of Docket No. 158 is granted; the defendants' request to file in redacted form Exhibit 2 of Docket No. 169 is granted. (Signed by Judge Denise L. Cote on 6/30/2020) (jca) (Entered: 06/30/2020) |
| 07/06/2020 | 173 | LETTER MOTION to Seal *Oppositions to Motions to Dismiss* addressed to Judge Denise L. Cote from Markus H. Meier dated July 6, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 07/06/2020) |
| 07/06/2020 | 174 | MEMORANDUM OF LAW in Opposition re: 127 MOTION to Dismiss *Notice of Defendant Martin Shkreli's Motion to Dismiss the Amended Complaint*. . Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade |

| | | Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio..(Meier, Markus) (Entered: 07/06/2020) |
|---|---|---|
| 07/06/2020 | 175 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 127 MOTION to Dismiss *Notice of Defendant Martin Shkreli's Motion to Dismiss the Amended Complaint.* . Document filed by Commonwealth of Virginia, State of North Carolina, State of New York, State of California, Federal Trade Commission, State of Illinois, Commonwealth of Pennsylvania, State of Ohio, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. Motion or Order to File Under Seal: 173 .(Meier, Markus) (Entered: 07/06/2020) |
| 07/06/2020 | 176 | MEMORANDUM OF LAW in Opposition re: 120 MOTION to Dismiss . . Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio..(Meier, Markus) (Entered: 07/06/2020) |
| 07/06/2020 | 177 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 120 MOTION to Dismiss . . Document filed by Commonwealth of Virginia, State of North Carolina, State of New York, State of California, Federal Trade Commission, State of Illinois, Commonwealth of Pennsylvania, State of Ohio, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. Motion or Order to File Under Seal: 173 .(Meier, Markus) (Entered: 07/06/2020) |
| 07/06/2020 | 178 | **FILING ERROR - DEFICIENT DOCKET ENTRY (SEE DOCUMENT #182) -** MEMORANDUM OF LAW in Opposition re: 116 MOTION to Dismiss *by Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG.* . Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio.. (Meier, Markus) Modified on 7/8/2020 (ldi). (Entered: 07/06/2020) |
| 07/06/2020 | 179 | **FILING ERROR - DEFICIENT DOCKET ENTRY (SEE DOCUMENT #183) -** ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 116 MOTION to Dismiss *by Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG.* . Document filed by Commonwealth of Virginia, State of North Carolina, State of New York, State of California, Federal Trade Commission, State of Illinois, Commonwealth of Pennsylvania, State of Ohio, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. Motion or Order to File Under Seal: 173 .(Meier, Markus) Modified on 7/8/2020 (ldi). (Entered: 07/06/2020) |
| 07/07/2020 | 180 | ORDER granting 173 LETTER MOTION to Seal Oppositions to Motions to Dismiss. The request to file redacted versions of plaintiffs' memoranda of law in opposition to the motions to dismiss is granted. (Signed by Judge Denise L. Cote on 7/7/2020) (jca) (Entered: 07/07/2020) |

| 07/07/2020 | 181 | LETTER MOTION to Seal addressed to Judge Denise L. Cote from Markus H. Meier dated July 7, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 07/07/2020) |
|---|---|---|
| 07/07/2020 | 182 | AMENDED MEMORANDUM OF LAW in Opposition re: 116 MOTION to Dismiss *by Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG.* . Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio..(Meier, Markus) (Entered: 07/07/2020) |
| 07/07/2020 | 183 | ***SELECTED PARTIES***AMENDED MEMORANDUM OF LAW in Opposition re: 116 MOTION to Dismiss *by Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG.* . Document filed by Commonwealth of Virginia, State of North Carolina, State of New York, State of California, Federal Trade Commission, State of Illinois, Commonwealth of Pennsylvania, State of Ohio, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. Motion or Order to File Under Seal: 182 .(Meier, Markus) (Entered: 07/07/2020) |
| 07/09/2020 | 184 | ORDER granting 181 LETTER MOTION to Seal. Granted. (Signed by Judge Denise L. Cote on 7/9/2020) (jca) (Entered: 07/09/2020) |
| 07/22/2020 | 185 | LETTER MOTION to Seal *Letter Motion in Support of Issuance of Letter of Request and Exhibits A and B* addressed to Judge Denise L. Cote from Markus H. Meier dated July 22, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 07/22/2020) |
| 07/22/2020 | 186 | LETTER MOTION for Discovery *Regarding Issuance of Letter of Request to India* addressed to Judge Denise L. Cote from Markus H. Meier dated July 22, 2020. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Meier, Markus) (Entered: 07/22/2020) |
| 07/22/2020 | 187 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *Regarding Issuance of Letter of Request to India* addressed to Judge Denise L. Cote from Markus H. Meier dated July 22, 2020. Document filed by Federal Trade Commission, Commonwealth of Pennsylvania, Commonwealth of Virginia, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Motion or Order to File Under Seal: 185 .(Meier, Markus) (Entered: 07/22/2020) |
| 07/22/2020 | 188 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated July 22, 2020 re: Defendants' intent to respond to Plaintiffs' Hague Convention letter of request. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 07/22/2020) |
| 07/23/2020 | 189 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Joseph S. Betsko to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20812401. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Commonwealth of Pennsylvania. (Attachments: # 1 Affidavit Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Pennsylvania Certificate of Good |

| | | Standing, # 3 Text of Proposed Order [Proposed] Order for Admission Pro Hac Vice). (Betsko, Joseph) Modified on 7/23/2020 (aea). (Entered: 07/23/2020) |
|---|---|---|
| 07/23/2020 | | >>>**NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 189 MOTION for Joseph S. Betsko to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20812401. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): Affidavit is not notarized.;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (aea)** (Entered: 07/23/2020) |
| 07/23/2020 | 190 | MOTION for Joseph S. Betsko to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Commonwealth of Pennsylvania. (Attachments: # 1 Affidavit Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order [Proposed] Order for Admission Pro Hac Vice).(Betsko, Joseph) (Entered: 07/23/2020) |
| 07/23/2020 | | >>>**NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 190 MOTION for Joseph S. Betsko to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 07/23/2020) |
| 07/23/2020 | 191 | LETTER MOTION to Seal *Defendants' forthcoming response to Plaintiffs' letter motion seeking issuance of a letter of request to the Ministry of Law and Justice for the Republic of India* addressed to Judge Denise L. Cote from Steven A. Reed dated July 23, 2020. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 07/23/2020) |
| 07/23/2020 | 192 | LETTER MOTION for Discovery *Letter of Request to the Ministry of Law and Justice for the Republic of India* addressed to Judge Denise L. Cote from Steven A. Reed dated July 23, 2020. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Defendants Proposed Letter of Request, # 2 Exhibit Defendants Proposed Letter of Request (As Compared to Plaintiffs Proposed Letter of Request), # 3 Exhibit Email from B. Albert to Counsel Dated June 25, 2020).(Reed, Steven) (Entered: 07/23/2020) |
| 07/23/2020 | 193 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *Letter of Request to the Ministry of Law and Justice for the Republic of India* addressed to Judge Denise L. Cote from Steven A. Reed dated July 23, 2020. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Kevin Mulleady(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. (Attachments: # 1 Exhibit Defendants' Proposed Letter of Request, # 2 Exhibit Defendants' Proposed Letter of Request (As Compared to Plaintiffs' Proposed Letter of Request), # 3 Exhibit Email from B. Albert to |

| | | Counsel Dated June 25, 2020)Motion or Order to File Under Seal: 191 .(Reed, Steven) (Entered: 07/23/2020) |
|---|---|---|
| 07/23/2020 | 194 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated July 23, 2020 re: Defendants' Opposition to Plaintiffs' Letter of Request to the Ministry of Law and Justice for the Republic of India. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Meier, Markus) (Entered: 07/23/2020) |
| 07/24/2020 | 195 | ORDER granting 190 Motion for Joseph S. Betsko to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 07/24/2020) |
| 07/24/2020 | 196 | ORDER granting 185 Letter Motion to Seal; granting 191 Letter Motion to Seal. It is hereby ORDERED that the defendants are required to separately request discovery from the Indian entities identified in the parties submissions. The plaintiffs need not include the defendants as parties to the plaintiffs proposed Letter of Request to India under the Hague Evidence Convention (the "Request"), attached as Exhibit A to plaintiffs letter of July 22, Docket. No. 186. The plaintiffs also need not include in their request the broader scope of discovery proposed by the defendants. IT IS FURTHER ORDERED that the plaintiffs' request to file in redacted form Docket No. 186, as well as Exhibit A to Docket No. 186, is granted. The plaintiffs' request to file under seal Exhibit B to Docket No. 186, which is a copy of the unredacted Request, also is granted. The plaintiffs' request that the Court issue the Request under seal is granted, as well. IT IS FURTHER ORDERED that the defendants request to file in redacted form Docket No. 192, as well as Exhibits A, B, and C to Docket No. 192, is granted. (Signed by Judge Denise L. Cote on 7/24/2020) (jca) (Entered: 07/24/2020) |
| 07/27/2020 | 197 | LETTER MOTION to Seal *Reply Memorandum in Support of Motion to Dismiss* addressed to Judge Denise L. Cote from Steven A. Reed dated July 27, 2020. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 07/27/2020) |
| 07/27/2020 | 198 | REPLY MEMORANDUM OF LAW in Support re: 116 MOTION to Dismiss *by Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG*. . Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Excerpted Brief of the Federal Trade Commission in FTC v. Shire ViroPharma Inc.).(Reed, Steven) (Entered: 07/27/2020) |
| 07/27/2020 | 199 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 116 MOTION to Dismiss *by Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG*. . Document filed by Vyera Pharmaceuticals, LLC, Phoenixus AG, Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. (Attachments: # 1 Exhibit Excerpted Brief of the Federal Trade Commission in FTC v. Shire ViroPharma Inc.)Motion or Order to File Under Seal: 197 .(Reed, Steven) (Entered: 07/27/2020) |
| 07/27/2020 | 200 | LETTER MOTION for Oral Argument *on Defendants' Motions to Dismiss* addressed to Judge Denise L. Cote from Steven A. Reed dated July 27, 2020. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera |

| | | Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 07/27/2020) |
|---|---|---|
| 07/27/2020 | 201 | REPLY MEMORANDUM OF LAW in Support re: 127 MOTION to Dismiss *Notice of Defendant Martin Shkreli's Motion to Dismiss the Amended Complaint. Reply Memorandum of Law in Further Support of Defendant Martin Shkreli's Motion to Dismiss the Amended Complaint*. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 07/27/2020) |
| 07/27/2020 | 202 | REPLY MEMORANDUM OF LAW in Support re: 120 MOTION to Dismiss . . Document filed by Kevin Mulleady(individually)..(Arquit, Kevin) (Entered: 07/27/2020) |
| 07/28/2020 | 203 | ORDER granting 197 Letter Motion to Seal: The Corporate Defendants' request to file in redacted form their reply brief in support of their motion to dismiss, Dkt. No. 198, is granted. (Signed by Judge Denise L. Cote on 7/28/2020) (jwh) (Entered: 07/28/2020) |
| 07/28/2020 | 204 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated July 28, 2020 re: Revised Letter of Request to India. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A).(Meier, Markus) (Entered: 07/28/2020) |
| 07/28/2020 | 205 | ***SELECTED PARTIES*** LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated July 28, 2020 re: Revised Letter of Request to India. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), State of New York, Federal Trade Commission, State of Ohio, Commonwealth of Pennsylvania, Martin Shkreli(individually), Commonwealth of Virginia, State of North Carolina, Kevin Mulleady(individually), State of California, Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, State of Illinois, Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 196 .(Meier, Markus) (Entered: 07/28/2020) |
| 07/30/2020 | | LETTERS ROGATORY ISSUED on July 30, 2020, and to be served in India. (km) (Entered: 07/30/2020) |
| 07/31/2020 | 206 | LETTER MOTION to Seal *Defendants' Foreign Discovery Letters of Request* addressed to Judge Denise L. Cote from Steven A. Reed dated July 31, 2020. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 07/31/2020) |
| 07/31/2020 | 207 | LETTER MOTION for Discovery *Letters of Request to Foreign Jurisdictions* addressed to Judge Denise L. Cote from Steven A. Reed dated July 31, 2020. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Letter of Request to High Court of Karnataka (India), # 2 Exhibit Letter of Request to High Court of Bombay (India), # 3 Exhibit Letter of Request to the Judicial Authority of Japan, # 4 Exhibit Letter of Request to the Ministry of Law and Justice for the Republic of Switzerland).(Reed, Steven) (Entered: 07/31/2020) |

| 07/31/2020 | 208 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *Letters of Request to Foreign Jurisdictions* addressed to Judge Denise L. Cote from Steven A. Reed dated July 31, 2020. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Kevin Mulleady(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. (Attachments: # 1 Exhibit Letter of Request to High Court of Karnataka (India), # 2 Exhibit Letter of Request to High Court of Bombay (India), # 3 Exhibit Letter of Request to the Judicial Authority of Japan, # 4 Exhibit Letter of Request to the Ministry of Law and Justice for the Republic of Switzerland)Motion or Order to File Under Seal: 206 . (Reed, Steven) (Entered: 07/31/2020) |
| 07/31/2020 | 209 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated 07/31/2020 re: Forthcoming Letter Motion on Foreign Discovery. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 07/31/2020) |
| 08/03/2020 | 210 | LETTER MOTION to Seal *Letter Motion re Foreign Discovery* addressed to Judge Denise L. Cote from Markus H. Meier dated August 3, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 08/03/2020) |
| 08/03/2020 | 211 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Markus H. Meier dated August 3, 2020 re: 208 LETTER MOTION for Discovery *Letters of Request to Foreign Jurisdictions* addressed to Judge Denise L. Cote from Steven A. Reed dated July 31, 2020. . Document filed by Federal Trade Commission. (Attachments: # 1 Appendix A).(Meier, Markus) (Entered: 08/03/2020) |
| 08/03/2020 | 212 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Markus H. Meier dated August 3, 2020 re: 208 LETTER MOTION for Discovery *Letters of Request to Foreign Jurisdictions* addressed to Judge Denise L. Cote from Steven A. Reed dated July 31, 2020. . Document filed by Federal Trade Commission, Commonwealth of Pennsylvania, Commonwealth of Virginia, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Appendix A)Motion or Order to File Under Seal: 210 .(Meier, Markus) (Entered: 08/03/2020) |
| 08/03/2020 | 213 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated July 3, 2020 re: Defendants' intent to respond to Plaintiffs' foreign discovery objections. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 08/03/2020) |
| 08/04/2020 | 214 | LETTER addressed to Judge Denise L. Cote from Stacey Anne Mahoney dated August 4, 2020 re: Defendants' response to Plaintiffs' objections regarding foreign discovery letters of request. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Mahoney, Stacey) (Entered: 08/04/2020) |
| 08/06/2020 | 215 | ORDER granting 192 Letter Motion for Discovery; granting 193 Letter Motion for Discovery; granting 206 Letter Motion to Seal; granting 210 Letter Motion to Seal. It is hereby ORDERED that the defendants are required to modify their proposed Letter Rogatory to Seek Foreign Assistance in Japan and Letter of Request pursuant to the Hague Evidence Convention in Switzerland, attached as Exhibits C and D respectively to |

| | | |
|---|---|---|
| | | the defendants' July 31 letter, Docket No. 207, (together, the "Japanese and Swiss Requests"), to include plaintiffs cross-examination questions for the identified witnesses, attached as an Appendix to plaintiffs' August 3 letter, Docket No. 211. Plaintiffs' cross-examination questions are narrowly tailored to defendants' questions. Including the cross-examination questions in the defendants' Japanese and Swiss Requests complies with the evidentiary requirement that cross-examination occur at the same time as the direct examination. The defendants shall submit the modified versions of the Japanese and Swiss Requests to this Court by August 14, 2020. IT IS FURTHER ORDERED that the defendants' request for issuance of their Letters of Request to the two Indian courts is granted. IT IS FURTHER ORDERED that the defendants' request to file in redacted form Exhibit A and Exhibit D to Docket No. 207 is granted. The defendants are reminded, however, that any future filing must highlight for the Court any proposed redactions in the version that is filed with the Court under seal. In the future, the defendants also shall specify which Exhibits they seek to file in redacted form. IT IS FURTHER ORDERED that the plaintiffs' request to file Docket No. 211 in redacted form, and the Appendix to Docket No. 211 under seal, is granted. (Signed by Judge Denise L. Cote on 8/6/2020) (jca) (Entered: 08/06/2020) |
| 08/10/2020 | 216 | LETTER MOTION to Seal *Defendants' foreign discovery letters of request* addressed to Judge Denise L. Cote from Steven A. Reed dated August 10, 2020. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 08/10/2020) |
| 08/10/2020 | 217 | LETTER MOTION for Discovery *Letters of Request to Japan and Switzerland* addressed to Judge Denise L. Cote from Steven A. Reed dated August 10, 2020. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Japan Foreign Discovery Request, # 2 Exhibit Switzerland Foreign Discovery Request).(Reed, Steven) (Entered: 08/10/2020) |
| 08/10/2020 | 218 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *Letters of Request to Japan and Switzerland* addressed to Judge Denise L. Cote from Steven A. Reed dated August 10, 2020. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Kevin Mulleady(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. (Attachments: # 1 Exhibit Japan Foreign Discovery Request, # 2 Exhibit Switzerland Foreign Discovery Request)Motion or Order to File Under Seal: 216 .(Reed, Steven) (Entered: 08/10/2020) |
| 08/10/2020 | 219 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *Letters of Request to Japan and Switzerland* addressed to Judge Denise L. Cote from Steven A. Reed dated August 10, 2020. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Kevin Mulleady(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, Kevin |

| | | |
|---|---|---|
| | | Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. (Attachments: # 1 Exhibit Japan Foreign Discovery Request, # 2 Exhibit Switzerland Foreign Discovery Request)Motion or Order to File Under Seal: 216 .(Reed, Steven) (Entered: 08/10/2020) |
| 08/11/2020 | 220 | ORDER granting 216 LETTER MOTION to Seal Defendants' foreign discovery letters of request. It is hereby ORDERED that the plaintiffs shall file any objection the defendants' modified Letters of Request by August 13, 2020 at noon. IT IS FURTHER ORDERED that the defendants' request to file the modified Letters of Request in redacted form, Exhibits A and B to Docket No. 217, is granted. (Signed by Judge Denise L. Cote on 8/11/2020) (jca) (Entered: 08/11/2020) |
| 08/11/2020 | 221 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated August 11, 2020 re: Defendants' Modified Foreign Discovery Requests. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 08/11/2020) |
| 08/12/2020 | 222 | LETTER MOTION to Seal *Exhibit 6 to Plaintiffs' Letter Motion Regarding Defendant Martin Shkreli's Prison Communications* addressed to Judge Denise L. Cote from Markus H. Meier dated August 12, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 08/12/2020) |
| 08/12/2020 | 223 | LETTER MOTION for Discovery *Regarding Defendant Martin Shkreli's Prison Communications* addressed to Judge Denise L. Cote from Markus H. Meier dated August 12, 2020. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7).(Meier, Markus) (Entered: 08/12/2020) |
| 08/12/2020 | 224 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *Regarding Defendant Martin Shkreli's Prison Communications* addressed to Judge Denise L. Cote from Markus H. Meier dated August 12, 2020. Document filed by Federal Trade Commission, Commonwealth of Pennsylvania, Commonwealth of Virginia, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)Motion or Order to File Under Seal: 222 .(Meier, Markus) (Entered: 08/12/2020) |
| 08/12/2020 | 225 | LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated August 12, 2020 re: Defendant's intent to respond to Plaintiffs' discovery letter motion. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC).. (Casey, Christopher) (Entered: 08/12/2020) |
| 08/13/2020 | 226 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated August 13, 2020 re: Notice of Supplemental Authority. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 08/13/2020) |
| 08/14/2020 | | LETTERS ROGATORY ISSUED ON August 14, 2020, and served in Japan, Switzerland and India. (km) (Entered: 08/17/2020) |
| 08/17/2020 | 227 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Christopher H. Casey dated August 17, 2020 re: 224 LETTER MOTION for Discovery |

| | | |
|---|---|---|
| | | *Regarding Defendant Martin Shkreli's Prison Communications* addressed to Judge Denise L. Cote from Markus H. Meier dated August 12, 2020. . Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit A - Bureau of Prisons Form BP-A0655, # 2 Exhibit B - Email Correspondence With M. Meier (part 1), # 3 Exhibit C - Email Correspondence With M. Meier (part 2), # 4 Exhibit D - FTC Privilege Log, # 5 Exhibit E - Letter from Christopher Casey dated August 5, 2010).(Casey, Christopher) (Entered: 08/17/2020) |
| 08/18/2020 | 228 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated August 18, 2020 re: Forthcoming Response to Defendant Martin Shkreli's Opposition Letter Regarding his Prison Communications. Document filed by Federal Trade Commission.. (Meier, Markus) (Entered: 08/18/2020) |
| 08/18/2020 | 229 | OPINION AND ORDER re: 120 MOTION to Dismiss . filed by Kevin Mulleady, 127 MOTION to Dismiss *Notice of Defendant Martin Shkreli's Motion to Dismiss the Amended Complaint*. filed by Martin Shkreli, 116 MOTION to Dismiss *by Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG*. filed by Vyera Pharmaceuticals, LLC, Phoenixus AG. The defendants' May 22, 2020 motions to dismiss are granted as to the Pennsylvania UTPCPL claim. As to all of the other claims in the Amended Complaint, the May 22 motions to dismiss are denied. (Signed by Judge Denise L. Cote on 8/18/2020) (jca) (Entered: 08/18/2020) |
| 08/19/2020 | 230 | LETTER RESPONSE in Support of Motion addressed to Judge Denise L. Cote from Markus H. Meier dated August 19, 2020 re: 224 LETTER MOTION for Discovery *Regarding Defendant Martin Shkreli's Prison Communications* addressed to Judge Denise L. Cote from Markus H. Meier dated August 12, 2020. . Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 08/19/2020) |
| 08/20/2020 | 231 | ORDER granting 222 LETTER MOTION to Seal Exhibit 6 to Plaintiffs' Letter Motion Regarding Defendant Martin Shkreli's Prison Communications. It is hereby ORDERED that by Tuesday, August 25, 2020 at 10:00 a.m., Shkreli shall provide to the plaintiffs the name of any attorney for Shkreli, as well as the name of that attorney's law firm. IT IS FURTHER ORDERED that the plaintiffs shall make reasonable efforts to screen review communications between Shkreli and the identified attorneys. IT IS FURTHER ORDERED that the plaintiffs may proceed to review the remainder of the documents produced by the BOP. See United States v. Meija, 655 F.3d 126, 133 (2d Cir. 2011). IT IS FURTHER ORDERED that Shkreli's argument that the Privacy Act, 5 U.S.C. § 552a, precludes the FTC's access to these documents is rejected. Should Shkreli conclude that he has a claim for violation of the Privacy Act, his recourse is to file a separate lawsuit against the BOP. See United States v. Cooper, No. 05cr0549 (VRW), 2005 WL 3555713, at *4 (N.D. Cal. Dec. 28, 2005). IT IS FURTHER ORDERED that the plaintiffs' request to file under seal Exhibit 6 to Docket No. 224 is granted. (Signed by Judge Denise L. Cote on 8/20/2020) (jca) (Entered: 08/20/2020) |
| 08/24/2020 | 232 | LETTER MOTION for Extension of Time addressed to Judge Denise L. Cote from Stacey Anne Mahoney dated August 24, 2020. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC..(Mahoney, Stacey) (Entered: 08/24/2020) |
| 08/26/2020 | 233 | ORDER granting 232 Letter Motion for Extension of Time: Granted. (Signed by Judge Denise L. Cote on 8/26/2020) (jwh) (Entered: 08/26/2020) |

| 08/26/2020 | | Set/Reset Deadlines: Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC) answer due 9/15/2020; Kevin Mulleady(individually) answer due 9/15/2020; Kevin Mulleady(as an owner and director of Phoenixus AG) answer due 9/15/2020; Phoenixus AG answer due 9/15/2020; Martin Shkreli(individually) answer due 9/15/2020; Martin Shkreli (as an owner and former director of Phoenixus AG) answer due 9/15/2020; Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC) answer due 9/15/2020; Vyera Pharmaceuticals, LLC answer due 9/15/2020. (jwh) (Entered: 08/26/2020) |
| --- | --- | --- |
| 08/28/2020 | 234 | ORDER: On March 24, 2020, a pretrial conference was scheduled as a telephone conference for September 11, 2020 at 10:00am. It is hereby ORDERED that the parties shall confer and advise the Court by September 4 in a letter no longer than two pages of any issues they believe should be addressed at the September 11 conference. (Signed by Judge Denise L. Cote on 8/28/2020) (gr) (Entered: 08/28/2020) |
| 09/04/2020 | 235 | JOINT LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated September 4, 2020 re: Upcoming Status Conference. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 09/04/2020) |
| 09/09/2020 | 236 | LETTER MOTION to Seal *Letter Motion re Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys* addressed to Judge Denise L. Cote from Markus H. Meier dated September 9, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 09/09/2020) |
| 09/09/2020 | 237 | LETTER MOTION for Discovery *re Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys* addressed to Judge Denise L. Cote from Markus H. Meier dated September 9, 2020. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D). (Meier, Markus) (Entered: 09/09/2020) |
| 09/09/2020 | 238 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *re Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys* addressed to Judge Denise L. Cote from Markus H. Meier dated September 9, 2020. Document filed by Federal Trade Commission, Commonwealth of Pennsylvania, Commonwealth of Virginia, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Motion or Order to File Under Seal: 236 . (Meier, Markus) (Entered: 09/09/2020) |
| 09/10/2020 | 239 | LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated September 10, 2020 re: Defendant's intent to respond to Plaintiffs' discovery letter motion. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 09/10/2020) |
| 09/10/2020 | 240 | ORDER granting 236 Letter Motion to Seal. (Signed by Judge Denise L. Cote on 9/10/2020) (gr) (Entered: 09/10/2020) |
| 09/10/2020 | 241 | ORDER: Pursuant to the Order of August 20, 2020, counsel for defendant Martin Shkreli provided plaintiffs with a list of fourteen attorneys and eight law firms on August 24. On September 2, counsel for Mr. Shkreli provided plaintiffs with a revised list, in which it removed three individuals and one law firm from the original list sent on August 24. Accordingly, it is herebyORDERED that by September 14, 2020, Mr. Shkreli shall serve |

| | | |
|---|---|---|
| | | on plaintiffs, and provide to the Court for filing under seal, a statement that identifies the civil or criminal proceedings for which each law firm and individual represented Mr. Shkreli, the time frame of the representation, and, if there was no proceeding, the subject matter of the legal advice provided by the attorney. (Signed by Judge Denise L. Cote on 9/10/2020) (gr) (Entered: 09/10/2020) |
| 09/10/2020 | 242 | JOINT LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated September 10, 2020 re: Proposed Schedule. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A).(Meier, Markus) (Entered: 09/10/2020) |
| 09/11/2020 | 243 | MEMO ENDORSED LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated September 10, 2020 re: JOINT LETTER Proposed Schedule. ENDORSEMENT: So Ordered. ( Summary Judgment Motion(s) due by 10/5/2021; Opposition(s) due by 12/13/2021; Reply(ies) due by 1/21/2022.) If no Summary Judgment Motion(s) filed, the Joint Pretrial Order due by 10/20/2021. (Signed by Judge Denise L. Cote on 9/11/2020) (gr) (Entered: 09/11/2020) |
| 09/11/2020 | | Minute Entry for proceedings held before Judge Denise L. Cote: Pretrial Conference held telephonically on 9/11/2020. (Court Reporter Alena Lynch) (gr) (Entered: 09/11/2020) |
| 09/11/2020 | 244 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated September 11, 2020 re: Proposed Stipulated Order Governing the Taking of Remote Depositions. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit [Proposed] Stipulated Order Governing the Taking of Remote Depositions). (Reed, Steven) (Entered: 09/11/2020) |
| 09/14/2020 | 245 | STIPULATED ORDER GOVERNING THE TAKING OF REMOTE DEPOSITIONS: In accordance with the Court's Order to "submit a proposed protocol for remote depositions on or before September 11, 2020, see Order and Protocol for Depositions 9 (ECF 132) ("Deposition Protocol"), the Parties stipulate and agree as follows: This Stipulated Order Governing the Taking of Remote Depositions (the "Remote Deposition Protocol") will govern, subject to Court approval, the taking of fact depositions in the above-captioned matter as a supplement to the Federal Rules of Civil Procedure, the United States District Court for the Southern District of New York Local Rules, and the Deposition Protocol. This Remote Deposition Protocol does not modify the governing rules for the taking of depositions imposed by the Federal Rules of Civil Procedure or the Federal Rules of Evidence except to the extent those rules are specifically modified herein. All persons attending Remote Depositions are reminded that the typical rules of professionalism and etiquette during depositions still apply. All persons attending depositions taken pursuant to this Remote Deposition Protocol who do not have an immediate need to speak shall ensure that their telephone or video conference lines are muted. In addition, all personsattending depositions taken pursuant to this Remote Deposition Protocol shall undertake best efforts to ensure that they can do so in a space that is relatively free from distractions that would interfere with the deposition. (And as further set forth herein.) IT IS SO ORDERED. (Signed by Judge Denise L. Cote on 9/14/2020) (jca) (Entered: 09/14/2020) |
| 09/14/2020 | 246 | LETTER MOTION to Seal *Letter in response to the Courts September 10, 2020 Order* addressed to Judge Denise L. Cote from Christopher H. Casey dated September 14, 2020. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 09/14/2020) |
| 09/14/2020 | 247 | LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated September 14, 2020 re: Response to the Court's September 10, 2020 Order. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). |

| | | (Attachments: # 1 Exhibit Statement of Martin Shkreli).(Casey, Christopher) (Entered: 09/14/2020) |
|---|---|---|
| 09/14/2020 | 248 | ***SELECTED PARTIES*** LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated September 14, 2020 re: Response to the Court's September 10, 2020 Order. Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit Statement of Martin Shkreli)Motion or Order to File Under Seal: 246 .(Casey, Christopher) (Entered: 09/14/2020) |
| 09/14/2020 | 249 | LETTER MOTION to Seal *Defendants' Answers to the Complaint* addressed to Judge Denise L. Cote from Steven A. Reed dated September 14, 2020. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 09/14/2020) |
| 09/14/2020 | 250 | LETTER MOTION to Seal addressed to Judge Denise L. Cote from Christopher H. Casey dated September 14, 2020. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 09/14/2020) |
| 09/14/2020 | 251 | LETTER RESPONSE to Motion addressed to Judge Denise L. Cote from Christopher H. Casey dated September 14, 2020 re: 237 LETTER MOTION for Discovery *re Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys* addressed to Judge Denise L. Cote from Markus H. Meier dated September 9, 2020. . Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit A - to be filed under seal, # 2 Exhibit B- to be filed under seal, # 3 Exhibit C- to be filed under seal).(Casey, Christopher) (Entered: 09/14/2020) |
| 09/14/2020 | 252 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Judge Denise L. Cote from Christopher H. Casey dated September 14, 2020 re: 237 LETTER MOTION for Discovery *re Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys* addressed to Judge Denise L. Cote from Markus H. Meier dated September 9, 2020. . Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A - Request for Inmate Transactional Data, # 2 Exhibit B - Request for Inmate Transactional Data, # 3 Exhibit C- Correspondence)Motion or Order to File Under Seal: 250 .(Casey, Christopher) (Entered: 09/14/2020) |
| 09/15/2020 | 253 | ***STRICKEN DOCUMENT. The document was stricken from this case pursuant to 288 Order. (jca)** ANSWER to 91 Amended Complaint,, with JURY DEMAND. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) Modified on 10/5/2020 (jca). (Entered: 09/15/2020) |

| | | |
|---|---|---|
| 09/15/2020 | 254 | ***STRICKEN DOCUMENT. Deleted document number from the case record. The document was stricken from this case pursuant to 365 Order. (jca) ***SELECTED PARTIES***ANSWER to 87 Amended Complaint,,,, with JURY DEMAND. Document filed by Vyera Pharmaceuticals, LLC, Phoenixus AG, Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio.Motion or Order to File Under Seal: 249 .(Reed, Steven) Modified on 12/28/2020 (jca). (Entered: 09/15/2020) |
| 09/15/2020 | 255 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated September 15, 2020 re: Forthcoming Response to Defendant Martin Shkreli's Opposition to Plaintiffs' Request for a Privilege Log. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 09/15/2020) |
| 09/15/2020 | 256 | ANSWER to 91 Amended Complaint,, with JURY DEMAND. Document filed by Kevin Mulleady(individually)..(Arquit, Kevin) (Entered: 09/15/2020) |
| 09/15/2020 | 257 | ***SELECTED PARTIES***ANSWER to 86 Amended Complaint,, with JURY DEMAND. Document filed by Kevin Mulleady(individually), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC.Motion or Order to File Under Seal: 249 .(Arquit, Kevin) (Entered: 09/15/2020) |
| 09/15/2020 | 258 | ***STRICKEN DOCUMENT. The document was stricken from this case pursuant to 288 Order. (jca) ANSWER to 91 Amended Complaint,, with JURY DEMAND. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) Modified on 10/5/2020 (jca). (Entered: 09/15/2020) |
| 09/15/2020 | 259 | ***STRICKEN DOCUMENT. Deleted document number from the case record. The document was stricken from this case pursuant to 365 Order. (jca) ***SELECTED PARTIES***ANSWER to Complaint with JURY DEMAND. Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC.Motion or Order to File Under Seal: 249 .(Casey, Christopher) Modified on 12/28/2020 (jca). (Entered: 09/15/2020) |
| 09/15/2020 | 260 | LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated September 15, 2020 re: Technical Issue with Filing Defendant Martin Shkreli's Non-Public, Sealed Answer (ECF No. 259). Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 09/15/2020) |

| | | |
|---|---|---|
| 09/17/2020 | 261 | ORDER granting 246 LETTER MOTION to Seal Letter in response to the Courts September 10, 2020 Order; granting 249 LETTER MOTION to Seal Defendants' Answers to the Complaint. It is hereby ORDERED that Mr. Shkreli's motion, Docket No. 246, to redact portions of, and file under seal the statement attached to, Mr. Shkreli's letter in response to this Court's September 10, 2020 Order is granted. Mr. Shkreli's letter and attachments contain private information not historically available to the public, and his proposed redactions and requests for seal are narrowly tailored. IT IS FURTHER ORDERED that Mr. Shkreli shall re-submit a request to redact portions of, and file under seal exhibits attached to, his response to plaintiffs' September 9 letter motion. The resubmission shall exclude from its request information already in the public record. IT IS FURTHER ORDERED that defendants' motion, Docket No. 249, to redact portions of their respective answers to the amended complaint is granted. Defendants' answers to the amended complaint contain commercially and competitively sensitive nonpublic information, and their proposed redactions are narrowly tailored. (Signed by Judge Denise L. Cote on 9/17/2020) (jca) (Entered: 09/17/2020) |
| 09/17/2020 | 262 | LETTER MOTION to Seal *Plaintiffs' Response to Defendant Shkreli's Opposition to Plaintiffs' Motion for Log* addressed to Judge Denise L. Cote from Markus H. Meier dated September 17, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 09/17/2020) |
| 09/17/2020 | 263 | LETTER REPLY to Response to Motion addressed to Judge Denise L. Cote from Markus H. Meier dated September 17, 2020 re: 238 LETTER MOTION for Discovery *re Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys* addressed to Judge Denise L. Cote from Markus H. Meier dated September 9, 2020. . Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G). (Meier, Markus) (Entered: 09/17/2020) |
| 09/17/2020 | 264 | ***SELECTED PARTIES***LETTER REPLY to Response to Motion addressed to Judge Denise L. Cote from Markus H. Meier dated September 17, 2020 re: 238 LETTER MOTION for Discovery *re Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys* addressed to Judge Denise L. Cote from Markus H. Meier dated September 9, 2020. . Document filed by Federal Trade Commission, Commonwealth of Pennsylvania, Commonwealth of Virginia, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)Motion or Order to File Under Seal: 262 .(Meier, Markus) (Entered: 09/17/2020) |
| 09/18/2020 | 265 | LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated September 18, 2020 re: Defendant's intent to respond to Plaintiffs' discovery motion reply letter.. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 09/18/2020) |
| 09/18/2020 | 266 | ORDER: It is hereby ORDERED that where a party believes it must redact material or attach documents because they have received a "confidential" or "highly confidential" designation by another participant in the litigation pursuant to a protective order, where feasible, the party shall contact the designator to learn whether an application to redact or seal is necessary, and, if it is, the reasons that should be conveyed to the Court to support such application. IT IS FURTHER ORDERED that by Monday, September 21, defendant |

| | | |
|---|---|---|
| | | Shkreli shall explain why it is necessary to seal exhibits B, C, D, F, and G. IT IS FURTHER ORDERED that unless a party provides sufficient justification by Monday, September 21, for the redaction of a passage or passages from the September 17 letter, the Court will require that letter to be filed without any redactions. (Signed by Judge Denise L. Cote on 9/16/2020) (jca) (Entered: 09/18/2020) |
| 09/18/2020 | 267 | LETTER MOTION to Seal addressed to Judge Denise L. Cote from CHRISTOPHER H. CASEY dated September 18, 2020. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 09/18/2020) |
| 09/18/2020 | 268 | LETTER REPLY to Response to Motion addressed to Judge Denise L. Cote from CHRISTOPHER H. CASEY dated September 18, 2020 re: 237 LETTER MOTION for Discovery *re Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys* addressed to Judge Denise L. Cote from Markus H. Meier dated September 9, 2020. . Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit A Being filed under seal, # 2 Exhibit B - Redacted document, # 3 Exhibit C - Correspondence, # 4 Exhibit D - Being filed under seal, # 5 Exhibit E- Correspondence, # 6 Exhibit F - Correspondence). (Casey, Christopher) (Entered: 09/18/2020) |
| 09/18/2020 | 269 | ***SELECTED PARTIES***LETTER REPLY to Response to Motion addressed to Judge Denise L. Cote from CHRISTOPHER H. CASEY dated September 18, 2020 re: 238 LETTER MOTION for Discovery *re Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys* addressed to Judge Denise L. Cote from Markus H. Meier dated September 9, 2020. . Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A-Correspondence, # 2 Exhibit B- Agreement, # 3 Exhibit C - Correspondence, # 4 Exhibit D - Voting Agreement, # 5 Exhibit E- Correspondence, # 6 Exhibit F - Correspondence)Motion or Order to File Under Seal: 267 .(Casey, Christopher) (Entered: 09/18/2020) |
| 09/18/2020 | 270 | SECOND LETTER MOTION to Seal *Pursuant to Courts September 17, 2020 Order, and In Response to Plaintiffs Letter Motion by Defendant Martin Shkreli* addressed to Judge Denise L. Cote from CHRISTOPHER H. CASEY dated September 18, 2020. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC).. (Casey, Christopher) (Entered: 09/18/2020) |
| 09/18/2020 | 271 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from CHRISTOPHER H. CASEY dated September 18, 2020 re: 237 LETTER MOTION for Discovery *re Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys* addressed to Judge Denise L. Cote from Markus H. Meier dated September 9, 2020. *Re-filed as pursuant to Order of the Court*. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit A Being filed under seal, # 2 Exhibit B Being filed under seal, # 3 Exhibit C Redacted Correspondence).(Casey, Christopher) (Entered: 09/18/2020) |

| 09/18/2020 | 272 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from CHRISTOPHER H. CASEY dated September 18, 2020 re: 237 LETTER MOTION for Discovery *re Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys* addressed to Judge Denise L. Cote from Markus H. Meier dated September 9, 2020. *Re-filed pursuant to Order of the Court.* Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A Data Report, # 2 Exhibit B - Data Report, # 3 Exhibit C - Correspondence)Motion or Order to File Under Seal: 269 .(Casey, Christopher) (Entered: 09/18/2020) |
|---|---|---|
| 09/21/2020 | 273 | LETTER MOTION to Seal *Three Documents Defendant Shkreli Filed under Seal as Exhibits to his Letters* addressed to Judge Denise L. Cote from Markus H. Meier dated September. 21, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 09/21/2020) |
| 09/21/2020 | 274 | LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated September 21, 2020 re: Response to Court's September 18 Order to Provide Explanation for Sealing. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 09/21/2020) |
| 09/21/2020 | 275 | SECOND LETTER MOTION to Seal addressed to Judge Denise L. Cote from Christopher H. Casey dated September 21, 2020. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 09/21/2020) |
| 09/21/2020 | 276 | LETTER REPLY to Response to Motion addressed to Judge Denise L. Cote from Christopher H. Casey dated September 18, 2020 re: 237 LETTER MOTION for Discovery *re Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys* addressed to Judge Denise L. Cote from Markus H. Meier dated September 9, 2020. *Re-Filed Pursuant to Court Order.* Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Casey, Christopher) (Entered: 09/21/2020) |
| 09/21/2020 | 277 | ***SELECTED PARTIES***LETTER REPLY to Response to Motion addressed to Judge Denise L. Cote from Christopher H. Casey dated September 18, 2020 re: 238 LETTER MOTION for Discovery *re Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys* addressed to Judge Denise L. Cote from Markus H. Meier dated September 9, 2020. *Re-Filed Pursuant to Court Order.* Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A, |

|  |  | # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Motion or Order to File Under Seal: 275 .(Casey, Christopher) (Entered: 09/21/2020) |
|---|---|---|
| 09/22/2020 | 278 | ORDER: On September 9, 2020, plaintiffs requested that defendant Martin Shkreli be required to provide a privilege log detailing the basis for any privilege claims over his communications with attorneys when those communications occurred over lines monitored by the Bureau of Prisons (BOP). On September 17,plaintiffs modified this request and now ask for access only for such communications between Shkreli and two attorneys: Kandis Kovalsky (attorney at Kang Haggerty and Fetbroyt LLC) and Scott Vernick (attorney at Fox Rothschild, LLP). The attorney-client privilege covers communications that are intended to be, and in fact were, kept confidential. United States v. Mejia, 655 F.3d 126, 132 (2d Cir. 2011). Communications made over a telephone or email system monitored by the BOP,1 which the prisoner knows is being monitored andrecorded by prison authorities, are not made in confidence and thus constitute[] a waiver of the privilege. Id. at 133. The fact that [the calls are] recorded amounts essentially to the presence of an unsympathetic third partyBOPlistening in. Id. at 134. As a result, Shkrelis communications with attorneys in BOP-monitored systems such as telephone calls and emails are notprotected by the attorney-client privilege. This Court exercised its discretion in the management of discovery to require plaintiffs to make reasonable efforts to screen from review BOP-monitored communications between Shkreli and attorneys identified by Skhreli. Shkreli identified fifteen attorneys at eight different law firms in response to the Order of August 20. Following that disclosure, plaintiffs have substantially narrowed their request, asking only for access tocommunications between Shkreli and two of his attorneys their law firms. Given that these communications, which are in the plaintiffs hands pursuant to a subpoena served on the BOP, were not confidential, it is hereby ORDERED that a telephone conference will be held on Tuesday, September 22, 2020 at 4:00pm to allow Shkreli to show cause why the plaintiffs may not review all of Shkrelis communications with Kandis Kovalsky and Scott Vernick and their respective law firms that occurred over systems monitored by the BOP. The parties shall use the following dial-in credentials for the telephone conference:Dial-in: 888-363-4749 Access code: 4324948. The parties shall use a landline if one is available. (Signed by Judge Denise L. Cote on 9/22/2020) (gr) (Entered: 09/22/2020) |
| 09/22/2020 |  | Set Hearing: Telephone Conference set for 9/22/2020 at 04:00 PM before Judge Denise L. Cote. (gr) (Entered: 09/22/2020) |
| 09/22/2020 | 279 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/11/2020 before Judge Denise L. Cote. Court Reporter/Transcriber: Alena Lynch, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/13/2020. Redacted Transcript Deadline set for 10/23/2020. Release of Transcript Restriction set for 12/21/2020..(McGuirk, Kelly) (Entered: 09/22/2020) |
| 09/22/2020 | 280 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 9/11/20 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 09/22/2020) |
| 09/22/2020 |  | Minute Entry for proceedings held before Judge Denise L. Cote: Telephone Conference held on 9/22/2020. (Court Reporter Rebecca Forman) (gr) (Entered: 09/23/2020) |

| 09/23/2020 | 281 | ORDER re: 276 Reply to Response to Motion, filed by Martin Shkreli; 263 Reply to Response to Motion, filed by Federal Trade Commission; 271 Response in Opposition to Motion, filed by Martin Shkreli. It is hereby ORDERED that Shkreli's updated request to redact portions of his September 14 letter [Dkt. No. 271] in response to plaintiffs' September 9 letter motion, as well as to seal Exhibits A, B, and portions of C to the letter, is granted. IT IS FURTHER ORDERED that plaintiffs' request to seal exhibits B, F, and G to their letter of September 17 [Dkt. No. 263] is granted. IT IS FURTHER ORDERED that plaintiffs' request to seal exhibits C and D supporting their September 17 response [Dkt. No. 263] to Shkreli's opposition to plaintiffs' motion to compel a privilege is denied. Plaintiffs shall file exhibits C and D on the public record. IT IS FURTHER ORDERED that plaintiffs shall file an unredacted version of their September 17 letter [Dkt. No. 263]. IT IS FURTHER ORDERED that Shkreli's request to file under seal certain exhibits attached to his response [Dkt. No. 276] in opposition to plaintiffs' request for a privilege log is granted. (Signed by Judge Denise L. Cote on 9/23/2020) (va) (Entered: 09/23/2020) |
| --- | --- | --- |
| 09/24/2020 | 282 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated September 17, 2020 re: Unredacted Version of Plaintiffs September 17, 2020 Letter Reply [Dkt No. 263] with Exhibits C and D Filed on the Public Record. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Meier, Markus) (Entered: 09/24/2020) |
| 09/24/2020 | 283 | JOINT LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated September 24, 2020 re: Update on Progress of Protocol for BOP Communications. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 09/24/2020) |
| 09/25/2020 | 284 | JOINT LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated September 25, 2020 re: Proposed Protocol for BOP Communications. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC).. (Casey, Christopher) (Entered: 09/25/2020) |
| 09/29/2020 | 285 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/22/2020 before Judge Denise L. Cote. Court Reporter/Transcriber: Rebecca Forman, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/20/2020. Redacted Transcript Deadline set for 10/30/2020. Release of Transcript Restriction set for 12/28/2020..(McGuirk, Kelly) (Entered: 09/29/2020) |
| 09/29/2020 | 286 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 9/22/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 09/29/2020) |
| 10/01/2020 | 287 | JOINT LETTER MOTION for Leave to File to Re-File Answers to Plaintiffs' First Amended Complaint addressed to Judge Denise L. Cote from Christopher H. Casey dated October 1, 2020. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Casey, Christopher) (Entered: 10/01/2020) |

| 10/05/2020 | 288 | ORDER granting 287 JOINT LETTER MOTION for Leave to File to Re-File Answers to Plaintiffs' First Amended Complaint. It is hereby ORDERED that defendants' request to re-file public versions of their answers to the amended complaint is granted. Defendants shall re-file public versions of their answers to the docket. IT IS FURTHER ORDERED that the Clerk's Office shall strike Martin Shkreli's currently-filed answer to the amended complaint at Doc. No. 258 and Vyera Pharmaceuticals, LLC's and Phoenixus AG's currently-filed answer to the amended complaint at ECF No. 253.. (Signed by Judge Denise L. Cote on 10/5/2020) (jca) (Entered: 10/05/2020) |
|---|---|---|
| 10/06/2020 | 289 | MOTION to Strike Document No. [254, 259] . Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. Responses due by 10/20/2020.(Meier, Markus) (Entered: 10/06/2020) |
| 10/06/2020 | 290 | MEMORANDUM OF LAW in Support re: 289 MOTION to Strike Document No. [254, 259] . . Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. (Attachments: # 1 Exhibit 1).(Meier, Markus) (Entered: 10/06/2020) |
| 10/07/2020 | 291 | ORDER: On October 6, 2020, plaintiffs filed a motion to strike certain defenses in defendants Vyera Pharmaceuticals, LLC and Phoenixus AG's answer to plaintiffs' amended complaint, as well in defendant Martin Shkreli's answer. It is hereby ORDERED that defendants shall file any opposition to plaintiffs' motion to strike by October 21, 2020. IT IS FURTHER ORDERED that plaintiffs shall file any reply in support of their motion to strike by October 28, 2020. (Responses due by 10/21/2020, Replies due by 10/28/2020.) (Signed by Judge Denise L. Cote on 10/7/2020) (mml) (Entered: 10/07/2020) |
| 10/08/2020 | 292 | ANSWER to 87 Amended Complaint,,,, with JURY DEMAND. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC).. (Casey, Christopher) (Entered: 10/08/2020) |
| 10/08/2020 | 293 | ANSWER to Complaint with JURY DEMAND. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 10/08/2020) |
| 10/21/2020 | 294 | MEMORANDUM OF LAW in Opposition re: 289 MOTION to Strike Document No. [254, 259] . . Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit Exhibit A).(Casey, Christopher) (Entered: 10/21/2020) |
| 10/21/2020 | 295 | MEMORANDUM OF LAW in Opposition re: 289 MOTION to Strike Document No. [254, 259] . . Document filed by Kevin Mulleady(individually)..(Arquit, Kevin) (Entered: 10/21/2020) |
| 10/21/2020 | 296 | MEMORANDUM OF LAW in Opposition re: 289 MOTION to Strike Document No. [254, 259] . . Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Email Correspondence Between Counsel).(Reed, Steven) (Entered: 10/21/2020) |
| 10/23/2020 | 297 | MOTION for Jeffrey S. Pollack to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-22284116. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of |

| | | |
|---|---|---|
| | | Vyera Pharmaceuticals, LLC). (Attachments: # 1 Affidavit, # 2 Text of Proposed Order). (Pollack, Jeffrey) (Entered: 10/23/2020) |
| 10/23/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 297 MOTION for Jeffrey S. Pollack to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-22284116. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 10/23/2020) |
| 10/28/2020 | 298 | REPLY MEMORANDUM OF LAW in Support re: 289 MOTION to Strike Document No. [254, 259] . . Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 10/28/2020) |
| 11/04/2020 | 299 | LETTER MOTION to Seal *Letter Motion to Produce Relevant Portions of BOP-Monitored Call Transcripts* addressed to Judge Denise L. Cote from Markus H. Meier dated November 4, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 11/04/2020) |
| 11/04/2020 | 300 | LETTER MOTION for Discovery *re Relevant Portions of BOP-Monitored Call Transcripts* addressed to Judge Denise L. Cote from Markus H. Meier dated November 4, 2020. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Meier, Markus) (Entered: 11/04/2020) |
| 11/04/2020 | 301 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *re Relevant Portions of BOP-Monitored Call Transcripts* addressed to Judge Denise L. Meier dated November 4, 2020. Document filed by Federal Trade Commission, Commonwealth of Pennsylvania, Commonwealth of Virginia, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Motion or Order to File Under Seal: 299 .(Meier, Markus) (Entered: 11/04/2020) |
| 11/04/2020 | 302 | LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated November 4, 2020 re: Defendant's Intent to Respond to Plaintiffs' Discovery Letter Motion. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 11/04/2020) |
| 11/05/2020 | 303 | ORDER granting 299 Letter Motion to Seal. (Signed by Judge Denise L. Cote on 11/5/2020) (gr) (Entered: 11/05/2020) |
| 11/09/2020 | 304 | LETTER MOTION to Seal *portions of Mr. Shreli's Letter in Response to Plaintiffs' Letter Motion* addressed to Judge Denise L. Cote from Christopher H. Casey dated November 9, 2020. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 11/09/2020) |
| 11/09/2020 | 305 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Christopher H. Casey dated November 9, 2020 re: 300 LETTER MOTION for Discovery *re Relevant Portions of BOP-Monitored Call Transcripts* addressed to Judge Denise L. Cote from Markus H. Meier dated November 4, 2020. . Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), |

| | | |
|---|---|---|
| | | Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit 1).(Casey, Christopher) (Entered: 11/09/2020) |
| 11/09/2020 | 306 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Christopher H. Casey dated November 9, 2020 re: 301 LETTER MOTION for Discovery *re Relevant Portions of BOP-Monitored Call Transcripts* addressed to Judge Denise L. Cote from Markus H. Meier dated November 4, 2020. . Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 304 .(Casey, Christopher) (Entered: 11/09/2020) |
| 11/10/2020 | 307 | ORDER granting 304 LETTER MOTION to Seal portions of Mr. Shreli's Letter in Response to Plaintiffs' Letter Motion. Granted. (Signed by Judge Denise L. Cote on 11/10/2020) (jca) (Entered: 11/10/2020) |
| 11/10/2020 | 308 | ORDER: It is hereby ORDERED that Shkreli's objections are overruled. IT IS FURTHER ORDERED that Shkreli shall promptly produce all discussions in the BOP communications that are the subject of the November 4 and 9 letters insofar as those discussions are related to one or more of the four identified topics. (Signed by Judge Denise L. Cote on 11/10/2020) (ks) (Entered: 11/10/2020) |
| 11/10/2020 | 309 | MOTION for Beau William Buffier to Withdraw as Attorney . Document filed by State of New York..(Buffier, Beau) (Entered: 11/10/2020) |
| 11/11/2020 | 310 | MEMO ENDORSEMENT Granted. The Clerk of Court shall remove Beau W. Buffier as counsel. (Signed by Judge Denise L. Cote on November 11, 2020) (vs) (Entered: 11/11/2020) |
| 11/25/2020 | 311 | MOTION for Brett Michael Feldman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-22754269. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Affidavit of Brett M. Feldman, # 2 Text of Proposed Order).(Feldman, Brett) (Entered: 11/25/2020) |
| 11/25/2020 | 312 | LETTER MOTION to Seal *a portion of Mr. Shkreli's Memorandum of Law in Support of His Motion to Stay Discovery, portions of Jack T. Donson's Supporting Declaration, and a portion of Exhibit A-5 to the Supporting Declaration of Kandis Kovalsky* addressed to Judge Denise L. Cote from Christopher H. Casey dated November 25, 2020. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC).. (Casey, Christopher) (Entered: 11/25/2020) |
| 11/25/2020 | 313 | MOTION to Stay *Discovery*. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Text of Proposed Order). (Casey, Christopher) (Entered: 11/25/2020) |
| 11/25/2020 | 314 | MEMORANDUM OF LAW in Support re: 313 MOTION to Stay *Discovery*. . Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of |

| | | |
|---|---|---|
| | | Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC).. (Casey, Christopher) (Entered: 11/25/2020) |
| 11/25/2020 | 315 | DECLARATION of KANDIS L. KOVALSKY in Support re: 313 MOTION to Stay *Discovery*.. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit A-1 - 01-28-20 Email from A. Torres to K. Kovalsky, # 2 Exhibit A-2 - 02-11-2020 Email from A. Dewalt to K. Kovalsky, # 3 Exhibit A-3 - 02-03-2020 Email from Kovalsky to Schmidt, # 4 Exhibit A-4 - 04-09-2020 Email from A. Dewalt to A. Torre, K. Kovalsky, # 5 Exhibit A-5 - 04-13-2020 Email A. Dewalt to K. Kovalsky [REDACTED], # 6 Exhibit A-6 - 05-27-2020 Email from A. Dewalt to K. Kovalsky, # 7 Exhibit A-7 - 06-03-2020 Email from A. Dewalt to K. Kovalsky, # 8 Exhibit A-8 - 11-02-2020 Letter from K. Kovalsky to J. Kerr, # 9 Exhibit A-9 -11-12-2020 Email from A. Dewalt to K. Kovalsky).(Casey, Christopher) (Entered: 11/25/2020) |
| 11/25/2020 | 316 | DECLARATION of JACK T. DONSON [REDACTED] in Support re: 313 MOTION to Stay *Discovery*.. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit B-1 - Curriculum Vitae of Jack Thomas Donson).(Casey, Christopher) (Entered: 11/25/2020) |
| 11/25/2020 | 317 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 313 MOTION to Stay *Discovery*. . Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. Motion or Order to File Under Seal: 312 .(Casey, Christopher) (Entered: 11/25/2020) |
| 11/25/2020 | 318 | ***SELECTED PARTIES***DECLARATION of KANDIS L. KOVALSKY in Support re: 313 MOTION to Stay *Discovery*.. Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A-1 - 01-28-20 Email from A. Torres to K. Kovalsky, # 2 Exhibit A-2 - 02-11-2020 Email from A. Dewalt to K. Kovalsky, # 3 Exhibit A-3 - 02-03-2020 Email from Kovalsky to Schmidt, # 4 Exhibit A-4 - 04-09-2020 Email from A. Dewalt to A. Torre, K. Kovalsky, # 5 Exhibit A-5 - 04-13-2020 Email A. Dewalt to K. Kovalsky, # 6 Exhibit A-6 - 05-27-2020 Email from A. Dewalt to K. Kovalsky, # 7 Exhibit A-7 - 06-03-2020 Email from A. Dewalt to K. Kovalsky, # 8 Exhibit A-8 - 11-02-2020 Letter from K. Kovalsky to J. Kerr, # 9 Exhibit A-9 -11-12-2020 Email from A. Dewalt to K. Kovalsky)Motion or Order to File Under Seal: 312 . (Casey, Christopher) (Entered: 11/25/2020) |
| 11/25/2020 | 319 | ***SELECTED PARTIES***DECLARATION of JACK T. DONSON [UNREDACTED] in Support re: 313 MOTION to Stay *Discovery*.. Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), |

| | | |
|---|---|---|
| | | Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit B-1 - Curriculum Vitae of Jack Thomas Donson)Motion or Order to File Under Seal: 312 . (Casey, Christopher) (Entered: 11/25/2020) |
| 11/25/2020 | 320 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Denise L. Cote from Markus H. Meier dated November 25, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 11/25/2020) |
| 11/27/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 311 MOTION for Brett Michael Feldman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-22754269. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 11/27/2020) |
| 11/27/2020 | 321 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Christopher H. Casey dated November 27, 2020 re: 320 LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Denise L. Cote from Markus H. Meier dated November 25, 2020. . Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 11/27/2020) |
| 11/30/2020 | 322 | ORDER granting 312 LETTER MOTION to Seal a portion of Mr. Shkreli's Memorandum of Law in Support of His Motion to Stay Discovery, portions of Jack T. Donson's Supporting Declaration, and a portion of Exhibit A-5 to the Supporting Declaration of Kandis Kovalsky. Granted. (Signed by Judge Denise L. Cote on 11/30/2020) (jca) (Entered: 11/30/2020) |
| 11/30/2020 | 323 | ORDER: It is hereby ORDERED that plaintiffs shall submit opposition to defendants motion by December 7, 2020. IT IS FURTHER ORDERED that Shkreli shall submit his reply by December 11, 2020. IT IS FURTHER ORDERED that discovery is not stayed pending the resolution of this motion to stay. (Responses due by 12/7/2020, Replies due by 12/11/2020.) (Signed by Judge Denise L. Cote on 11/30/2020) (jca) (Entered: 11/30/2020) |
| 12/01/2020 | 324 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated Debember 1, 2020 re: Hague Letter Update. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A).(Meier, Markus) (Entered: 12/01/2020) |
| 12/03/2020 | 325 | LETTER MOTION to Seal *Defendants' Letter to the Court Regarding Foreign Discovery* addressed to Judge Denise L. Cote from Steven A. Reed dated December 3, 2020. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 12/03/2020) |
| 12/03/2020 | 326 | LETTER MOTION for Discovery *From Foreign Third Parties* addressed to Judge Denise L. Cote from Steven A. Reed dated December 3, 2020. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Correspondence Between Counsel).(Reed, Steven) (Entered: 12/03/2020) |
| 12/03/2020 | 327 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *From Foreign Third Parties* addressed to Judge Denise L. Cote from Steven A. Reed dated December 3, 2020. Document filed by Vyera Pharmaceuticals, LLC, Phoenixus AG, Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as an owner and former director of |

| | | |
|---|---|---|
| | | Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. (Attachments: # 1 Exhibit Correspondence Between Counsel)Motion or Order to File Under Seal: 325 .(Reed, Steven) (Entered: 12/03/2020) |
| 12/04/2020 | 328 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated 12/04/2020 re: Forthcoming Response to Defs Motion for Foreign Discovery. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 12/04/2020) |
| 12/04/2020 | 329 | ORDER granting 325 LETTER MOTION to Seal Defendants' Letter to the Court Regarding Foreign Discovery. Granted. (Signed by Judge Denise L. Cote on 12/4/2020) (jca) (Entered: 12/04/2020) |
| 12/07/2020 | 330 | LETTER MOTION to Seal *Plaintiffs' Opposition to Defendant Shkreli's Motion to Stay all Discovery* addressed to Judge Denise L. Cote from Markus H. Meier dated December 7, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 12/07/2020) |
| 12/07/2020 | 331 | **FILING ERROR - DEFICIENT DOCKET ENTRY (SEE DOCUMENT #332) -** MEMORANDUM OF LAW in Opposition re: 313 MOTION to Stay *Discovery*. . Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio..(Meier, Markus) Modified on 12/8/2020 (ldi). (Entered: 12/07/2020) |
| 12/07/2020 | 332 | MEMORANDUM OF LAW in Opposition re: 313 MOTION to Stay *Discovery*. . Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Meier, Markus) (Entered: 12/07/2020) |
| 12/07/2020 | 333 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 313 MOTION to Stay *Discovery*. . Document filed by Commonwealth of Virginia, State of North Carolina, State of New York, State of California, Federal Trade Commission, State of Illinois, Commonwealth of Pennsylvania, State of Ohio, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Motion or Order to File Under Seal: 330 .(Meier, Markus) (Entered: 12/07/2020) |
| 12/08/2020 | 334 | ORDER granting 330 LETTER MOTION to Seal Plaintiffs' Opposition to Defendant Shkreli's Motion to Stay all Discovery. Granted. (Signed by Judge Denise L. Cote on 12/8/2020) (jca) (Entered: 12/08/2020) |
| 12/08/2020 | 335 | MOTION for Sarah O'Laughlin Kulik to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-22936430. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Affidavit, # 2 Text of Proposed Order). (Kulik, Sarah) Modified on 12/8/2020 (vba). Modified on 12/8/2020 (wb). (Entered: 12/08/2020) |
| 12/08/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 335 MOTION for Sarah O'Laughlin Kulik to Appear Pro Hac Vice . Filing fee $** |

| | | |
|---|---|---|
| | | **200.00, receipt number ANYSDC-22936430. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 12/08/2020) |
| 12/08/2020 | 336 | LETTER MOTION to Seal *Plaintiffs' Letter Response in Opposition to Defendants' Letter re Foreign Discovery* addressed to Judge Denise L. Cote from Markus H. Meier dated December 8, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 12/08/2020) |
| 12/08/2020 | 337 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Markus H. Meier dated December 8, 2020 re: 327 LETTER MOTION for Discovery *From Foreign Third Parties* addressed to Judge Denise L. Cote from Steven A. Reed dated December 3, 2020. . Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A).(Meier, Markus) (Entered: 12/08/2020) |
| 12/08/2020 | 338 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Markus H. Meier dated December 8, 2020 re: 327 LETTER MOTION for Discovery *From Foreign Third Parties* addressed to Judge Denise L. Cote from Steven A. Reed dated December 3, 2020. . Document filed by Federal Trade Commission, Commonwealth of Pennsylvania, Commonwealth of Virginia, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 336 .(Meier, Markus) (Entered: 12/08/2020) |
| 12/09/2020 | 339 | ORDER granting 336 LETTER MOTION to Seal Plaintiffs' Letter Response in Opposition to Defendants' Letter re Foreign Discovery. Granted. (Signed by Judge Denise L. Cote on 12/9/2020) (jca) (Entered: 12/09/2020) |
| 12/09/2020 | 340 | ORDER. Having reviewed the parties letters of December 3, 2020 and December 8, it is hereby ORDERED that a conference is scheduled for Friday, December 11, 2020 at 1:00pm. Due to the ongoing COVID-19 pandemic, the conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference: Dial-in: 888-363-4749, Access code: 4324948 The parties shall use a landline if one is available. (Signed by Judge Denise L. Cote on December 9, 2020) (vs) (Entered: 12/09/2020) |
| 12/11/2020 | 341 | ORDER granting 297 Motion for Jeffrey S. Pollack to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 12/11/2020) |
| 12/11/2020 | 342 | ORDER granting 311 Motion for Brett Michael Feldman to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 12/11/2020) |
| 12/11/2020 | 343 | ORDER granting 335 Motion for Sarah O'Laughlin Kulik to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 12/11/2020) |
| 12/11/2020 | | Minute Entry for proceedings held before Judge Denise L. Cote: Telephone Conference held on 12/11/2020. (Court Reporter Alena Lynch) (gr) (Entered: 12/11/2020) |
| 12/11/2020 | 344 | ORDER denying 326 Letter Motion for Discovery; denying 327 Letter Motion for Discovery. On December 3, 2020, defendants requested leave to file letters of request for international assistance to seek discovery from three foreign entities. A conference was held on December 11. For the reasons stated on the record, it is hereby ORDERED that |

|            |     | defendants' request of December 3 is denied. (Signed by Judge Denise L. Cote on 12/11/2020) (mro) (Entered: 12/11/2020) |
|------------|-----|---|
| 12/11/2020 | 345 | NOTICE OF APPEARANCE by Nicholas Anthony Rendino on behalf of Kevin Mulleady(individually)..(Rendino, Nicholas) (Entered: 12/11/2020) |
| 12/11/2020 | 346 | REPLY MEMORANDUM OF LAW in Support re: 313 MOTION to Stay *Discovery*. . Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 12/11/2020) |
| 12/11/2020 | 347 | REPLY AFFIDAVIT of Kandis L. Kovalsky, Esq. in Support re: 313 MOTION to Stay *Discovery*.. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 12/11/2020) |
| 12/18/2020 | 348 | LETTER MOTION to Seal *Plaintiffs' Letter Motion Concerning Vyera's Privilege Redactions* addressed to Judge Denise L. Cote from Markus H. Meier dated December 18, 2020. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 12/18/2020) |
| 12/18/2020 | 349 | LETTER MOTION for Discovery *Concerning Vyera's Privilege Redactions* addressed to Judge Denise L. Cote from Markus H. Meier dated 12/18/2020. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Meier, Markus) (Entered: 12/18/2020) |
| 12/18/2020 | 350 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *Concerning Vyera's Privilege Redactions* addressed to Judge Denise L. Cote from Markus H. Meier dated 12/18/2020. Document filed by Federal Trade Commission, Commonwealth of Pennsylvania, Commonwealth of Virginia, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 348 . (Meier, Markus) (Entered: 12/18/2020) |
| 12/18/2020 | 351 | LETTER MOTION for Discovery *Requesting Leave to Depose Defendant Shkreli on January 27 and 28, 2021* addressed to Judge Denise L. Cote from Markus H. Meier dated December 18, 2020. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Meier, Markus) (Entered: 12/18/2020) |
| 12/18/2020 | 352 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated December 18, 2020 re: Defendants' forthcoming opposition to Plaintiffs' letter motion for in camera review. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 12/18/2020) |
| 12/18/2020 | 353 | LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated December 18, 2020 re: Defendant's Intent to Respond to Plaintiffs' Discovery Letter Motion. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 12/18/2020) |
| 12/21/2020 | 354 | ORDER granting 348 LETTER MOTION to Seal Plaintiffs' Letter Motion Concerning Vyera's Privilege Redactions. Granted. (Signed by Judge Denise L. Cote on 12/21/2020) (jca) (Entered: 12/21/2020) |

| | | |
|---|---|---|
| 12/21/2020 | 355 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Leah P. Hubinger to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Federal Trade Commission. (Attachments: # 1 Affidavit, # 2 Certificate of Standing, # 3 Text of Proposed Order).(Hubinger, Leah) Modified on 12/21/2020 (vba). (Entered: 12/21/2020) |
| 12/21/2020 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 355 MOTION for Leah P. Hubinger to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court State of California;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (vba)** (Entered: 12/21/2020) |
| 12/21/2020 | 356 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Christopher H. Casey dated December 21, 2020 re: 351 LETTER MOTION for Discovery *Requesting Leave to Depose Defendant Shkreli on January 27 and 28, 2021* addressed to Judge Denise L. Cote from Markus H. Meier dated December 18, 2020. . Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Casey, Christopher) (Entered: 12/21/2020) |
| 12/21/2020 | 366 | Letter Certification from Legal Language Services advising the Court that the translation was done, received by the Court on 12/21/2020. (tro) (Entered: 01/05/2021) |
| 12/22/2020 | 357 | ORDER granting 351 LETTER MOTION for Discovery Requesting Leave to Depose Defendant Shkreli on January 27 and 28, 2021. Having reviewed the letters of December 18 and December 21, 2020, it is hereby ORDERED that defendant Martin Shkreli's deposition shall proceed on January 27 and 28, 2021. (Signed by Judge Denise L. Cote on 12/22/2020) (jca) (Entered: 12/22/2020) |
| 12/22/2020 | | Set/Reset Deadlines: Deposition due by 1/28/2021. (jca) (Entered: 12/22/2020) |
| 12/22/2020 | 358 | LETTER MOTION to Seal *Defendants' forthcoming letter response regarding Plaintiffs' privilege dispute* addressed to Judge Denise L. Cote from Steven A. Reed dated December 22, 2020. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC.. (Reed, Steven) (Entered: 12/22/2020) |
| 12/22/2020 | 359 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated December 22, 2020 re: Defendants' Opposition to Plaintiffs' Request for In Camera Review of Privileged Material. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Declaration of Lukas Dscher).(Reed, Steven) (Entered: 12/22/2020) |
| 12/22/2020 | 360 | ***SELECTED PARTIES*** LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated December 22, 2020 re: Defendants' Opposition to Plaintiffs' Request for In Camera Review of Privileged Material. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), State of New York, Federal Trade Commission, State of Ohio, Commonwealth of Pennsylvania, Martin Shkreli(individually), Commonwealth of Virginia, State of North Carolina, Kevin Mulleady(individually), State of California, Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, State of Illinois, Kevin Mulleady(as an owner and director of |

| | | |
|---|---|---|
| | | Phoenixus AG), Phoenixus AG. (Attachments: # 1 Exhibit Declaration of Lukas Dascher)Motion or Order to File Under Seal: 358 .(Reed, Steven) (Entered: 12/22/2020) |
| 12/23/2020 | 361 | ORDER granting 358 LETTER MOTION to Seal Defendants' forthcoming letter response regarding Plaintiffs' privilege dispute. Granted. (Signed by Judge Denise L. Cote on 12/23/2020) (jca) (Entered: 12/23/2020) |
| 12/23/2020 | 362 | ORDER granting in part and denying in part 349 Letter Motion for Discovery; granting in part and denying in part 350 Letter Motion for Discovery. Having reviewed the parties' submissions, it is hereby ORDERED that the plaintiffs' request is granted. Vyera shall provide the documents for in camera review by January 8, 2021 by submitting them to this Court's Chambers Inbox at CoteNYSDChambers@nysd.uscourts.gov. IT IS FURTHER ORDERED that Vyeras request that the in camera review process be referred to a magistrate judge is denied.. (Signed by Judge Denise L. Cote on 12/23/2020) (jca) (Entered: 12/23/2020) |
| 12/23/2020 | 363 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/11/2020 before Judge Denise L. Cote. Court Reporter/Transcriber: Alena Lynch, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/13/2021. Redacted Transcript Deadline set for 1/25/2021. Release of Transcript Restriction set for 3/23/2021..(McGuirk, Kelly) (Entered: 12/23/2020) |
| 12/23/2020 | 364 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 12/11/20 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 12/23/2020) |
| 12/28/2020 | 365 | OPINION AND ORDER re: 289 MOTION to Strike Document No. [254, 259] . filed by State of North Carolina, Commonwealth of Pennsylvania, Federal Trade Commission, State of Ohio, State of California, State of Illinois, Commonwealth of Virginia, State of New York. The plaintiffs' October 6, 2020 motion to strike is granted. (Signed by Judge Denise L. Cote on 12/28/2020) (jca) (Entered: 12/28/2020) |
| 01/07/2021 | 367 | LETTER addressed to Judge Denise L. Cote from Sarah O'Laughlin Kulik dated 01-07-2021 re: attaching updated Certificates of Good Standing to PHV Motion/Affidavit (#335). Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Kulik, Sarah) (Entered: 01/07/2021) |
| 01/08/2021 | 368 | MEMORANDUM OPINION AND ORDER re: 313 MOTION to Stay *Discovery*. filed by Martin Shkreli. Shkreli's November 25, 2020 motion to stay discovery pending his release from prison is denied. (Signed by Judge Denise L. Cote on 1/8/2021) (jca) (Entered: 01/08/2021) |
| 01/08/2021 | 369 | MOTION for Leah P. Hubinger to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Federal Trade Commission. (Attachments: # 1 Affidavit, # 2 Certificate of Standing, # 3 Text of Proposed Order).(Hubinger, Leah) (Entered: 01/08/2021) |
| 01/11/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 369 MOTION for Leah P. Hubinger to Appear Pro Hac Vice . Motion and** |

|  |  | **supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 01/11/2021) |
|---|---|---|
| 01/13/2021 | [370](#) | MEMORANDUM OPINION AND ORDER: Vyera shall submit to the plaintiffs redacted versions of the Turing Pharmaceuticals AG Board Meeting Minutes from December 15, 2017 and the Phoenixus AG Board Meeting Minutes from March 15, 2019 that comply with the holdings in this Opinion by Friday, January 15, 2021 at noon. (Signed by Judge Denise L. Cote on 1/13/2021) (jca) (Entered: 01/13/2021) |
| 01/22/2021 | [371](#) | LETTER MOTION to Compel Plaintiffs to Produce Discovery addressed to Judge Denise L. Cote from Christopher H. Casey dated January 22, 2021. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # [1](#) Exhibit Exhibit 1).(Casey, Christopher) (Entered: 01/22/2021) |
| 01/23/2021 | [372](#) | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated January 23, 2021 re: Forthcoming Response to Def. Shkreli's Letter Motion to Compel Plaintiffs to Produce Discovery. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 01/23/2021) |
| 01/25/2021 | [373](#) | LETTER RESPONSE to Motion addressed to Judge Denise L. Cote from Markus H. Meier dated January 25, 2021 re: [371](#) LETTER MOTION to Compel Plaintiffs to Produce Discovery addressed to Judge Denise L. Cote from Christopher H. Casey dated January 22, 2021. . Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 01/25/2021) |
| 01/25/2021 | [374](#) | ORDER denying [371](#) LETTER MOTION to Compel Plaintiffs to Produce Discovery. It is hereby ORDERED that Shkreli's motion to compel is denied. The transcripts are protected by the work product privilege. IT IS FURTHER ORDERED that Shkreli must exhaust the meet and confer process before making further applications and in any further application describe how he has done so. (Signed by Judge Denise L. Cote on 1/25/2021) (jca) (Entered: 01/25/2021) |
| 02/02/2021 | [375](#) | MOTION for Jacqueline Palma Malafa to Withdraw as Attorney . Document filed by State of California..(Malafa, Jacqueline) (Entered: 02/02/2021) |
| 02/03/2021 | [376](#) | MEMO ENDORSEMENT granting [375](#) Motion to Withdraw as Attorney. ENDORSEMENT: Granted. So Ordered. Attorney Jacqueline Malafa terminated. (Signed by Judge Denise L. Cote on 2/3/2021) (js) (Entered: 02/03/2021) |
| 02/03/2021 | [377](#) | MEMO ENDORSEMENT granting [375](#) Motion to Withdraw as Attorney. ENDORSEMENT: Granted. So Ordered. Attorney Jacqueline Malafa terminated. (Signed by Judge Denise L. Cote on 2/3/2021) (js) (Entered: 02/03/2021) |
| 02/03/2021 | [378](#) | MOTION for Francis A. DeSimone to Withdraw as Attorney . Document filed by Vyera Pharmaceuticals, LLC..(DeSimone, Francis) (Entered: 02/03/2021) |
| 02/04/2021 | [379](#) | MEMO ENDORSEMENT granting [378](#) MOTION for Francis A. DeSimone to Withdraw as Attorney. ENDORSEMENT: Granted. Attorney Francis Anthony DeSimone terminated. (Signed by Judge Denise L. Cote on 2/4/2021) (jca) (Entered: 02/04/2021) |
| 02/09/2021 | [380](#) | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Nicholas Passaro to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-23881333. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # [1](#) Affidavit of Nicholas Passaro in Support of Motion for Admission Pro Hac Vice, # [2](#) Certificate of Good Standing, # [3](#) Proposed Order).(Passaro, Nicholas) Modified on 2/10/2021 (aea). (Entered: 02/09/2021) |

| | | |
|---|---|---|
| 02/10/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 380 MOTION for Nicholas Passaro to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-23881333. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): The affidavit is not signed/sealed. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (aea)** (Entered: 02/10/2021) |
| 02/10/2021 | 381 | ORDER granting 369 Motion for Leah P. Hubinger to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (gr) (Entered: 02/10/2021) |
| 02/10/2021 | 382 | MOTION for Nicholas Passaro to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Affidavit of Nicholas Passaro in Support of Motion for Admission Pro Hac Vice, # 2 Certificate of Good Standing, # 3 Proposed Order).(Passaro, Nicholas) (Entered: 02/10/2021) |
| 02/10/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 382 MOTION for Nicholas Passaro to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 02/10/2021) |
| 02/12/2021 | 383 | ***SELECTED PARTIES*** ORDER: On February 11, 2021, this Court received a letter from non-party Christie Smythe, which was dated February 5. This Court is not responding to this letter or filing it publicly on the docket. The letter from Smythe has been filed under seal and may be viewed by parties in this case. (Signed by Judge Denise L. Cote on 2/12/2021) (Attachments: # 1 Exhibit Letter) (jwh) (Entered: 02/12/2021) |
| 02/19/2021 | 384 | NOTICE OF APPEARANCE by Mark Michael Elliott on behalf of Phoenixus AG, Vyera Pharmaceuticals, LLC..(Elliott, Mark) (Entered: 02/19/2021) |
| 02/19/2021 | 385 | NOTICE OF APPEARANCE by Rachel J Rodriguez on behalf of Phoenixus AG, Vyera Pharmaceuticals, LLC..(Rodriguez, Rachel) (Entered: 02/19/2021) |
| 02/22/2021 | 386 | MOTION for Melina DiMattio to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-24024999. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Affidavit of Melina DiMattio in Support of Motion for Admission Pro Hac Vice, # 2 Certificate of Good Standing, # 3 Proposed Order).(Dimattio, Melina) (Entered: 02/22/2021) |
| 02/22/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 386 MOTION for Melina DiMattio to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-24024999. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 02/22/2021) |
| 02/23/2021 | 387 | ORDER granting 382 Motion for Nicholas Passaro to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 02/23/2021) |
| 02/23/2021 | 388 | ORDER granting 386 Motion for Melina DiMattio to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 02/23/2021) |
| 02/23/2021 | 389 | JOINT LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated February 23, 2021 re: Proposed Adjustments to Expert Discovery Schedule. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 02/23/2021) |

| 02/23/2021 | 390 | SEALED DOCUMENT placed in vault..(nmo) (Entered: 02/23/2021) |
|---|---|---|
| 02/23/2021 | 391 | MEMO ENDORSEMENT on re: 389 Letter filed by Federal Trade Commission. ENDORSEMENT: The proposed revisions to the expert discovery schedule are approved. (Expert Discovery due by 8/13/2021.) (Signed by Judge Denise L. Cote on 2/23/2021) (jca) (Entered: 02/23/2021) |
| 03/04/2021 | 392 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated March 4, 2021 re: Foreign Discovery. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 03/04/2021) |
| 03/05/2021 | 393 | MEMO ENDORSEMENT on re: 392 Letter filed by Federal Trade Commission. ENDORSEMENT: The chambers of Judge Cote will notify the FTC when it receives the discovery materials at issue, at which point the FTC shall arrange a day and time to pick up the discovery materials from chambers. (Signed by Judge Denise L. Cote on 3/5/2021) (jca) (Entered: 03/05/2021) |
| 03/05/2021 | 394 | MOTION for Daniel Patrick Huyett to Withdraw as Attorney . Document filed by Federal Trade Commission..(Huyett, Daniel) (Entered: 03/05/2021) |
| 03/05/2021 | 395 | MEMO ENDORSEMENT granting 394 MOTION for Daniel Patrick Huyett to Withdraw as Attorney. ENDORSEMENT: The motion to withdraw as counsel is granted. Attorney Daniel Patrick Huyett terminated. (Signed by Judge Denise L. Cote on 3/5/2021) (jca) (Entered: 03/05/2021) |
| 03/05/2021 | 396 | LETTER MOTION to Seal *Letter Motion re Complaint Redactions* addressed to Judge Denise L. Cote from Markus H. Meier dated 3/5/2021. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 03/05/2021) |
| 03/05/2021 | 397 | LETTER MOTION for Leave to File *re Complaint Redactions* addressed to Judge Denise L. Cote from Markus H. Meier dated 3/5/2021. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5).(Meier, Markus) (Entered: 03/05/2021) |
| 03/05/2021 | 398 | ***SELECTED PARTIES*** LETTER MOTION for Leave to File *re Complaint Redactions* addressed to Judge Denise L. Cote from Markus H. Meier dated 3/5/2021. Document filed by Federal Trade Commission, Commonwealth of Pennsylvania, Commonwealth of Virginia, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 396 .(Meier, Markus) (Entered: 03/05/2021) |
| 03/08/2021 | 399 | ORDER granting 396 LETTER MOTION to Seal Letter Motion re Complaint Redactions. The proposed redactions are accepted. (Signed by Judge Denise L. Cote on 3/8/2021) (jca) (Entered: 03/08/2021) |
| 03/08/2021 | 400 | ORDER granting 397 LETTER MOTION for Leave to File re Complaint Redactions; granting 398 LETTER MOTION for Leave to File re Complaint Redactions. Accordingly, it is hereby ORDERED that the request to permanently seal docket numbers 4, 40, 72, 86, and 91 is granted. The Clerk of Court shall seal these entries. (Signed by Judge Denise L. Cote on 3/8/2021) (jca) (Entered: 03/08/2021) |
| 03/17/2021 | 401 | MOTION for Edward T. Kang and Kandis L. Kovalsky to Withdraw as Attorney . Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former |

| | | director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Kovalsky, Kandis) (Entered: 03/17/2021) |
|---|---|---|
| 03/18/2021 | 402 | MEMO ENDORSEMENT granting 401 MOTION for Edward T. Kang and Kandis L. Kovalsky to Withdraw as Attorney. ENDORSEMENT: The motion to withdraw is granted. Attorney Edward Kang and Kandis Lynn Kovalsky terminated. (Signed by Judge Denise L. Cote on 3/18/2021) (jca) (Entered: 03/18/2021) |
| 03/18/2021 | 403 | LETTER MOTION for Discovery *Withdrawal* addressed to Judge Denise L. Cote from Steven A. Reed dated March 18, 2021. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Withdrawal of Karnataka Request, # 2 Exhibit Withdrawal of Japanese Request, # 3 Exhibit Withdrawal of Swiss Request). (Reed, Steven) (Entered: 03/18/2021) |
| 03/23/2021 | 404 | WITHDRAWAL OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE: The undersigned understands that the July 30, 2020 Letter of Request has been duly acted upon, and for that this Court extends its gratitude to the Ministry of Law and Justice for the Republic of India and the Registrar General of the High Court of Karnataka. In light of the resolution of the July 30, 2020 Letter of Request, and in order to avoid further imposition on the judicial authorities and the third-party witnesses identified in the August 13, 2020 Letter of Request, the United States District Court for the Southern District of New York hereby respectfully withdraws the August 13, 2020 Letter of Request. No further action is sought or required at this time in connection with this matter. The United States District Court for the Southern District of New York expresses its gratitude to the Honorable High Court of Karnataka and all judicial authorities of India for their assistance under the terms of the Hague Evidence Convention. (And as further set forth herein.) (Signed by Judge Denise L. Cote on 3/23/2021) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/23/2021) |
| 03/23/2021 | 405 | WITHDRAWAL OF LETTER ROGATORY: In order to avoid further imposition on the judicial authorities and the third-party witnesses identified in the Letter Rogatory, the United States District Court for the Southern District of New York hereby respectfully withdraws the August 13, 2020 Letter Rogatory. No further action is sought or required at this time in connection with this matter. The United States District Court for the Southern District of New York expresses its gratitude to the Appropriate Judicial Authority of Japan for its assistance. (Signed by Judge Denise L. Cote on 3/23/2021) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/23/2021) |
| 03/23/2021 | 406 | WITHDRAWAL OF LETTER OF REQUEST FOR INTERNAL JUDICIAL ASSISTANCE: In order to avoid further imposition on the judicial authorities and the third-party witnesses identified in the Letter of Request, the United States District Court for the Southern District of New York hereby respectfully withdraws the August 13, 2020 Letter of Request. No further action is sought or required at this time in connection with this matter. The United States District Court for the Southern District of New York expresses its gratitude to the Ministry of Law and Justice for the Republic of Switzerland, the Federal Supreme Court of Switzerland, and all judicial authorities of Switzerland for their assistance. (And as further set forth herein.) (Signed by Judge Denise L. Cote on 3/23/2021) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/23/2021) |
| 03/30/2021 | 407 | LETTER MOTION for Leave to File Joint Stipulation & Proposed Order to Amend Pleadings addressed to Judge Denise L. Cote from Jeremy Kasha (NYAG) dated 3/30/2021. Document filed by State of New York. (Attachments: # 1 Joint Stipulation & Proposed Order).(Kasha, Jeremy) (Entered: 03/30/2021) |

| 03/30/2021 | 408 | JOINT STIPULATION AND ORDER TO AMEND THE RELIEF REQUESTED TO AMEND THE RELIEF REQUESTED IN THE PLEADINGS: NOW THEREFORE, the parties hereby stipulate and agree, subject to entry of this Stipulation by the Court, that: The States withdraw with prejudice any claims for civil penalties/forfeitures as set forth in Paragraph 19 in the Prayer for Relief based on the alleged conduct in the Action. Defendants withdraw their jury demands. Defendants will not seek to reinstate their jury demands absent further amendments to the operative complaint in the Action that seek to add parties, claims or remedies. Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Amended Complaint (ECF No. 87) is AMENDED as follows: Paragraph 19 in the Prayer for Relief is STRICKEN. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants' Answers (ECFNos. 257, 292, 293) are AMENDED as follows: the jury demands are Stricken. So Ordered. Motions terminated: 407 LETTER MOTION for Leave to File Joint Stipulation & Proposed Order to Amend Pleadings addressed to Judge Denise L. Cote from Jeremy Kasha (NYAG) dated 3/30/2021. filed by State of New York., *** JURY DEMAND updated. (Signed by Judge Denise L. Cote on 3/30/2021) (js) (Entered: 03/30/2021) |
| 04/01/2021 | 409 | ORDER: The defendants having withdrawn their jury demands in a Joint Stipulation and Order of March 30, 2021, it is hereby ORDERED that the Scheduling Order of September 11, 2020 is amended as follows: 1. The summary judgment briefing schedule is stricken. IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial. All exhibits must be pre-marked and assembled sequentially in a digital folder labelled with the exhibit numbers for ready reference. In advance of the trial, each party will send a complete list of exhibits to the Courts Chambers email: Cotenysdchambers@nysd.uscourts.gov. The list of exhibits should include witness affidavits and charts or summaries of evidence. The case name, case number, and email contents should be clearly set forth in the email's subject line. Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday. There will be a mid-morning, a mid-afternoon and a lunch break from 12:45 to 2:00 p.m. Counsel should make certain that they have custody of all original exhibits. The Court does not retain them and the Clerk is not responsible for them. Motions due by 10/20/2021. Responses due by 11/3/2021 Replies due by 11/10/2021. Final Pretrial Conference set for 12/10/2021 at 10:00 AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote. Pretrial Order due by 10/20/2021. Jury Trial set for 12/14/2021 at 09:30 AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote. (And as further set forth herein.) (Signed by Judge Denise L. Cote on 4/1/2021) (jca) (Entered: 04/01/2021) |
| 04/21/2021 | 410 | MOTION for Brett M. Feldman to Withdraw as Attorney . Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Feldman, Brett) (Entered: 04/21/2021) |
| 04/21/2021 | 411 | MEMO ENDORSEMENT granting 410 Motion to Withdraw as counsel pursuant to Local Rule 1.4. ENDORSEMENT: Granted. So Ordered. Attorney Brett Feldman terminated. (Signed by Judge Denise L. Cote on 4/21/2021) (js) (Entered: 04/21/2021) |
| 04/27/2021 | 412 | LETTER MOTION for Extension of Time *to Disclose Identity of Rebuttal Experts* addressed to Judge Denise L. Cote from Christopher H. Casey dated April 27, 2021. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 04/27/2021) |
| 04/27/2021 | 413 | ORDER: granting 412 Letter Motion for Extension of Time. Granted. (Signed by Judge Denise L. Cote on 4/27/2021) (ama) (Entered: 04/27/2021) |

| 04/30/2021 | 414 | MOTION for Kevin J. Arquit to Withdraw as Attorney . Document filed by Kevin Mulleady(individually)..(Arquit, Kevin) (Entered: 04/30/2021) |
|---|---|---|
| 04/30/2021 | 415 | MEMO ENDORSED ORDER granting 414 Motion to Withdraw as Attorney. ENDORSEMENT: Granted. Attorney Kevin Arquit terminated. (Signed by Judge Denise L. Cote on 4/30/2021) (va) (Entered: 04/30/2021) |
| 05/14/2021 | 416 | LETTER MOTION for Discovery *to Strike Expert Justin McLean* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/14/2021. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D). (Meier, Markus) (Entered: 05/14/2021) |
| 05/17/2021 | 417 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated May 17, 2021 re: Defendants' Forthcoming Response to Motion to Strike Expert Witness. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 05/17/2021) |
| 05/17/2021 | 418 | MEMO ENDORSEMENT on re: 417 Letter filed by Vyera Pharmaceuticals, LLC, Phoenixus AG. ENDORSEMENT: Any response to the plaintiffs' letter of May 14, 2021 shall be due Wednesday, May 19, 2021 at 10:00am. SO ORDERED. (Responses due by 5/19/2021) (Signed by Judge Denise L. Cote on 5/17/2021) (kv) (Entered: 05/17/2021) |
| 05/17/2021 | 419 | LETTER MOTION to Seal *Letter Motion Seeking Spoliation Sanctions Against Defendant Shkreli* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/17/2021. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 05/17/2021) |
| 05/17/2021 | 420 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *Seeking Spoliation Sanctions Against Defendant Shkreli* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/17/2021. Document filed by Federal Trade Commission, Commonwealth of Pennsylvania, Commonwealth of Virginia, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)Motion or Order to File Under Seal: 419 .(Meier, Markus) (Entered: 05/17/2021) |
| 05/17/2021 | 421 | LETTER MOTION for Discovery *Seeking Spoliation Sanctions Against Defendant Shkreli* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/17/2021. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K).(Meier, Markus) (Entered: 05/17/2021) |
| 05/17/2021 | 422 | LETTER MOTION to Seal *Letter Motion Seeking Spoliation Sanctions Against the Corporate Defendants* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/17/2021. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 05/17/2021) |
| 05/17/2021 | 423 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *Seeking Spoliation Sanctions Against the Corporate Defendants* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/17/2021. Document filed by Federal Trade Commission, Commonwealth of Pennsylvania, Commonwealth of Virginia, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), |

| | | |
|---|---|---|
| | | Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)Motion or Order to File Under Seal: 422 .(Meier, Markus) (Entered: 05/17/2021) |
| 05/17/2021 | 424 | LETTER MOTION for Discovery *Seeking Spoliation Sanctions Against the Corporate Defendants* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/17/2021. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O).(Meier, Markus) (Entered: 05/17/2021) |
| 05/18/2021 | 425 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated May 18, 2021 re: Forthcoming Response to Motion for Spoliation Sanctions. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 05/18/2021) |
| 05/18/2021 | 426 | ORDER granting in part and denying in part 422 Letter Motion to Seal. The request to redact/seal the exhibits is granted. The request to redaction portions of the 5/17/2021 letter is denied. (Signed by Judge Denise L. Cote on 5/18/2021) (nb) (Entered: 05/18/2021) |
| 05/18/2021 | 427 | ORDER granting in part and denying in part 419 Letter Motion to Seal. The request to redact/seal exhibits is granted. The request to redact the 970 telephone number from the May 17th Letter is granted. The request to redact other material from the May 17th Letter is denied.. (Signed by Judge Denise L. Cote on 5/18/2021) (nb) (Entered: 05/18/2021) |
| 05/18/2021 | 428 | ORDER: Having received the plaintiffs' letters of May 17 seeking sanctions against the corporate defendants and Martin Shkreli, it is hereby ORDERED that the defendants may submit response letters by May 21, 2021 at noon., (Responses due by 5/21/2021) (Signed by Judge Denise L. Cote on 5/18/2021) (nb) (Entered: 05/18/2021) |
| 05/18/2021 | 429 | LETTER MOTION for Discovery *[Refiled in Accordance with Order ECF 427] Seeking Spoliation Sanctions Against Defendant Shkreli* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/18/2021. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K). (Meier, Markus) (Entered: 05/18/2021) |
| 05/18/2021 | 430 | LETTER MOTION for Discovery *[Refiled in Accordance with Order ECF 426] Seeking Spoliation Sanctions Against the Corporate Defendants* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/18/2021. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O).(Meier, Markus) (Entered: 05/18/2021) |
| 05/18/2021 | 431 | LETTER RESPONSE to Motion addressed to Judge Denise L. Cote from Steven A. Reed dated May 18, 2021 re: 416 LETTER MOTION for Discovery *to Strike Expert Justin McLean* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/14/2021. . Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Sept. 11, 2020 Scheduling Order, # 2 Exhibit Feb. 11, 2021 Email from Plaintiffs to Counsel).(Reed, Steven) (Entered: 05/18/2021) |
| 05/19/2021 | 432 | LETTER MOTION for Leave to File Motion for Partial Summary Judgment addressed to Judge Denise L. Cote from Steven A. Reed dated May 19, 2021. Document filed by |

| | | Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 05/19/2021) |
|---|---|---|
| 05/19/2021 | 433 | ORDER: In a letter of May 17, 2021, the plaintiffs moved to strike Justin McLean ("McLean") as an expert witness for the defendants. The defendants submitted a response letter on May 18; as further set forth herein. It is hereby ORDERED that the plaintiffs request to strike McLean is denied. IT IS FURTHER ORDERED that the plaintiffs' proposed schedule for expert testimony regarding the corporate defendants' ability to pay, to which the defendants have consented, is adopted. (Signed by Judge Denise L. Cote on 5/19/2021) (mro) (Entered: 05/19/2021) |
| 05/19/2021 | 434 | ORDER terminating 432 Letter Motion for Leave to File Document. The parties may consult regarding a schedule for the motion. (Signed by Judge Denise L. Cote on 5/19/2021) (ama) (Entered: 05/19/2021) |
| 05/21/2021 | 435 | LETTER RESPONSE to Motion addressed to Judge Denise L. Cote from Steven A. Reed dated May 21, 2021 re: 430 LETTER MOTION for Discovery *[Refiled in Accordance with Order ECF 426] Seeking Spoliation Sanctions Against the Corporate Defendants* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/18/2021. . Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 05/21/2021) |
| 05/21/2021 | 436 | LETTER RESPONSE to Motion addressed to Judge Denise L. Cote from Steven A. Reed dated May 21, 2021 re: 429 LETTER MOTION for Discovery *[Refiled in Accordance with Order ECF 427] Seeking Spoliation Sanctions Against Defendant Shkreli* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/18/2021. . Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 05/21/2021) |
| 05/21/2021 | 437 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Christopher H. Casey dated May 21, 2021 re: 420 LETTER MOTION for Discovery *Seeking Spoliation Sanctions Against Defendant Shkreli* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/17/2021. . Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2).(Casey, Christopher) (Entered: 05/21/2021) |
| 05/21/2021 | 438 | LETTER RESPONSE to Motion addressed to Judge Denise L. Cote from Kenneth R. David dated May 21, 2021 re: 423 LETTER MOTION for Discovery *Seeking Spoliation Sanctions Against the Corporate Defendants* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/17/2021., 420 LETTER MOTION for Discovery *Seeking Spoliation Sanctions Against Defendant Shkreli* addressed to Judge Denise L. Cote from Markus H. Meier dated 5/17/2021. . Document filed by Kevin Mulleady(individually).. (David, Kenneth) (Entered: 05/21/2021) |
| 05/24/2021 | 439 | MOTION for Matthew B. Weprin to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Federal Trade Commission. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order).(Weprin, Matthew) (Entered: 05/24/2021) |
| 05/24/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 439 MOTION for Matthew B. Weprin to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 05/24/2021) |
| 05/25/2021 | 440 | ORDER granting 439 Motion for Matthew B. Weprin to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 05/25/2021) |
| 05/25/2021 | 441 | MOTION for Amanda Triplett to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Federal Trade Commission. |

| | | (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Standing, # 3 Text of Proposed Order).(Triplett, Amanda) (Entered: 05/25/2021) |
|---|---|---|
| 05/25/2021 | 442 | LETTER MOTION for Discovery *requesting that the Court set a briefing schedule for Defendants' forthcoming motion for partial summary judgment* addressed to Judge Denise L. Cote from Steven A. Reed dated May 25, 2021. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 05/25/2021) |
| 05/25/2021 | 443 | LETTER addressed to Judge Denise L. Cote from Elinor Hoffmann dated 5/25/2021 re: Plaintiff States Filing Response To Defendants' Letter re: State remedies on 5.26.2021. Document filed by State of New York..(Kasha, Jeremy) (Entered: 05/25/2021) |
| 05/26/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 441 MOTION for Amanda Triplett to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 05/26/2021) |
| 05/26/2021 | 444 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated 5/26/2021 re: Forthcoming Response to Defs' Letter Motion Requesting to Set Briefing Schedule for Partial Summary Judgment. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 05/26/2021) |
| 05/26/2021 | 445 | ORDER granting 441 Motion for Amanda Triplett to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 05/26/2021) |
| 05/26/2021 | 446 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Markus H. Meier dated 5/26/2021 re: 442 LETTER MOTION for Discovery *requesting that the Court set a briefing schedule for Defendants' forthcoming motion for partial summary judgment* addressed to Judge Denise L. Cote from Steven A. Reed dated May 25, 2021. . Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A). (Meier, Markus) (Entered: 05/26/2021) |
| 05/26/2021 | 447 | MOTION to Amend/Correct *Requesting Leave to Withdraw the FTC's Prayer for Equitable Monetary Relief*. Document filed by Federal Trade Commission. (Attachments: # 1 Text of Proposed Order).(Meier, Markus) (Entered: 05/26/2021) |
| 05/26/2021 | 448 | **FILING ERROR - DEFICIENT DOCKET ENTRY (SEE DOCUMENT #449) -** LETTER RESPONSE to Motion addressed to Judge Denise L. Cote from Jeremy R. Kasha dated 5/26/2021 re: 442 LETTER MOTION for Discovery *requesting that the Court set a briefing schedule for Defendants' forthcoming motion for partial summary judgment* addressed to Judge Denise L. Cote from Steven A. Reed dated May 25, 2021. . Document filed by State of New York..(Kasha, Jeremy) Modified on 5/27/2021 (ldi). (Entered: 05/26/2021) |
| 05/27/2021 | 449 | LETTER RESPONSE to Motion addressed to Judge Denise L. Cote from Jeremy R. Kasha dated 5/26/2021 re: 442 LETTER MOTION for Discovery *requesting that the Court set a briefing schedule for Defendants' forthcoming motion for partial summary judgment* addressed to Judge Denise L. Cote from Steven A. Reed dated May 25, 2021. *CORRECTED/REFORMATTED FOR LENGTH*. Document filed by State of New York.. (Kasha, Jeremy) (Entered: 05/27/2021) |
| 05/28/2021 | 450 | MEMORANDUM OF LAW in Opposition re: 447 MOTION to Amend/Correct *Requesting Leave to Withdraw the FTC's Prayer for Equitable Monetary Relief*. . Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit FTC v. Surescripts, LLC Stipulation, # 2 Exhibit Party Correspondence).(Reed, Steven) (Entered: 05/28/2021) |

| 06/01/2021 | 451 | OPINION AND ORDER: Shkreli's proposed sanction is adopted. Additionally, by June 4, 2021 at noon, Vyera shall submit a letter stating whether it has searched Vyera's iCloud backup for messages sent to and from the Shkreli Phone and produced any relevant messages. (Signed by Judge Denise L. Cote on 6/1/2021) (mro) (Entered: 06/01/2021) |
|---|---|---|
| 06/01/2021 | 452 | OPINION AND ORDER: It is undisputed that Mithani lied in his deposition when he stated that he had not deleted any text messages regarding company business. Mithani deleted messages on his company-issued mobile device and his personal mobile device both before and after receiving the document hold notice. Vyera facilitated this loss of communications by providing Mithani with a BlackBerry device rather than the standard company-issued iPhone, which would have systematically backed up his messages. Finally, Vyera failed to provide Mithani with a hold notice until late 2018. Vyera's conduct constitutes spoliation and warrants sanctions. The plaintiffs have been prejudiced by Vyera's conduct, and they have shown that Mithani acted intentionally to deprive them of information that could be used in this litigation. They have also shown that Vyera facilitated that intentional misconduct by not timely advising Mithani of his obligations to preserve his communications and by providing him with a BlackBerry in violation of its normal protocol. In an exercise of discretion, however, this Court declines to impose the plaintiffs' proposed sanctions. As a result, Vyera's proposed sanction that it be precluded from calling Mithani to testify in its defense or introducing into evidence documents authored by Mithani is adopted. Should the plaintiffs offer Mithani's testimony or documents that he authored, the defendants will be limited by the doctrine of completeness in supplementing the record. (Signed by Judge Denise L. Cote on 6/1/2021) (mro) (Entered: 06/01/2021) |
| 06/02/2021 | 453 | ORDER: dismissing 447 Motion to Amend/Correct 447 MOTION to Amend/Correct Requesting Leave to Withdraw the FTC's Prayer for Equitable Monetary Relief. Accordingly, it is hereby ORDERED that, as a result of the Supreme Court's decision in AMG, the FTC's prayer for equitable monetary relief is dismissed. IT IS FURTHER ORDERED that, in the event Congress passes legislation authorizing the FTC to seek equitable monetary relief, the FTC may request to reinstate its prayer for equitable monetary relief. Should the defendants oppose the request, the parties shall submit a proposed briefing schedule. IT IS FURTHER ORDERED that the State plaintiffs' proposed briefing schedule set out in their letter of May 27 is adopted. The defendants' partial motion for summary judgment relating to the State plaintiffs' claims for disgorgement is due August 13, 2021. Any opposition is due August 27, 2021, and any reply is due September 3, 2021. And as set forth herein. (Signed by Judge Denise L. Cote on 6/02/2021) (ama) (Entered: 06/02/2021) |
| 06/02/2021 | | Set/Reset Deadlines: Motions due by 8/13/2021. Responses due by 8/27/2021 Replies due by 9/3/2021. (ama) (Entered: 06/02/2021) |
| 06/03/2021 | 454 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated June 3, 2021 re: Vyera's response to the Court's order of June 1, 2021 regarding search of the iCloud. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 06/03/2021) |
| 06/07/2021 | 455 | NOTICE of Hearing: Telephone Conference set for 6/17/2021 at 9:30 AM before Magistrate Judge Robert W. Lehrburger. Parties shall call the teleconference number at (888)-398-2342, and enter access code 9543348. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices. (rsh) (Entered: 06/07/2021) |
| 06/17/2021 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Telephone Conference held on 6/17/2021 at 9:30 a.m. (rsh) (Entered: 06/17/2021) |

| 07/12/2021 | 456 | JOINT LETTER MOTION for Extension of Time *to depose Plaintiffs' expert, Dr. Khan,* addressed to Judge Denise L. Cote from Stacey Anne Mahoney dated July 12, 2021. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Mahoney, Stacey) (Entered: 07/12/2021) |
|---|---|---|
| 07/13/2021 | 457 | ORDER granting 456 Letter Motion for Extension of Time. Granted. (Signed by Judge Denise L. Cote on 7/13/2021) (vfr) (Entered: 07/13/2021) |
| 07/21/2021 | 458 | NOTICE of Hearing: Settlement Conference set for 8/26/2021 at 9:30 AM before Magistrate Judge Robert W. Lehrburger. The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than August 19, 2021, by 5:00 p.m.(rsh) (Entered: 07/21/2021) |
| 08/13/2021 | 459 | MOTION for Partial Summary Judgment . Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. Responses due by 8/27/2021.(Reed, Steven) (Entered: 08/13/2021) |
| 08/13/2021 | 460 | DECLARATION of Steven A. Reed in Support re: 459 MOTION for Partial Summary Judgment .. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A - Redacted Amended Complaint for Injunctive and Other Equitable Relief, # 2 Exhibit B - Joint Stipulation and Order to Amend the Relief Requested in the Pleadings, # 3 Exhibit C - Letter from Markus Meier to the Honorable Denise Cote, # 4 Exhibit D - Order Dismissing Federal Trade Commissions Claim for Equitable Monetary Relief, # 5 Exhibit E - Letter from State Plaintiffs to Members of Congress).(Reed, Steven) (Entered: 08/13/2021) |
| 08/13/2021 | 461 | RULE 56.1 STATEMENT. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 08/13/2021) |
| 08/13/2021 | 462 | MEMORANDUM OF LAW in Support re: 459 MOTION for Partial Summary Judgment . . Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 08/13/2021) |
| 08/19/2021 | 463 | ORDER: Having received on August 18, 2021 the attached communication from the Ministry of Law and Justice of the Government of India in response to Letters of Request dated August 13, 2020, it is hereby ORDERED that the communication shall be docketed. (Signed by Judge Denise L. Cote on 8/19/2021) (vfr) (Entered: 08/19/2021) |

| 08/25/2021 | 464 | ORDER: The Superintendent or other official in charge of the United States Bureau Of Prisons Allenwood Correctional Institution, shall produce inmate Martin Shkreli on August 26, 2021 to a suitable location within the facility, equipped with a working telephone, to participate in a telephone conference with counsel and the Court, from 10:00 a.m. until 5:00 p.m. The information needed to join the telephone conference will be provided to the facility by Mr. Shkreli's counsel. Mr. Shkreli shall be afforded privacy for protection of the attorney-client privilege. The Court appreciates that this order is made on very short notice; it had been the Court's understanding that arrangements previously had been made and were in place. Upon receipt of this Order, counsel for Mr. Shkreli shall transmit this Order to the Superintendent or other official in charge of the facility. Counsel for Defendant shall also determine the telephone number where Plaintiff may be reached by telephone in order to make the necessary arrangements for this conference, including all information, such as a call-in number, required to conduct a test. Counsel for the Defendant shall confirm to the Court that all necessary preparations have been made. (Signed by Magistrate Judge Robert W. Lehrburger on 8/25/2021) (rsh). (Entered: 08/25/2021) |
| 08/26/2021 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Settlement Conference held on 8/26/2021 at 9:30 a.m. (rsh) (Entered: 08/30/2021) |
| 08/27/2021 | 465 | LETTER MOTION to Seal *Exhibits related to SJ Opposition* addressed to Judge Denise L. Cote from Jeremy Kasha dated August 27, 2021. Document filed by State of New York..(Kasha, Jeremy) (Entered: 08/27/2021) |
| 08/27/2021 | 466 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 459 MOTION for Partial Summary Judgment . . Document filed by Commonwealth of Virginia, State of North Carolina, State of New York, State of California, State of Illinois, Commonwealth of Pennsylvania, State of Ohio, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. Motion or Order to File Under Seal: 465 .(Kasha, Jeremy) (Entered: 08/27/2021) |
| 08/27/2021 | 467 | ***SELECTED PARTIES***DECLARATION of Jeremy R. Kasha in Opposition re: 465 LETTER MOTION to Seal *Exhibits related to SJ Opposition* addressed to Judge Denise L. Cote from Jeremy Kasha dated August 27, 2021., 459 MOTION for Partial Summary Judgment .. Document filed by Commonwealth of Virginia, State of North Carolina, State of New York, State of California, State of Illinois, Commonwealth of Pennsylvania, State of Ohio, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit)Motion or Order to File Under Seal: 465 .(Kasha, Jeremy) (Entered: 08/28/2021) |
| 08/28/2021 | 468 | ***SELECTED PARTIES*** RESPONSE to Motion re: 459 MOTION for Partial Summary Judgment . *Plaintiff States' Rule 56.1 Statement of Facts*. Document filed by Commonwealth of Virginia, State of North Carolina, State of New York, State of California, State of Illinois, Commonwealth of Pennsylvania, State of Ohio, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, |

| | | |
|---|---|---|
| | | LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. Motion or Order to File Under Seal: 465 .(Kasha, Jeremy) (Entered: 08/28/2021) |
| 08/28/2021 | 469 | MEMORANDUM OF LAW in Opposition re: 459 MOTION for Partial Summary Judgment . *REDACTED*. Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio..(Kasha, Jeremy) (Entered: 08/28/2021) |
| 08/28/2021 | 470 | DECLARATION of Jeremy R. Kasha in Opposition re: 459 MOTION for Partial Summary Judgment .. Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit).(Kasha, Jeremy) (Entered: 08/28/2021) |
| 08/28/2021 | 471 | RESPONSE in Opposition to Motion re: 459 MOTION for Partial Summary Judgment . *REDACTED*. Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio..(Kasha, Jeremy) (Entered: 08/28/2021) |
| 08/30/2021 | 472 | PROPOSED STIPULATION AND ORDER. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 08/30/2021) |
| 08/31/2021 | 473 | JOINT STIPULATION TO SUPPLEMENT PRE-TRIAL SCHEDULE: The Parties request that this Court establish interim deadlines in advance of the October 20, 2021 pre-trial filing to provide the opportunity to discuss and potentially resolve objections to exhibits, deposition designations, and stipulations of fact and law. The Parties have agreed to these interim deadlines and ask the Court to enter the following joint stipulation. 9/10/2021: The parties shall exchange initial exhibit lists and deposition designations. 9/17/2021: Plaintiffs shall exchange proposed stipulations of fact and law. 9/29/2021: Each party shall serve objections to the opposing party's initial exhibit list, including a clear statement of the basis for each objection. 10/20/2021: The parties shall file the Joint Pretrial Order. ( As further set forth in this Order.) The joint request to set the interim pre-trial schedule is approved. The Joint Pretrial Order deadline remains October 20, 2021. (Signed by Judge Denise L. Cote on 8/31/2021) (vfr) (Entered: 08/31/2021) |
| 08/31/2021 | 474 | ORDER granting 465 Letter Motion to Seal. The requests to redact and to seal are approved. (Signed by Judge Denise L. Cote on 8/31/2021) (vfr) (Entered: 08/31/2021) |
| 09/02/2021 | 475 | ***SELECTED PARTIES***AMENDED MEMORANDUM OF LAW in Opposition re: 459 MOTION for Partial Summary Judgment . *CORRECTED Table of Cont/Auth & "FILED UNDER SEAL" on p.1 & typo correction on p.3*. Document filed by Commonwealth of Virginia, State of North Carolina, State of New York, State of California, State of Illinois, Commonwealth of Pennsylvania, State of Ohio, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. Motion or Order to File Under Seal: 474 .(Kasha, Jeremy) (Entered: 09/02/2021) |

| 09/02/2021 | 476 | ***SELECTED PARTIES***DECLARATION of Jeremy R. Kasha in Opposition re: 459 MOTION for Partial Summary Judgment .. Document filed by Commonwealth of Virginia, State of North Carolina, State of New York, State of California, State of Illinois, Commonwealth of Pennsylvania, State of Ohio, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit)Motion or Order to File Under Seal: 474 .(Kasha, Jeremy) (Entered: 09/02/2021) |
| 09/02/2021 | 477 | AMENDED MEMORANDUM OF LAW in Opposition re: 459 MOTION for Partial Summary Judgment . *CORRECTED Table of Cont/Auth & "FILED UNDER SEAL" on p.1 & typo correction on p.3*. Document filed by Commonwealth of Pennsylvania, Commonwealth of Virginia, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio..(Kasha, Jeremy) (Entered: 09/02/2021) |
| 09/03/2021 | 478 | REPLY MEMORANDUM OF LAW in Support re: 459 MOTION for Partial Summary Judgment . . Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 09/03/2021) |
| 09/03/2021 | 479 | LETTER MOTION for Oral Argument *on Defendants' Joint Motion for Partial Summary Judgment* addressed to Judge Denise L. Cote from Steven A. Reed dated September 3, 2021. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 09/03/2021) |
| 09/08/2021 | 480 | ORDER: It is hereby ORDERED that the trial shall proceed in person in Courtroom 18B, 500 Pearl Street, on December 14 at 9:30 am. IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial. The parties shall ensure that all trial participants comply with the Southern District of New Yorks Sixth Amended Standing Order entitled In re Coronavirus/COVID-19 Pandemic(M-10-468), entered May 4, 2021, and other SDNY COVID-19-related orders that govern entry into and behavior within SDNY courthouses. These materials may be found at: https://www.nysd.uscourts.gov/covid-19-coronavirus, and as further set forth in this order. (Signed by Judge Denise L. Cote on September 8, 2021) (Attachments: # 1 Supplement) (ST) (Entered: 09/08/2021) |
| 09/14/2021 | 481 | ORDER: A bench trial in the above captioned case is scheduled to occur on December 14, 2021. Defendant Martin Shkreli is presently incarcerated in the United States Bureau of Prisons Allenwood Correctional Institution located in Allenwood, Pennsylvania. Accordingly, it is hereby ORDERED that the parties shall confer and determine whether Shkreli will be attending the bench trial on December 14. IT IS FURTHER ORDERED that, if it is determined that Shkreli will be present, the parties shall timely provide the Court with the necessary writ of habeas corpus. ( Bench Trial set for 12/14/2021 at 09:30 |

| | | |
|---|---|---|
| | | AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 9/14/2021) (vfr) (Entered: 09/14/2021) |
| 09/24/2021 | 482 | OPINION and ORDER denying 459 Motion for Partial Summary Judgment: The defendants motion for partial summary judgment on the issue of the States authority to seek nationwide equitable monetary relief is denied. The State plaintiffs cross-motion for partial summary judgment is granted. A separate Order grants the States request regarding pretrial and trial proceedings. (Signed by Judge Denise L. Cote on September 24, 2021) (ST) (Entered: 09/24/2021) |
| 09/24/2021 | 483 | ORDER re: 482 Order on Motion for Partial Summary Judgment. It is hereby ORDERED that it shall be the law of the case for the duration of pretrial and trial proceedings that the location of Daraprim purchases is irrelevant. IT IS FURTHER ORDERED that defendants shall be precluded at trial from introducing evidence or examining or cross-examining witnesses with respect to the location of such purchases. (Signed by Judge Denise L. Cote on September 24, 2021) (ST) (Entered: 09/24/2021) |
| 10/08/2021 | 484 | MOTION for Elizebeth M. Maag to Withdraw as Attorney . Document filed by State of Ohio..(Maag, Elizebeth) (Entered: 10/08/2021) |
| 10/08/2021 | 485 | MEMO ENDORSEMENT granting 484 Motion to Withdraw as Attorney. ENDORSEMENT: Granted. Attorney Elizebeth Marie Maag terminated. (Signed by Judge Denise L. Cote on 10/8/2021) (vfr) (Entered: 10/08/2021) |
| 10/13/2021 | 486 | JOINT LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated October 13, 2021 re: Requesting Modification to Pre-Trial Filing Procedures to Accommodate Confidentiality Issues. Document filed by Federal Trade Commission.. (Meier, Markus) (Entered: 10/13/2021) |
| 10/13/2021 | 487 | MEMO ENDORSEMENT on re: 486 Letter filed by Federal Trade Commission. ENDORSEMENT: Granted. ( Motions due by 11/10/2021.) (Signed by Judge Denise L. Cote on 10/13/2021) (vfr) (Entered: 10/13/2021) |
| 10/13/2021 | 488 | LETTER MOTION to Seal *portions of Mr. Shkreli's letter-motion to adjourn the trial date, portions of the declaration of Joel A. Sickler, and portions of Exhibit B* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 13, 2021. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC).. (Casey, Christopher) (Entered: 10/13/2021) |
| 10/13/2021 | 489 | ***SELECTED PARTIES*** LETTER MOTION to Stay *For an Adjournment of Trial [UNDER SEAL - UNREDACTED]* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 13, 2021. Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A - Email chain re call scheduling, # 2 Exhibit B - Email chain [UNDER SEAL - UNREDACTED])Motion or Order to File Under Seal: 488 .(Casey, Christopher) (Entered: 10/13/2021) |
| 10/13/2021 | 490 | ***SELECTED PARTIES***DECLARATION of Joel A. Sickler in Support re: 489 LETTER MOTION to Stay *For an Adjournment of Trial [UNDER SEAL - UNREDACTED]* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 13, 2021.. Document filed by Martin Shkreli (as an owner and former director of |

| | | |
|---|---|---|
| | | Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A-1 - curriculum vitae)Motion or Order to File Under Seal: 488 .(Casey, Christopher) (Entered: 10/13/2021) |
| 10/13/2021 | 491 | LETTER MOTION to Stay *For an Adjournment of Trial [REDACTED]* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 13, 2021. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit A - Email chain re call scheduling, # 2 Exhibit B - Email chain [REDACTED]).(Casey, Christopher) (Entered: 10/13/2021) |
| 10/13/2021 | 492 | DECLARATION of Joel A. Sickler in Support re: 491 LETTER MOTION to Stay *For an Adjournment of Trial [REDACTED]* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 13, 2021.. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit A-1 - curriculum vitae).(Casey, Christopher) (Entered: 10/13/2021) |
| 10/14/2021 | 493 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated 10/14/2021 re: Forthcoming Response to Defendant Shkreli's Motion to Stay the Trial. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 10/14/2021) |
| 10/14/2021 | 494 | ORDER granting 488 Letter Motion to Seal. The application to redact publicly filed materials is granted. (Signed by Judge Denise L. Cote on 10/14/2021) (vfr) Modified on 10/21/2021 (vfr). (Entered: 10/14/2021) |
| 10/15/2021 | 495 | LETTER MOTION to Seal *Plaintiffs' Letter in Opposition to Shkreli's Motion to Adjourn the Trial* addressed to Judge Denise L. Cote from Markus H. Meier dated October 15, 2021. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 10/15/2021) |
| 10/15/2021 | 496 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Markus H. Meier and Elinor R. Hoffmann dated October 15, 2021 re: 489 LETTER MOTION to Stay *For an Adjournment of Trial [UNDER SEAL - UNREDACTED]* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 13, 2021. . Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A).(Meier, Markus) (Entered: 10/15/2021) |
| 10/15/2021 | 497 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Markus H. Meier and Elinor R. Hoffmann dated October 15, 2021 re: 489 LETTER MOTION to Stay *For an Adjournment of Trial [UNDER SEAL - UNREDACTED]* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 13, 2021. . Document filed by Federal Trade Commission, Commonwealth of Pennsylvania, Commonwealth of Virginia, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 495 .(Meier, Markus) (Entered: 10/15/2021) |

| 10/15/2021 | 498 | ORDER granting 495 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 10/15/2021) (vfr) (Entered: 10/15/2021) |
|---|---|---|
| 10/16/2021 | 499 | LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated October 16, 2021 re: Defendant's Intent to Respond to Plaintiffs' Opposition. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC).. (Casey, Christopher) (Entered: 10/16/2021) |
| 10/18/2021 | 500 | LETTER MOTION to Seal *portions of Mr. Shkreli's Oct. 18, 2021 letter replying to plaintiffs' opposition to his motion to adjourn trial and portions of the accompanying declaration of Joel A. Sickler* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 18, 2021. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 10/18/2021) |
| 10/18/2021 | 501 | ***SELECTED PARTIES***LETTER REPLY to Response to Motion addressed to Judge Denise L. Cote from Christopher H. Casey dated October 18, 2021 re: 489 LETTER MOTION to Stay *For an Adjournment of Trial [UNDER SEAL - UNREDACTED]* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 13, 2021. *Letter Reply to Plaintiff's Opposition to Mr. Shkreli's Motion to Adjourn Trial [UNDER SEAL]*. Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. Motion or Order to File Under Seal: 500 .(Casey, Christopher) (Entered: 10/18/2021) |
| 10/18/2021 | 502 | ***SELECTED PARTIES***DECLARATION of JOEL A. SICKLER in Support re: 489 LETTER MOTION to Stay *For an Adjournment of Trial [UNDER SEAL - UNREDACTED]* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 13, 2021.. Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. Motion or Order to File Under Seal: 500 .(Casey, Christopher) (Entered: 10/18/2021) |
| 10/18/2021 | 503 | LETTER REPLY to Response to Motion addressed to Judge Denise L. Cote from Christopher H. Casey dated October 18, 2021 re: 489 LETTER MOTION to Stay *For an Adjournment of Trial [UNDER SEAL - UNREDACTED]* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 13, 2021., 491 LETTER MOTION to Stay *For an Adjournment of Trial [REDACTED]* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 13, 2021. *Letter Reply to Plaintiff's Opposition to Mr.Shkreli's Motion to Adjourn Trial [REDACTED]*. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 10/18/2021) |
| 10/18/2021 | 504 | DECLARATION of JOEL A. SICKLER in Support re: 489 LETTER MOTION to Stay *For an Adjournment of Trial [UNDER SEAL - UNREDACTED]* addressed to Judge |

| | | |
|---|---|---|
| | | Denise L. Cote from Christopher H. Casey dated October 13, 2021., 491 LETTER MOTION to Stay *For an Adjournment of Trial [REDACTED]* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 13, 2021.. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 10/18/2021) |
| 10/19/2021 | 505 | ORDER granting 500 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 10/19/2021) (vfr) (Entered: 10/19/2021) |
| 10/19/2021 | 506 | ORDER terminating 489 Letter Motion to Stay re: 489 LETTER MOTION to Stay, 491 LETTER MOTION to Stay *For an Adjournment of Trial [REDACTED]*: ORDERED that the motion is denied. Shkreli's request is untimely. It is made on the eve of the filing date for the pretrial order documents and months after he joined the RDAP program, and as further set forth in this order. Accordingly, a bench trial shall proceed as scheduled in Courtroom 18B on December 14, 2021 at 9:30 am. (Signed by Judge Denise L. Cote on October 19, 2021) (ST) (Entered: 10/19/2021) |
| 10/19/2021 | 507 | NOTICE OF APPEARANCE by Sarah Fehm Stewart on behalf of Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Stewart, Sarah) (Entered: 10/19/2021) |
| 10/20/2021 | 508 | ***SELECTED PARTIES*** ORDER: On October 19, 2021, this Court received an email from non-party Christie Smythe. This Court is not responding to this email or filing it publicly on the docket. The email from Smythe has been filed under seal and may be viewed by parties in this case. (Signed by Judge Denise L. Cote on 10/20/2021) (jwh) (Entered: 10/20/2021) |
| 10/25/2021 | 509 | LETTER MOTION to Seal *portions of Mr. Shkrelis October 25, 2021 letter-motion* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 25, 2021. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 10/25/2021) |
| 10/25/2021 | 510 | ***SELECTED PARTIES*** MOTION Request for Mr. Shkreli to Testify at Trial Via Remote Means . Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 FTC Illumina Brief)Motion or Order to File Under Seal: 509 .(Casey, Christopher) (Entered: 10/25/2021) |
| 10/25/2021 | 511 | MOTION Request for Mr. Shkreli to Testify at Trial Via Remote Means re: 510 MOTION Request for Mr. Shkreli to Testify at Trial Via Remote Means . *[REDACTED]*. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit FTC Illumina Brief).(Casey, Christopher) (Entered: 10/25/2021) |
| 10/25/2021 | 512 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated October 25, 2021 re: Defendant Shkreli's Motion to Testify Remotely. Document filed by Federal Trade Commission, State of California, State of Illinois, State of New York, State of |

| | | North Carolina, State of Ohio. (Attachments: # 1 Exhibit).(Meier, Markus) (Entered: 10/25/2021) |
|---|---|---|
| 10/25/2021 | 513 | LETTER MOTION to Seal *ECF No. 511* addressed to Judge Denise L. Cote from Christopher H. Casey dated October 25, 2021. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 10/25/2021) |
| 10/25/2021 | 514 | ORDER granting 509 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on October 25, 2021) (ST) (Entered: 10/25/2021) |
| 10/25/2021 | 515 | ORDER granting 513 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on October 25, 2021) (ST) (Entered: 10/25/2021) |
| 10/25/2021 | 516 | ***SELECTED PARTIES*** MOTION Request for Mr. Shkreli to Testify at Trial Via Remote Means . Document filed by Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Exhibit A - FTC Illumina Brief)Motion or Order to File Under Seal: 515 .(Casey, Christopher) (Entered: 10/25/2021) |
| 10/25/2021 | 517 | MOTION Request for Mr. Shkreli to Testify at Trial Via Remote Means *[REDACTED]*. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit Exhibit A - FTC Illumina Brief). (Casey, Christopher) (Entered: 10/25/2021) |
| 10/27/2021 | 518 | LETTER MOTION for Extension of Time addressed to Judge Denise L. Cote from Markus H. Meier dated October 27, 2021. Document filed by Federal Trade Commission..(Meier, Markus) (Main Document 518 replaced on 10/28/2021) (jwh). (Entered: 10/27/2021) |
| 10/27/2021 | 519 | LETTER addressed to Judge Denise L. Cote from Stacey Anne Mahoney dated October 27, 2021 re: Plaintiffs' Request for Extension of Time. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Mahoney, Stacey) (Entered: 10/27/2021) |
| 10/28/2021 | 520 | ORDER granting 518 Letter Motion for Extension of Time. Granted. (Signed by Judge Denise L. Cote on 10/28/2021) (vfr) (Entered: 10/28/2021) |
| 10/28/2021 | | Set/Reset Deadlines: Responses due by 11/1/2021 (vfr) (Entered: 10/28/2021) |
| 10/28/2021 | 521 | LETTER MOTION to Seal *Letter in Opposition to Shkreli's Motion Request for Mr. Shkreli to Testify at Trial via Remote Means (ECF 516)* addressed to Judge Denise L. Cote from Markus H. Meier dated October 28, 2021. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 10/28/2021) |
| 10/28/2021 | 522 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Markus H. Meier dated October 28, 2021 re: 516 MOTION Request for Mr. Shkreli to Testify at Trial Via Remote Means . . Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Meier, Markus) (Entered: 10/28/2021) |
| 10/28/2021 | 523 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Markus H. Meier dated October 28, 2021 re: 516 MOTION Request for Mr. Shkreli to Testify at Trial Via Remote Means . . Document filed by |

|  |  | Federal Trade Commission, Commonwealth of Pennsylvania, Commonwealth of Virginia, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Motion or Order to File Under Seal: 521 .(Meier, Markus) (Entered: 10/28/2021) |
| 10/29/2021 | 524 | ORDER denying 510 Motion re: 510 MOTION Request for Mr. Shkreli to Testify at Trial Via Remote Means: ORDERED that Shkreli's request to complete his trial testimony remotely is denied. Any attempt to accommodate this request will significantly burden the Court, the parties and the Bureau of Prisons. It will interfere with the administration of justice. Shkreli is able to appear in person at the trial and has not shown good cause for declining to do so. IT IS FURTHER ORDERED that by Monday, November 1, the plaintiffs shall file a letter selecting one of the following three options in the event that Shkreli declines to attend the trial in person, and as further set forth in this order. IT IS FURTHER ORDERED that Shkreli shall present a writ of habeas corpus by Wednesday, November 3 for his attendance at the trial or be deemed to have knowingly and voluntarily waived his right to attend trial. (Signed by Judge Denise L. Cote on October 29, 2021) (ST) (Entered: 10/29/2021) |
| 10/29/2021 | 525 | ORDER granting 521 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 10/29/2021) (vfr) (Entered: 10/29/2021) |
| 11/01/2021 | 526 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated 11/01/2021 re: Your Honors Order (ECF 524). Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 11/01/2021) |
| 11/03/2021 | 527 | ORDER: Having received on November 3, 2021 the attached communication from the Ministry of Law and Justice of the Government of India in response to Letters of Request dated August 13, 2020, it is hereby ORDERED that the communication shall be docketed. (Signed by Judge Denise L. Cote on 11/3/2021) (Attachments: # 1 Exhibit A) (vfr) (Entered: 11/03/2021) |
| 11/03/2021 | 528 | LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated November 3, 2021 re: Your Honor's October 29, 2021 Order (ECF 524). Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 11/03/2021) |
| 11/04/2021 | 529 | ORDER re: 528 Letter, filed by Martin Shkreli: ORDERED that the parties shall appear in a conference to be held telephonically today, November 4, at 4:00 pm. The parties shall be prepared to discuss the November 3 letter from Shkreli. (Signed by Judge Denise L. Cote on November 4, 2021) (ST) (Entered: 11/04/2021) |
| 11/04/2021 |  | Minute Entry for proceedings held before Judge Denise L. Cote: Interim Pretrial Conference held on 11/4/2021. (Court Reporter George Malinowski) (jwh) (Entered: 11/04/2021) |
| 11/05/2021 | 530 | OPINION AND ORDER: Shkreli's October 20, 2021 motion to preclude evidence relating to Retrophin is denied. (Signed by Judge Denise L. Cote on 11/5/2021) (vfr) (Entered: 11/05/2021) |
| 11/08/2021 | 531 | NOTICE OF APPEARANCE by Irving Wiesen, I on behalf of Medisca, Inc...(Wiesen, Irving) (Entered: 11/08/2021) |

| 11/09/2021 | 532 | LETTER MOTION to Seal *Application for Redaction* addressed to Judge Denise L. Cote from Irving L. Wiesen dated November 9, 2021. Document filed by Medisca, Inc...(Wiesen, Irving) (Entered: 11/09/2021) |
| 11/09/2021 | 533 | NOTICE OF APPEARANCE by Rosa Marina Morales on behalf of Cardinal Health, Inc...(Morales, Rosa) (Entered: 11/09/2021) |
| 11/09/2021 | 534 | LETTER MOTION to Seal */Redact Certain Limited Information in Plaintiffs' Pretrial Filings* addressed to Judge Denise L. Cote from Matthew S. Olesh dated 11/9/2021. Document filed by AmerisourceBergen Corporation, ASD Healthcare..(Olesh, Matthew) (Entered: 11/09/2021) |
| 11/10/2021 | 535 | LETTER addressed to Judge Denise L. Cote from Steven A. Reed dated November 10, 2021 re: Correspondence from Foreign Third Party RL Fine Chem Pvt. Ltd.. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Emails from Mr. Jacob Mathew and Mr. Ramachandra).(Reed, Steven) (Entered: 11/10/2021) |
| 11/10/2021 | 536 | LETTER MOTION to Seal *Confidential or Sensitive Information in the Parties' Pretrial Papers* addressed to Judge Denise L. Cote from Steven A. Reed dated November 10, 2021. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Materials in Pretrial Pleadings Reflecting Confidential or Sensitive Information). (Reed, Steven) (Entered: 11/10/2021) |
| 11/10/2021 | 537 | NOTICE OF APPEARANCE by Stephen Matthew Faraci, Sr on behalf of Infectious Diseases Society of America..(Faraci, Stephen) (Entered: 11/10/2021) |
| 11/10/2021 | 538 | LETTER MOTION to Seal *Application for Redaction* addressed to Judge Denise L. Cote from Stephen M. Faraci, Sr. dated November 10, 2021. Document filed by Infectious Diseases Society of America..(Faraci, Stephen) (Entered: 11/10/2021) |
| 11/10/2021 | 539 | LETTER MOTION to Seal *confidential or sensitive information in the parties' pretrial papers,* addressed to Judge Denise L. Cote from Rosa M. Morales, Esq. dated 11/10/2021. Document filed by Cardinal Health, Inc... (Attachments: # 1 Ex. A to letter-motion to seal, # 2 Ex. B to letter-motion to seal [PLACEHOLDER], # 3 Ex. C to letter-motion to seal [PLACEHOLDER], # 4 Ex. D to letter-motion to seal [PLACEHOLDER], # 5 Ex. E to letter-motion to seal [PLACEHOLDER], # 6 Ex. F to letter-motion to seal [PLACEHOLDER], # 7 Text of Proposed Order).(Morales, Rosa) (Entered: 11/10/2021) |
| 11/10/2021 | 540 | NOTICE OF APPEARANCE by Eric David Wong on behalf of Dr. Reddys Laboratories, Inc...(Wong, Eric) (Entered: 11/10/2021) |
| 11/10/2021 | 541 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Dr. Reddys Laboratories, Inc...(Wong, Eric) (Entered: 11/10/2021) |
| 11/10/2021 | 542 | LETTER MOTION to Seal *Portions of Pre-Trial Submissions* addressed to Judge Denise L. Cote from Eric D. Wong dated November 10, 2021. Document filed by Dr. Reddys Laboratories, Inc.. (Attachments: # 1 Declaration of Abhishek Mukhopadhyay).(Wong, Eric) (Entered: 11/10/2021) |
| 11/10/2021 | 543 | NOTICE OF APPEARANCE by Joseph DeDonato on behalf of Cerovene, Inc... (DeDonato, Joseph) (Entered: 11/10/2021) |
| 11/10/2021 | 544 | ***SELECTED PARTIES*** LETTER MOTION for Leave to File certain confidential or sensitive information in the parties' pretrial papers, under seal addressed to Judge Denise L. Cote from Rosa M. Morales, Esq. dated 11/10/2021. Document filed by Cardinal Health, Inc., Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and |

| | | |
|---|---|---|
| | | director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Ex. A to motion to seal, # 2 Ex. B to motion to seal, # 3 Ex. C to motion to seal, # 4 Ex. D to motion to seal, # 5 Ex. E to motion to seal, # 6 Ex. F to motion to seal, # 7 Text of Proposed Order)Motion or Order to File Under Seal: 539 . (Morales, Rosa) (Entered: 11/10/2021) |
| 11/10/2021 | 545 | LETTER MOTION to Seal *Portions of Pre-Trial Submissions* addressed to Judge Denise L. Cote from Christopher T. Holding dated November 10, 2021. Document filed by Teva Pharmaceuticals USA, Inc...(Holding, Christopher) (Entered: 11/10/2021) |
| 11/10/2021 | 546 | LETTER MOTION to Seal *Subpoenaed Documents* addressed to Judge Denise L. Cote from Joseph DeDonato, Esq., dated November 10, 2021. Document filed by Cerovene, Inc.. (Attachments: # 1 Exhibit A, # 2 Affidavit of Manish Shah, # 3 Affidavit of Joseph DeDonato, Esq., # 4 Exhibit A, # 5 Exhibit B1, # 6 Exhibit B2, # 7 Exhibit B3(a), # 8 Exhibit B3(b), # 9 Exhibit B(3)(c), # 10 Exhibit B(3)(d), # 11 Exhibit B(3)(e)). (DeDonato, Joseph) (Entered: 11/10/2021) |
| 11/10/2021 | 547 | OPINION AND ORDER: It would appear that statements by all six Vyera employees will be admissible against both individual defendants so long as they are statements made on matters within the scope of the employee's duties at Vyera. To the extent either Shkreli or Mulleady believes that a statement offered by the plaintiffs that was made by a Vyera employee is inadmissible hearsay, the defendant shall identify that statement to the plaintiffs by November 24, 2021 and explain why it is not admissible pursuant to the guidance given in this Opinion and Order. The parties shall thereafter confer and bring this to this Court's attention by December 1, up to ten exemplars of any remaining disputes. The plaintiffs and the defendants may each submit a memorandum no longer than five pages explaining their bases for arguing that the statement should or should not be admitted into evidence. ( As further set forth in this Order.) (Signed by Judge Denise L. Cote on 11/10/2021) (vfr) (Entered: 11/10/2021) |
| 11/10/2021 | 548 | DECLARATION of Christopher Casalenuovo in Support re: 534 LETTER MOTION to Seal */Redact Certain Limited Information in Plaintiffs' Pretrial Filings* addressed to Judge Denise L. Cote from Matthew S. Olesh dated 11/9/2021.. Document filed by ASD Healthcare, AmerisourceBergen Corporation..(Olesh, Matthew) (Entered: 11/10/2021) |
| 11/10/2021 | 549 | LETTER MOTION to Seal *Letter re: Sealing Non-Party Information* addressed to Judge Denise L. Cote from Markus H. Meier dated 11/10/2021. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 11/10/2021) |
| 11/10/2021 | 550 | ***SELECTED PARTIES*** LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated 11/10/2021 re: Sealing Non-Party Information. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), State of New York, Federal Trade Commission, State of Ohio, Commonwealth of Pennsylvania, Martin Shkreli(individually), Commonwealth of Virginia, State of North Carolina, Kevin Mulleady(individually), State of California, Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, State of Illinois, Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 549 .(Meier, Markus) (Entered: 11/10/2021) |
| 11/10/2021 | 551 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated 11/10/2021 re: Sealing Non-Party Information. Document filed by Federal Trade Commission. |

| | | (Attachments: # 1 Exhibit A).(Meier, Markus) (Entered: 11/10/2021) |
|---|---|---|
| 11/10/2021 | 552 | NOTICE OF APPEARANCE by Wendy Risa Stein on behalf of Pisgah Labs Inc...(Stein, Wendy) (Entered: 11/10/2021) |
| 11/10/2021 | 553 | LETTER MOTION to Seal addressed to Judge Denise L. Cote from WENDY R. STEIN, Esq. dated 11/10/21. Document filed by Pisgah Labs Inc...(Stein, Wendy) (Entered: 11/10/2021) |
| 11/10/2021 | 554 | DECLARATION of Dani Bailey in Support re: 553 LETTER MOTION to Seal addressed to Judge Denise L. Cote from WENDY R. STEIN, Esq. dated 11/10/21.. Document filed by Pisgah Labs Inc...(Stein, Wendy) (Entered: 11/10/2021) |
| 11/10/2021 | 555 | MEMO ENDORSEMENT on re: 549 LETTER MOTION to Seal *Letter re: Sealing Non-Party Information* addressed to Judge Denise L. Cote from Markus H. Meier dated 11/10/2021. filed by Federal Trade Commission: Granted. (Signed by Judge Denise L. Cote on November 10, 2021) (ST) (Entered: 11/10/2021) |
| 11/10/2021 | 556 | ***SELECTED PARTIES***REDACTION to 553 LETTER MOTION to Seal addressed to Judge Denise L. Cote from WENDY R. STEIN, Esq. dated 11/10/21. by Pisgah Labs Inc. (Attachments: # 1 Exhibit A Part 2 of 2 Sealed, # 2 Exhibit B Sealed, # 3 Exhibit C Unredacted, # 4 Exhibit C Highlighted, # 5 Exhibit D Unredacted, # 6 Exhibit D Highlighted, # 7 Exhibit E Unredacted, # 8 Exhibit E Highlighted, # 9 Exhibit F Unredacted, # 10 Exhibit F Highlighted, # 11 Exhibit G Unredacted, # 12 Exhibit G Highlighted, # 13 Exhibit H Unredacted, # 14 Exhibit H Highlighted)Motion or Order to File Under Seal: 553 .(Stein, Wendy) (Entered: 11/10/2021) |
| 11/10/2021 | 557 | **FILING ERROR - CORPORATE PARENT/OTHER AFFILIATE NOT ADDED -** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Cardinal Health, Inc...(Morales, Rosa) Modified on 11/15/2021 (lb). (Entered: 11/10/2021) |
| 11/10/2021 | 558 | LETTER MOTION to Seal *Confidential or Sensitive Information in the Parties' Pretrial Papers* addressed to Judge Denise L. Cote from Christopher H. Casey dated November 10, 2021. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit A).(Casey, Christopher) (Entered: 11/10/2021) |
| 11/10/2021 | 559 | LETTER MOTION to Seal addressed to Judge Denise L. Cote from Paul W. Garrity dated November 10, 2021. Document filed by FERA Pharmaceuticals, LLC..(Garrity, Paul) (Entered: 11/10/2021) |
| 11/10/2021 | 560 | ***SELECTED PARTIES***DECLARATION of Susan McDougal in Support re: 559 LETTER MOTION to Seal addressed to Judge Denise L. Cote from Paul W. Garrity dated November 10, 2021.. Document filed by FERA Pharmaceuticals, LLC, Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG, Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio, Vyera Pharmaceuticals, LLC. (Attachments: # 1 Unredacted Copy of Letter Motion to Seal (Doc. No. 559))Motion or Order to File Under Seal: 559 .(Garrity, Paul) (Entered: 11/10/2021) |
| 11/10/2021 | 561 | NOTICE OF APPEARANCE by Eric M. Creizman on behalf of Optime Care, Inc... (Creizman, Eric) (Entered: 11/10/2021) |

| 11/10/2021 | 562 | CONSENT LETTER MOTION for Extension of Time *to raise claims of confidentiality pursuant to the Court's Order dated October 13, 2021 by one day from November 10, 2021 to November 11, 2021 nunc pro tunc* addressed to Judge Denise L. Cote from Eric M. Creizman dated November 10, 2021. Document filed by Optime Care, Inc... (Creizman, Eric) (Entered: 11/10/2021) |
| 11/10/2021 | 563 | DECLARATION of Christopher Casalenuovo in Support re: 534 LETTER MOTION to Seal */Redact Certain Limited Information in Plaintiffs' Pretrial Filings* addressed to Judge Denise L. Cote from Matthew S. Olesh dated 11/9/2021.. Document filed by ASD Healthcare, AmerisourceBergen Corporation..(Olesh, Matthew) (Entered: 11/10/2021) |
| 11/10/2021 | 564 | DECLARATION of Matthew S. Olesh in Support re: 534 LETTER MOTION to Seal */Redact Certain Limited Information in Plaintiffs' Pretrial Filings* addressed to Judge Denise L. Cote from Matthew S. Olesh dated 11/9/2021.. Document filed by ASD Healthcare, AmerisourceBergen Corporation..(Olesh, Matthew) (Entered: 11/10/2021) |
| 11/11/2021 | 565 | NOTICE OF APPEARANCE by James Manly Parks on behalf of Martin Shkreli(individually)..(Parks, James) (Entered: 11/11/2021) |
| 11/11/2021 | 566 | MEMO ENDORSEMENT on re: 562 CONSENT LETTER MOTION for Extension of Time *to raise claims of confidentiality pursuant to the Court's Order dated October 13, 2021 by one day from November 10, 2021 to November 11, 2021 nunc pro tunc* addressed to Judge Denise L. Cote fro filed by Optime Care, Inc. Granted. (Signed by Judge Denise L. Cote on November 11, 2021) (ST) (Entered: 11/11/2021) |
| 11/11/2021 | 567 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated November 11, 2021 re: Update on Resolution of Shkreli Objections to Exhibits. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 11/11/2021) |
| 11/11/2021 | 568 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated November 11, 2021 re: Clarification of Trial Schedule. Document filed by Federal Trade Commission.. (Meier, Markus) (Entered: 11/11/2021) |
| 11/11/2021 | 569 | MEMO ENDORSEMENT on re: 567 Letter filed by Federal Trade Commission. Granted. (Signed by Judge Denise L. Cote on November 11, 2021) (ST) (Entered: 11/11/2021) |
| 11/11/2021 | 570 | MEMO ENDORSEMENT on re: 568 Letter filed by Federal Trade Commission: The parties shall confer about a schedule for trial that would permit summations to occur on December 22, and evidence to be received over 6 trial days, each trial day lasting 5 hours. (Signed by Judge Denise L. Cote on November 11, 2021) (ST) (Entered: 11/11/2021) |
| 11/11/2021 | 571 | LETTER MOTION to Seal *limited portions of a pretrial submission* addressed to Judge Denise L. Cote from Eric M. Creizman dated November 11, 2021. Document filed by Optime Care, Inc...(Creizman, Eric) (Entered: 11/11/2021) |
| 11/12/2021 | 572 | ORDER denying 558 Letter Motion to Seal. Denied. (Signed by Judge Denise L. Cote on 11/12/2021) (vfr) (Entered: 11/12/2021) |
| 11/12/2021 | 573 | ORDER denying in part 536 Letter Motion to Seal. Denied, except for the personal addresses of employees. (Signed by Judge Denise L. Cote on 11/12/2021) (vfr) Modified on 11/12/2021 (vfr). (Entered: 11/12/2021) |
| 11/12/2021 | 574 | NOTICE OF APPEARANCE by Philip Joseph Morrow on behalf of CaremarkPCS Health, LLC..(Morrow, Philip) (Entered: 11/12/2021) |
| 11/12/2021 | 575 | MOTION for Extension of Time *by Non-Party to file Application to Redact*. Document filed by CaremarkPCS Health, LLC..(Morrow, Philip) (Entered: 11/12/2021) |

| 11/12/2021 | 576 | **Vacated as per Judge's Order dated 11/15/2021, Doc. # 589** ORDER denying in part 571 Letter Motion to Seal. Denied to the extent the information relates to Daraprim or Vyera. (Signed by Judge Denise L. Cote on 11/12/2021) (vfr) Modified on 11/15/2021 (vfr). (Entered: 11/12/2021) |
| --- | --- | --- |
| 11/12/2021 | 577 | DECLARATION of Hilary B. Dudley in Support re: 575 MOTION for Extension of Time *by Non-Party to file Application to Redact.*. Document filed by CaremarkPCS Health, LLC..(Morrow, Philip) (Entered: 11/12/2021) |
| 11/12/2021 | 578 | MEMORANDUM OF LAW in Support re: 575 MOTION for Extension of Time *by Non-Party to file Application to Redact*. . Document filed by CaremarkPCS Health, LLC.. (Morrow, Philip) (Entered: 11/12/2021) |
| 11/12/2021 | 579 | JOINT LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated November 12, 2021 re: Proposal for Treatment of Confidential Materials at Trial. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 11/12/2021) |
| 11/12/2021 | 580 | ORDER granting 532 Letter Motion to Seal; granting 534 Letter Motion to Seal; granting 538 Letter Motion to Seal; granting 539 Letter Motion to Seal; granting 542 Letter Motion to Seal; granting 545 Letter Motion to Seal; granting 546 Letter Motion to Seal; granting 553 Letter Motion to Seal.Trial in this action is scheduled to begin on December 14, 2021. In advance of trial, the parties will be filing on the public record documents related to trial evidence. In response to an Order of October 13, 2021, the following entities have requested that certain information included in documents to be filed by the parties in this action be redacted: AmerisourceBergen Corporation and its subsidiary, ASD Healthcare; Cardinal Health, Inc.; Cerovene, Inc.; Dr. Reddy's Laboratories, Inc.; Fera Pharmaceuticals, LLC; Infectious Diseases Society of America; Medisca, Inc.; Pisgah Labs, Inc.; and Teva Pharmaceuticals USA. Inc. Having reviewed these requests, it is hereby ORDERED that these requests are granted. The parties have also submitted requests for confidentiality made to them by RL Fine Chem Pvt. Ltd. ("RL Fine") and InvaTech Pharma Solutions LLC ("InvaTech"). IT IS FURTHER ORDERED that the parties shall confer and redact from publicly filed documents the same categories of information related to RL Fine and InvaTech that this Order permits to be redacted to protect the confidentiality of the above-listed entities. SO ORDERED. (Signed by Judge Denise L. Cote on 11/12/2021) (vfr) (Entered: 11/12/2021) |
| 11/12/2021 | 581 | OPINION AND ORDER. The Defendants October 20, 2021 motion to exclude the testimony of Hemphill is denied. The Plaintiffs October 20, 2021 motion to exclude the testimony of Dr. Jena is granted in part. (Signed by Judge Denise L. Cote on November 12, 2021) (ST) (Entered: 11/12/2021) |
| 11/12/2021 | 582 | MEMO ENDORSEMENT on re: 579 Letter filed by Federal Trade Commission ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 11/12/2021) (jwh) (Entered: 11/12/2021) |
| 11/12/2021 | 583 | LETTER MOTION to Reopen re: 576 Order on Motion to Seal *and for reconsideration* addressed to Judge Denise L. Cote from Eric M. Creizman dated November 12, 2021. Document filed by Optime Care, Inc...(Creizman, Eric) (Entered: 11/12/2021) |
| 11/15/2021 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Rosa Marina Morales to RE-FILE Document 557 Rule 7.1 Corporate Disclosure Statement. ERROR(S): Corporate Parents were not added. Please re-file this document and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s). YOU MUST SELECT THE SEARCH BUTTON.** |

| | | **Select the correct name or create a new corporate parent. Add the Corporate Parent(s) or Affiliate(s) one party name at a time. (lb)** (Entered: 11/15/2021) |
|---|---|---|
| 11/15/2021 | 584 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent NONE, Other Affiliate The Vanguard Group for Cardinal Health, Inc.. Document filed by Cardinal Health, Inc...(Morales, Rosa) (Entered: 11/15/2021) |
| 11/15/2021 | 585 | MEMO ENDORSEMENT on re: 578 MEMORANDUM OF LAW in Support re: 575 MOTION for Extension of Time by Non-Party to file Application to Redact granting 575 Motion for Extension of Time. ENDORSEMENT: Granted. CaremarkPCS Health, LLC shall file any request to seal by November 16, 2021. (Signed by Judge Denise L. Cote on 11/15/2021) (vfr) (Entered: 11/15/2021) |
| 11/15/2021 | 586 | OPINION AND ORDER: Plaintiffs' October 20, 2021 motion to preclude Rule 30(b)(6) testimony proffered by the Defendants as not based on personal knowledge is granted without prejudice to the Defendants making the following showing. By November 19, the Defendants must identify to the Plaintiffs their basis for contending that any of the designated Rule 30(b)(6) testimony of the ten witnesses to which the Plaintiffs have objected was based on personal knowledge. The parties shall thereafter confer and by December 2, provide the Court with at most ten exemplars representing any continuing dispute that they have on this issue. (Signed by Judge Denise L. Cote on 11/15/2021) (vfr) (Entered: 11/15/2021) |
| 11/15/2021 | 587 | LETTER MOTION to Seal *Redact Information from the Parties' Pre-Trial Filings* addressed to Judge Denise L. Cote from Philip Morrow dated November 15, 2021. Document filed by CaremarkPCS Health, LLC..(Morrow, Philip) (Entered: 11/15/2021) |
| 11/15/2021 | 588 | DECLARATION of Daniel Fewkes in Support re: 587 LETTER MOTION to Seal *Redact Information from the Parties' Pre-Trial Filings* addressed to Judge Denise L. Cote from Philip Morrow dated November 15, 2021.. Document filed by CaremarkPCS Health, LLC..(Morrow, Philip) (Entered: 11/15/2021) |
| 11/15/2021 | 589 | ORDER granting 583 Letter Motion to Reopen re: 583 LETTER MOTION to Reopen re: 576 Order on Motion to Seal *and for reconsideration* addressed to Judge Denise L. Cote from Eric M. Creizman dated November 12, 2021. Optime Care, Inc.'s ("Optime") motion for reconsideration of the November 12, 2021 Order is granted. The Order of November 12 is vacated and Optime's November 11 request to seal is granted. (Signed by Judge Denise L. Cote on 11/15/2021) (vfr) (Entered: 11/15/2021) |
| 11/15/2021 | 590 | ORDER granting 587 Letter Motion to Seal. The request to seal is granted. (Signed by Judge Denise L. Cote on 11/15/2021) (vfr) (Entered: 11/15/2021) |
| 11/15/2021 | 591 | OPINION AND ORDER. The Plaintiffs' October 20, 2021 motion to exclude the testimony of Justin Mclean is granted. (Signed by Judge Denise L. Cote on November 15, 2021) (AWI) (Entered: 11/15/2021) |
| 11/15/2021 | 592 | LETTER MOTION for Discovery *Re: Defendant Kevin Mulleady's Right to access trial evidence* addressed to Judge Denise L. Cote from Kenneth R. David dated November 15, 2021. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC). (Attachments: # 1 Exhibit A- November 2, 2021 Email, # 2 Exhibit B- November 12, 2021 Email).(David, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 593 | NOTICE OF APPEARANCE by Marc E. Kasowitz on behalf of Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG)..(Kasowitz, Marc) (Entered: 11/15/2021) |

| 11/15/2021 | 594 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/4/2021 before Judge Denise L. Cote. Court Reporter/Transcriber: George Malinowski, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/6/2021. Redacted Transcript Deadline set for 12/16/2021. Release of Transcript Restriction set for 2/14/2022..(Moya, Goretti) (Entered: 11/15/2021) |
|---|---|---|
| 11/15/2021 | 595 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 11/4/21 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 11/15/2021) |
| 11/16/2021 | 596 | ORDER: Having received a letter from defendant Kevin Mulleady on November 15, 2021, it is hereby ORDERED that the parties shall appear in a conference to be held telephonically today, November 16, at 4:00 pm. The parties shall be prepared to discuss the November 15 letter from Mulleady. IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference: Dial-in: 888-363-4749 Access code: 4324948 The parties shall use a landline if one is available. (Telephone Conference set for 11/16/2021 at 04:00 PM before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 11/16/2021) (jwh) (Entered: 11/16/2021) |
| 11/16/2021 | 597 | LETTER MOTION for Discovery *Re: Defendant Martin Shkreli's Right to Access Trial Evidence* addressed to Judge Denise L. Cote from Christopher H. Casey dated November 16, 2021. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 11/16/2021) |
| 11/16/2021 | 598 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated 11/16/2021 re: Defendant Mulleadys Letter Motion ECF 592. Document filed by Federal Trade Commission. (Attachments: # 1 Attachment A).(Meier, Markus) (Entered: 11/16/2021) |
| 11/16/2021 | 599 | OPINION AND ORDER. The Plaintiffs' motion is granted in part. A fraction of Bradshaw's affidavit survives this motion. The Defendants shall strike inadmissible material from Bradshaw's October 20 affidavit and conform it to these rulings. They shall provide the Plaintiffs by November 29, 2021, at noon with a copy of the redacted affidavit. The parties shall thereafter confer and bring any remaining dispute to the Courts attention by December 3 at noon. (Signed by Judge Denise L. Cote on November 16, 2021) (ST) (Entered: 11/16/2021) |
| 11/16/2021 | 600 | MOTION for Mariellen Dugan to Appear Pro Hac Vice *for Non-Party CaremarkPCS Health, LLC.* Filing fee $ 200.00, receipt number ANYSDC-25341888. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CaremarkPCS Health, LLC. (Attachments: # 1 Affidavit Declaration in Support of Pro Hac Vice Motion, # 2 Exhibit Certificates of Good Standing, # 3 Text of Proposed Order). (Dugan, Mariellen) (Entered: 11/16/2021) |
| 11/16/2021 |  | Minute Entry for proceedings held before Judge Denise L. Cote: Telephone Conference held on 11/16/2021. (Court Reporter Steven Greenblum) (jwh) (Entered: 11/16/2021) |
| 11/17/2021 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 600 MOTION for Mariellen Dugan to Appear Pro Hac Vice *for Non-Party CaremarkPCS Health, LLC.* Filing fee $ 200.00, receipt number ANYSDC-25341888. Motion and supporting papers to be reviewed by Clerk's Office staff.<. The** |

| | | |
|---|---|---|
| | | **document has been reviewed and there are no deficiencies. (bcu) (Entered: 11/17/2021)** |
| 11/17/2021 | 601 | ORDER granting 600 Motion for Mariellen Dugan to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 11/17/2021) |
| 11/17/2021 | 602 | MOTION for Derek M. Whiddon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25348605. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Ohio. (Attachments: # 1 Affidavit Pro Hac Vice Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Text of Proposed Order).(Whiddon, Derek) (Entered: 11/17/2021) |
| 11/17/2021 | 603 | LETTER addressed to Judge Denise L. Cote from Amy McFarlane dated 11/17/2021 re: Withdrawal of Testimony of Saul Solomon. Document filed by State of New York.. (McFarlane, Amy) (Entered: 11/17/2021) |
| 11/18/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 602 MOTION for Derek M. Whiddon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25348605. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 11/18/2021) |
| 11/18/2021 | 604 | ORDER granting 602 Motion for Derek M. Whiddon to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 11/18/2021) |
| 11/18/2021 | 605 | MEMORANDUM OPINION AND ORDER. The October 20, 2021 motion by the Plaintiffs to strike portions of the trial testimony of John S. Russell is granted. (Signed by Judge Denise L. Cote on November 18, 2021) (ST) (Entered: 11/18/2021) |
| 11/18/2021 | 606 | LETTER MOTION to Seal *business-sensitive information in pre-trial submissions* addressed to Judge Denise L. Cote from Paul W. Garrity dated November 18, 2021. Document filed by FERA Pharmaceuticals, LLC..(Garrity, Paul) (Entered: 11/18/2021) |
| 11/18/2021 | 607 | ***SELECTED PARTIES***DECLARATION of Susan McDougal in Support re: 606 LETTER MOTION to Seal *business-sensitive information in pre-trial submissions* addressed to Judge Denise L. Cote from Paul W. Garrity dated November 18, 2021.. Document filed by FERA Pharmaceuticals, LLC. Motion or Order to File Under Seal: 606 .(Garrity, Paul) (Entered: 11/18/2021) |
| 11/18/2021 | 608 | JOINT LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated 11/18/2021 re: Update on Document Admissibility Disputes. Document filed by Federal Trade Commission. (Attachments: # 1 Attachment A).(Meier, Markus) (Entered: 11/18/2021) |
| 11/19/2021 | 609 | ORDER granting 606 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 11/19/2021) (vfr) (Entered: 11/19/2021) |
| 11/19/2021 | 610 | MEMO ENDORSEMENT on re: 608 Letter filed by Federal Trade Commission. ENDORSEMENT: A two page letter is due from each party (the Plaintiffs; defendant Shkreli) on 11/23/21. (Signed by Judge Denise L. Cote on 11/19/2021) (vfr) (Entered: 11/19/2021) |
| 11/19/2021 | 611 | MOTION for Stephen M. Scannell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25358832. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Commonwealth of Pennsylvania. (Attachments: # 1 Affidavit Notarized Affidavit, # 2 Exhibit Certificates of Good Standing, # 3 Text of Proposed Order Proposed Order).(Scannell, Stephen) (Entered: 11/19/2021) |

| 11/22/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 611 MOTION for Stephen M. Scannell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25358832. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 11/22/2021) |
|---|---|---|
| 11/22/2021 | 612 | ORDER granting 611 Motion for Stephen M. Scannell to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 11/22/2021) |
| 11/23/2021 | 613 | LETTER MOTION to Seal *Letter Motion to Quash Improper Document Requests* addressed to Judge Denise L. Cote from Markus H. Meier dated November 23, 2021. Document filed by Federal Trade Commission..(Meier, Markus) (Entered: 11/23/2021) |
| 11/23/2021 | 614 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated November 23, 2021 re: Letter Motion to Quash Improper Document Requests. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Meier, Markus) (Entered: 11/23/2021) |
| 11/23/2021 | 615 | ***SELECTED PARTIES*** LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated November 23, 2021 re: Letter Motion to Quash Improper Document Requests. Document filed by Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Martin Shkreli (as an owner and former director of Phoenixus AG), State of New York, Federal Trade Commission, State of Ohio, Commonwealth of Pennsylvania, Martin Shkreli(individually), Commonwealth of Virginia, State of North Carolina, Kevin Mulleady(individually), State of California, Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), Vyera Pharmaceuticals, LLC, State of Illinois, Kevin Mulleady(as an owner and director of Phoenixus AG), Phoenixus AG. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Motion or Order to File Under Seal: 613 . (Meier, Markus) (Entered: 11/23/2021) |
| 11/23/2021 | 616 | LETTER addressed to Judge Denise L. Cote from Markus H. Meier dated November 23, 2021 re: Shkreli Document Admissibility Dispute. Document filed by Federal Trade Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Meier, Markus) (Entered: 11/23/2021) |
| 11/23/2021 | 617 | LETTER addressed to Judge Denise L. Cote from Christopher H. Casey dated November 23, 2021 re: Dispute Concerning Admissibility of Certain of Plaintiffs' Trial Exhibits. Document filed by Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC)..(Casey, Christopher) (Entered: 11/23/2021) |
| 11/24/2021 | 618 | LETTER addressed to Judge Denise L. Cote from Stacey Anne Mahoney dated November 24, 2021 re: Defendants' intention to respond to Plaintiffs' motion to quash (ECF No. 615). Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC.. (Mahoney, Stacey) (Entered: 11/24/2021) |
| 11/24/2021 | 619 | ORDER granting 613 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 11/24/2021) (vfr) (Entered: 11/24/2021) |
| 11/24/2021 | 620 | MEMO ENDORSEMENT on re: 618 Letter, filed by Vyera Pharmaceuticals, LLC, Phoenixus AG. ENDORSEMENT: Granted. Vyera shall file a response in a letter no longer than two pages in length by November 30, 2021 at 10:00 a.m. (Signed by Judge Denise L. Cote on 11/24/2021) (vfr) (Entered: 11/24/2021) |
| 11/29/2021 | 621 | LETTER MOTION for Extension of Time *to file certain pretrial materials (unopposed)* addressed to Judge Denise L. Cote from Steven A. Reed dated November 29, 2021. |

| | | |
|---|---|---|
| | | Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 11/29/2021) |
| 11/29/2021 | 622 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 11/29/2021) |
| 11/29/2021 | 623 | ***SELECTED PARTIES***PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed by Vyera Pharmaceuticals, LLC, Phoenixus AG, Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio.Motion or Order to File Under Seal: 487 .(Reed, Steven) (Entered: 11/29/2021) |
| 11/29/2021 | 624 | TRIAL MEMORANDUM. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 11/29/2021) |
| 11/29/2021 | 625 | ***SELECTED PARTIES***TRIAL MEMORANDUM. Document filed by Vyera Pharmaceuticals, LLC, Phoenixus AG, Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio.Motion or Order to File Under Seal: 487 .(Reed, Steven) (Entered: 11/29/2021) |
| 11/29/2021 | 626 | TRIAL BRIEF *Defendants' Reply Memorandum Addressing an Unanticipated Legal Argument Raised in Plaintiffs' Pretrial Memorandum of Law*. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 11/29/2021) |
| 11/29/2021 | 627 | ***SELECTED PARTIES***TRIAL BRIEF *Defendants' Reply Memorandum Addressing an Unanticipated Legal Argument Raised in Plaintiffs' Pretrial Memorandum of Law*. Document filed by Vyera Pharmaceuticals, LLC, Phoenixus AG, Commonwealth of Pennsylvania, Commonwealth of Virginia, Federal Trade Commission, Kevin Mulleady(as a former executive of Vyera Pharmaceuticals, LLC), Kevin Mulleady(individually), Kevin Mulleady(as an owner and director of Phoenixus AG), Martin Shkreli(individually), Martin Shkreli (as an owner and former director of Phoenixus AG), Martin Shkreli (as a former executive of Vyera Pharmaceuticals, LLC), State of California, State of Illinois, State of New York, State of North Carolina, State of Ohio.Motion or Order to File Under Seal: 487 .(Reed, Steven) (Entered: 11/29/2021) |
| 11/29/2021 | 628 | ORDER granting 621 Letter Motion for Extension of Time. Granted. Motions due by 12/10/2021. (Signed by Judge Denise L. Cote on 11/29/2021) (vfr) (Entered: 11/29/2021) |
| 11/29/2021 | | Set/Reset Deadlines: Responses due by 12/10/2021 Replies due by 12/10/2021. (vfr) (Entered: 11/29/2021) |
| 11/29/2021 | 629 | MOTION in Limine *Defendants' Notice of Joint Motion in Limine to Exclude Certain Expert Testimony of Professor C. Scott Hemphill*. Document filed by Phoenixus AG, Vyera Pharmaceuticals, LLC..(Reed, Steven) (Entered: 11/29/2021) |
| 11/29/2021 | 630 | MEMORANDUM OF LAW in Support re: 629 MOTION in Limine *Defendants' Notice of Joint Motion in Limine to Exclude Certain Expert Testimony of Professor C. Scott Hemphill*. . Document filed by Vyera Pharmaceuticals, LLC. (Attachments: # 1 Exhibit Exhibit A - Cited Excerpts of Professor Hemphill's Opening |