**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: January 23, 2024<br>Docket #: 22-728cv<br>Short Title: Federal Trade Commission v. Vyera Pharmaceuticals, LLC | DC Docket #: 20-cv-706<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Cote<br>DC Judge: Lehrburger |

## VERIFIED ITEMIZED BILL OF COSTS

Counsel for
_____States of New York, California, Illinois, North Carolina, Ohio, Pennsylvania, and Virginia_____

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
_____appellant Martin Shkreli_____

and in favor of
_appellees States of New York, California, Illinois, North Carolina, Ohio, Pennsylvania, and Virginia_

for insertion in the mandate.

Docketing Fee _____

Costs of printing appendix (necessary copies _____ ) _____

Costs of printing brief (necessary copies ___6___ ) ___166.20___

Costs of printing reply brief (necessary copies _____ ) _____


**(VERIFICATION HERE)**

                                                                                              ___/s/ Philip J. Levitz___
                                                                                                Signature

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FEDERAL TRADE COMMISSION, STATE OF NEW
YORK, STATE OF CALIFORNIA, STATE OF OHIO,
COMMONWEALTH OF PENNSYLVANIA, STATE OF
ILLINOIS, STATE OF NORTH CAROLINA,
COMMONWEALTH OF VIRGINIA,

Docket No. 22-728

*Plaintiffs-Appellees*,

**VERIFICATION OF ITEMIZED BILL OF COSTS**

-v-

MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and as a former executive of Vyera Pharmaceuticals, LLC,

*Defendant-Appellant*,

VYERA PHARMACEUTICALS, LLC, et al.,

*Defendants.*

---

Philip J. Levitz, an attorney admitted to practice before this Court, affirms the following under penalty of perjury:

1. I am a Senior Assistant Solicitor General in the office of Letitia James, Attorney General of the State of New York, the attorney for appellees States of New York, California, Illinois, North Carolina, Ohio, Pennsylvania, and Virginia. I am familiar with the matters set forth in this verification based on my review of this Office's policies and case file.

2. In an opinion issued January 23, 2024, this Court affirmed the judgment of the District Court for the Southern District of New York (Cote, J.) which, among other things, ordered disgorgement against defendant-appellant Martin Shkreli and entered a permanent injunction imposing a lifetime ban against Shkreli from working in the pharmaceutical industry.

3. I make this Verification in support of the state plaintiffs-appellees' Bill of Costs so that costs may be taxed against defendant-appellant Shkreli and in favor of state plaintiffs-appellees for insertion in the mandate pursuant to Federal Rule of Appellate Procedure 39.

4. The costs set forth on the annexed Itemized and Verified Bill of Costs were necessarily incurred by plaintiffs-appellees in this appeal and are reasonable in amount.

5. The costs were calculated based on the rates listed in the attached memorandum from the Office of the Attorney General:

  *a.* reproduction costs: 20¢ per page
  *b.* binding: $1 per document
  *c.* cover: $75

6. Based on these rates, the cost to state plaintiffs-appellees for production of papers is $166.20, calculated as follows:

  *Briefs*: **166.20** (71 pgs x 6 brs. x 20¢ + 6 [binding] + 75 [cover]

7. Therefore, total recoverable costs of $166.20 should be taxed against defendant-appellant and in favor of state plaintiffs-appellees for insertion in the mandate.

Dated: February 5, 2024
New York, NY

*/s/ Philip J. Levitz*
Philip J. Levitz
Senior Assistant Solicitor General



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

# MEMORANDUM

**TO:** Barbara D. Underwood
**FROM:** Michael Lefebvre, Director, Budget and Fiscal Management
**RE:** Costs in Litigation and Reproduction Rates for Appellate Courts
**DATE:** March 22, 2011

Whenever possible, bureaus should seek all costs as authorized by federal or state statute or rule, including docketing fees and reproduction of documents. The following rates for the reproduction of appellate papers apply when these costs are to be charged to or shared with an individual or firm outside the Department of Law.

    1. When legal papers are reproduced by an outside commercial printer, we charge the actual costs (to the legally permitted maximum) as indicated on the payment voucher/invoice from the printer.

    2. When reproduction is performed in our own printing units, we will charge as follows:

## RATES FOR CALCULATION OF COSTS

| | Rate | Notes |
|---|---|---|
| **Per page charge for all documents** | .20 | motion papers, briefs, or records |
| **Binding per document** | 1.00 | e.g., thirteen copies of a brief = $13 |
| Cover | 75.00 | flat fee, including preparation of reproduction |
| **Miscellaneous preparation fees** | | a flat fee per case that covers scanning and OCR conversion, producing tables of contents, page headings (for state court cases) |
|     Appellate Divisions | 150.00 | |
|     Court of Appeals | 50.00 | |

This administrative memorandum supersedes the 1993 memoranda governing reproduction and preparation costs for legal printing or legal documents on appeal. Costs for reproduction of documents under the Freedom of Information Law are set under a separate memorandum.